UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | NO. 1:17-CR-00034 |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that Defendant Reality Leigh Winner in the above-named case, pursuant to 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of April 24, 2020 (ECF No. 349) denying Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A).

Respectfully submitted,

BY:  */s/ Joe D. Whitley*
Joe D. Whitley (Ga. Bar No. 756150)
Admitted *Pro Hac Vice*
Brett A. Switzer (Ga. Bar No. 554141)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
(404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Matthew S. Chester (La. Bar No. 36411)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
(504) 566-5200
MChester@bakerdonelson.com

        Thomas H. Barnard (Az. Bar No. 020982)
        Admitted *Pro Hac Vice*
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        100 Light Street.
        Baltimore, MD  21202
        (410) 685-1120
        TBarnard@bakerdonelson.com

        **ATTORNEYS FOR DEFENDANT**
        **REALITY LEIGH WINNER**

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

        */s/ Joe D. Whitley*
        Joe D. Whitley