| 05/01/2020 | 350 | NOTICE OF APPEAL-OTHER ORDER by Reality Leigh Winner re 349 Order on Motion for Release from Custody, Order on Motion for Hearing. Filing fee $ 505, receipt number AGASDC-2833971. (Whitley, Joe) |