# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Appellee,** | ) |
| | ) |
| v. | ) No. 20-11692 |
| | ) |
| **REALITY WINNER,** | ) |
| | ) |
| **Defendant-Appellant.** | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

Aaron, David C., U.S. Department of Justice Attorney

Barnard, Thomas H., Attorney for Appellant

Bell Jr., John C., Attorney for Appellant

Chester, Matthew S., Attorney for Appellant

Christine, Bobby L., United States Attorney

Davids, Justin G., Assistant United States Attorney

Durham, James D., Former Assistant United States Attorney

United States v. Winner, No. 20-11692

Edelstein, Julie A., U.S. Department of Justice Attorney

Epps, Hon. Brian K., United States Magistrate Judge

Greenwood, Nancy C., Assistant United States Attorney

Hall, Hon. J. Randal, Chief United States District Judge

Hudson, David E., Former Attorney for Reporters Committee For Freedom of the Press

Larson, Amy E., U.S. Department of Justice Attorney

Mannino, Katherine C., Attorney for Appellant

McCook, Jill E., Former Attorney for Appellant

Nichols, Titus T., Attorney for Appellant

Rafferty, Brian T., Former Assistant United States Attorney

Reporters Committee For Freedom of the Press

Robichaux, Mary S., Assistant United States Attorney

Rodriguez-Feo, Carli, Interested Party

Solari, Jennifer G., Assistant United States Attorney

Switzer, Brett A., Attorney for Appellant

Whitley, Joe D., Attorney for Appellant

Winner, Reality, Appellant

United States v. Winner, No. 20-11692

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

This 11th day of May, 2020.

                                    BOBBY L. CHRISTINE
                                    UNITED STATES ATTORNEY

                                  ***/s/ Nancy C. Greenwood***

                                  Nancy C. Greenwood
                                  Assistant United States Attorney
                                  Georgia Bar No. 309179
                                  Nancy.greenwood@usdoj.gov

600 James Brown Blvd. Ste. 200
Augusta, Georgia 30901
Phone: 706-724-0517

USCA11 Case: 20-11692　　Document: 8　　Date Filed: 05/11/2020　　Page: 3 of 4

# CERTIFICATE OF SERVICE

This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on appellant Reality Winner's counsel of record, at their Court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(2), and 11th Cir. R. 25-3(a).

This 11th day of May, 2020.

                                        BOBBY L. CHRISTINE
                                      UNITED STATES ATTORNEY

                                      ***/s/ Nancy C. Greenwood***

                                      Nancy C. Greenwood
                                      Assistant United States Attorney
                                      Georgia Bar No. 309179
                                      Nancy.greenwood@usdoj.gov

600 James Brown Blvd. Ste. 200
Augusta, Georgia 30901
Phone: 706-724-0517