IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> v. ) <br> ) <br> REALITY LEIGH WINNER, ) <br> ) <br> Defendant-Appellant. ) | Case No. 20-11692 |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Counsel for Defendant-Appellant Reality Leigh Winner, by and through Joe D. Whitley, Baker Donelson Bearman Caldwell and Berkowitz, P.C., and files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

Aaron, David C., U.S. Department of Justice Attorney

Barnard, Thomas H., Attorney for Appellant

Bell Jr., John C., Attorney for Appellant

Chester, Matthew S., Attorney for Appellant

Christine, Bobby L., United States Attorney

Collins, Laura E., Attorney for Appellant

Davids, Justin G., Assistant United States Attorney

Durham, James D., Former Assistant United States Attorney

Edelstein, Julie A., U.S. Department of Justice Attorney

Epps, Hon. Brian K., United States Magistrate Judge

Greenwood, Nancy C., Assistant United States Attorney

Grinter, Alison, Attorney for Appellant

Hall, Hon. J. Randal, Chief United States District Judge

Hudson, David E., Former Attorney for Reporters Committee for Freedom of the Press

Larson, Amy E., U.S. Department of Justice Attorney

Mannino, Katherine C., Attorney for Appellant

McCook, Jill E., Former Attorney for Appellant

Nichols, Titus T., Attorney for Appellant

Rafferty, Brian T., Former Assistant United States Attorney

Reporters Committee for Freedom of the Press

Robichaux, Mary S., Assistant United States Attorney

Rodriguez-Feo, Carli, Interested Party

Solari, Jennifer G., Assistant United States Attorney

Switzer, Brett A., Attorney for Appellant

Whitley, Joe D., Attorney for Appellant

Winner, Reality Leigh, Appellant

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

This 29th Day of May, 2020.

/s/Joe D. Whitley
JOE D. WHITLEY
Georgia Bar No. 756150
JWhitley@bakerdonelson.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Road
Monarch Plaza, Suite 1600
Atlanta, Georgia 30326
Tel. (404) 577-6000

*Counsel for Defendant-Appellant Reality Leigh Winner*

# CERTIFICATE OF SERVICE

This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on plaintiff-appellee United States of America's counsel of record, at their Court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(2) and 11th Cir. R. 25-3(a).

This 29th Day of May, 2020.

          */s/Joe D. Whitley*
          JOE D. WHITLEY
          Georgia Bar No. 756150
          JWhitley@bakerdonelson.com

          **BAKER, DONELSON, BEARMAN,**
          **CALDWELL & BERKOWITZ, P.C.**
          3414 Peachtree Road
          Monarch Plaza, Suite 1600
          Atlanta, Georgia 30326
          Tel. (404) 577-6000

          *Counsel for Defendant-Appellant*
          *Reality Leigh Winner*