IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 20-11692-CC

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REALITY LEIGH WINNER,

Defendant - Appellant.

On Appeal from the United States
District Court for the Southern District of Georgia

ORDER:

"Appellant's Time Sensitive Motion for Expedited Appeal" is GRANTED to the extent provided below.

The Court DIRECTS the Clerk to expedite the appeal for briefing purposes. The Court takes no position at this time on whether oral argument should be heard or whether oral argument should be expedited.

The Court sets the following briefing schedule: Appellant's initial brief is due within 14 days after the date of this order, Appellee's response brief is due within 14 days after the initial brief is filed; and Appellant's reply brief is due 7 days after the response brief is filed.

_____
UNITED STATES CIRCUIT JUDGE