U.S. COURT OF APPEALS
RECEIVED
CLERK
MAY 26 2020
ATLANTA, GA

Date: May 20, 2020

From: Edward C. Stengel

1000 N. Lake Shore Dr., Apt. 502
Chicago, Illinois  60611

To: United States Court of Appeals for the 11th Circuit
Elbert P. Tuttle Courthouse
56 Forsyth Street NW
Atlanta, Georgia  30303

Subject: Letter of Support for Appellant-Defendant
Reality Leigh Winner
Appellate Case No. 20 - 11692

Appeal of U.S. District Court of Southern Georgia
Case No. 1.17-CR-00034-JRH-BKE

Dear Appellate Judges,

   I am a supporter of the Appellate-Defendant Reallity Leigh Winner, and have been supporting her for the last three years,
ever since she was arrested on June 3, 2017.  Her case is truly a nightmare, and I wish to briefly describe what she has
been through. Reality Leigh Winner is currently incarerated at the Carswell Federal Medical Center in Fort Worth, Texas. After 6
years in the United States Air Force, Reality was honorably discharged in 2016. Early in 2017 she went to work as a civilian for a

private security contractor in Fort Gordon, Georgia.  While working there she came into contact with classified information that the
Russians had hacked into our 2016 Presidential election.  When she saw that nothing was being done to inform the public of this fact,
she snuck just one classified document out of the fort to prove the Russian hacking and gave it to a news organization, called
"The Intercept."
   It wasn't long after that occurred that 11 FBI agents showed up at her home.  They never read the Miranda rights to her,
and they said she was never in their custody, although I think that anyone who was paid a visit by 11 FBI agents would believe
they were in their custody, whether they said so or not.  She has been locked up ever since that June 3, 2017 FBI visit. They charged
her with violating the Espionage Act, as if she were a spy.  On 3 different occasions she was denied bond because the prosecution
said she was a flight risk, with absolutely no proof of that statement.  She had no prior criminal record and had never before jumped

bond. They kept her from June 2017 until August 2018 in two different filthy county jails - one in Georgia and one in Oklahoma - as well
as in an overcrowded immigration center in Florida. An honorably discharged veteran who was simply trying to protect our democracy
doesn't deserve to be treated like that. She finally got so sick and tired of these inhumane living conditions, that she plead guilty
to violating the Espionage Act just to get into a federal prison and was sentenced to 63 months in prison. She is currently in her
3rd year of that sentence.

    The Department of Justice has established 2 criteria for early release home confinement because of the COVID 19 crisis. One is
that you will have served 50% or more of your sentence, and the other is that you will have served at least 25% of your sentence and
have no more than 18 months remaining. It is only necessary to meet one of these two requirments, and Reality has met the first. She
has served 36 months of a 63 month sentence, which is 57%. She is appealing the decision of the U.S. District Court for the Southern
District of Georgia, which has denied her early release home confinement. I ask you to please release this honorably discharged United
States Air Force veteran so she can serve the rest of her time under home confinement and be free of the
risk of COVID 19 in prison.

                                                    Sincerely,

                                                    Edward C. Stengel

PAGE 2 OF 2

Mr. Edward Stengel
1000 N Lake Shr Dr Apt 502
Chicago, IL 60611

CLEARED SECURITY 21 MAY 2020 PM 5 L

MAY 26 2020

U.S. MARSHALS SERVICE
Atlanta, Georgia

UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIR
ELBERT P. TUTTLE COURTHOUSE
56 FORSYTH STREET NW
ATLANTA, GEORGIA 30303

30303-229599

