In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
Movant: David Andrew Christenson

May 31st, 2020

Eight Amicus – I am "The Stupidest White Motherfucker Ever" according to my cellmates in the Orleans Parish Prison

God had to be involved. Why would I write it and why would the court put it in the docket?

Guys just like George Floyd were my cellmates.

### Ideas to Change the Narrative

- Amicus – Notice 72 was docketed in three of my appeals at the DC Circuit. The most important sentence is the last one: **"My cellmates are who I am fighting for. They took care of me and I need to take care of them."**

- Amicus/Notice 119 – My crazy idea if you change the narrative. They all resign. Trump and Pence will not seek reelection and will never run for office again. All of Congress resigns. We elect a new President and Vice-President and an all new Congress in November 2020.

- PETITION FOR EN BANC (Thirty-Five Supplemental Petition/Application/Motion for En Banc Amicus/Notice 193) Here is how Mankind will stave off his/her own Genocide and our Religious Leaders will enthusiastically, and without reservation, give their blessings so that Mankind can survive the Coronavirus.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002

7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. FLYNN (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 31st, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

USCA Case #19-5219   Document #1807935   Filed: 09/23/2019   Page 1 of 3



UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant



Amicus - Notice 72 – In the Orleans Parish Prison I was known as "The Stupid White Motherfucker" and "The Stupidest White Motherfucker Ever".

Mark Zuckerberg would censor my new name and not allow it on Facebook even though I was not offended and it appears that they are right. Remember I am a 61-year-old white guy with a ponytail.

You have to understand that I was the only white guy on the cell block. In New Orleans a black man going to the Orleans Parish Prison is no different than him going down to the corner store for a beer. It is normal to have prison time and a rap sheet. That is part of their social fabric. How the hell can that be true in the United States of America? How can going to be prison be normal for anyone?

You probably have never been to an inner-city prison so you won't understand the importance of what I am sharing with you. Your basic animalistic needs are critically important to your survival. Calling me "The Stupidest White Motherfucker Ever" was actually a sign of respect. How do I know that? I know because of their actions towards me. They made sure I received food, water and toilet paper. That I had a bed, clothes and that I got to shower. Most importantly they made sure that I got access to the phone to call my wife, that was my lifeline. The guards did not give a damn about me. This was a miracle for me. God wrapped it in used toilet paper and I still knew that it was a miracle that I was a part of.

One last thing. I never laughed so hard in my life as when they would be telling stories. I had tears in my eyes. When I would say "what" somebody would translate and I said "what" a lot.

There was only one time that I was scared and I thought I was going to die but hey that is a great story for another time. It makes you understand why we are so different and yet so alike and it is funny as hell or least I think so.

My cellmates are who I am fighting for. They took care of me and I need to take care of them.

- Amicus/Notice 72 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 19th, 2019)
- Notice 72 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 19th, 2019)
- Notice 72 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 19th, 2019)
- Notice 72 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 19th, 2019)
- Amicus/Notice 72 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 19th, 2019)
- Amicus/Notice 72 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 19th, 2019)
- Amicus/Notice 72 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 19th, 2019)
- Amicus/Notice 72 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 19th, 2019)
- Amicus/Notice 72 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 19th, 2019)
- Amicus/Notice 72 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 19th, 2019)
- Amicus/Notice 72 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 19th, 2019)
- Amicus/Notice 72 Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 19th, 2019)
- Amicus/Notice 72 United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 19th, 2019)

Godspeed. Sincerely, - David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE - I hereby certify that on September 19th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

---------------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Amicus/Notice 119 – My crazy idea if you change the narrative.

They all resign. Trump and Pence will not seek reelection and will never run for office again. All of Congress resigns. We elect a new President and Vice-President and an all new Congress in November 2020.

- Amicus/Notice 119 - United States v. Boucher – Movant David Andrew Christenson – Cr. No. 1:18-cr-00004 – Senior Judge Marianne O. Battani District Court, W.D. Kentucky (Service December 5th, 2019)
- Amicus/Notice 119 – United States v. Rene Boucher (18-5683) Court of Appeals for the Sixth Circuit (Service December 5th, 2019)
- Amicus/Notice 119 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 119 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service December 5th, 2019)
- Amicus/Notice 119 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service December 5th, 2019)
- Amicus/Notice 119 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service December 5th, 2019)

- Amicus/Notice 119 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service December 5th, 2019)
- Amicus/Notice 119 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service December 5th, 2019)
- Amicus/Notice 119 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service December 5th, 2019)
- Amicus/Notice 119 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 119 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service December 5th, 2019)
- Amicus/Notice 119 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service December 5th, 2019)

Godspeed. Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on December 5th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

---
David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

-------------------------------------------------------

Committee on the Judiciary and United
States House of Representatives, Appellees
v.
David Andrew Christenson, Appellant

# PETITION FOR EN BANC

(Thirty-Five Supplemental Petition/Application/Motion for En Banc Amicus/Notice 193)
Here is how Mankind will stave off his/her own Genocide and our Religious Leaders will enthusiastically, and without reservation, give their blessings so that Mankind can survive the Coronavirus.

Premises for this to work.

We cannot and will not trust our Governments, Religions, the Media, Medical Community or the Mental Health community because their Gods are: Money, Fame, Power and Sex. We are in this position because of them. Time, Math, the Chinese, Trump, Roberts, Pelosi, McCarthy, Schumer, McConnel, the other Demigods will ensure that the truth comes out and confirm what I have stated.

**All Religious Leaders – Popes, Cardinals, Bishops, Priests, Rabbis, Brahmins, Imams, Ministers, Swamis, Granthi(s), etc. – will enthusiastically, and without reservation, embrace the donating of all Religious property and assets so that Mankind can survive.**

The U.S. Coronavirus economic stimulus package will require 3 – 100 Trillion Dollars. Worldwide 1000 Trillion. All Religious property and assets will be nationalized and sold to pay for the Coronavirus economic stimulus package. **Why have Religions outlasted all Civilizations and Governments and become so wealthy?** Why is the Catholic Church the wealthiest, largest and most profitable corporation in the World? Why is the Catholic Church the number one landowner in the World? Why is the Catholic Church the number one international and U.S. debt holder? Why is the Catholic Church worth Trillions?

This is the time that Mankind comes together. It is time for our religions to step up and save us.

The liquidation of the following Religious Properties and accompanying assets would raise 100 Trillion Dollars – artwork, gold, silver, etc. The sale of the Vatican by itself would raise 10 Trillion Dollars or more. - Saint Patrick's Cathedral would raise One Trillion Dollars or more: St. Peter's Basilica, Basilica of

the National Shrine of the Immaculate Conception, Basilica of the National Shrine of Our Lady of Aparecida, Seville Cathedral, Milan Cathedral, Cathedral of St. John the Divine, Basilica of Our Lady of Licheń, Liverpool Cathedral, Church of the Most Holy Trinity, Basilica of Saint Paul Outside the Walls, Basilica-Cathedral of Our Lady of the Pillar, Florence Cathedral, Ulm Minster, Basilica of Our Lady of Guadalupe, Basilica of the Sacred Heart, Cathedral of Our Lady, Rio de Janeiro Cathedral, Basilica of Our Lady of Peace, Hagia Sophia, San Petronio Basilica, Cologne Cathedral, St Paul's Cathedral, Washington National Cathedral, Amiens Cathedral, Abbey of Santa Giustina, Cathedral of the Nativity, St. Vitus Cathedral, Saint Isaac's Cathedral, Calvary Temple, Cathedral of La Plata, Saint Joseph's Oratory, Mexico City Metropolitan Cathedral, Palma Cathedral, Reims Cathedral, People's Salvation Cathedral, Strasbourg Cathedral, Cathedral of Our Lady of the Angels, De Hoeksteen – Barneveld, Padre Pio Pilgrimage Church, York Minster, Bourges Cathedral, Esztergom Basilica, Notre Dame de Paris, Sagrada Familia, São Paulo Cathedral, Primate Cathedral of Bogotá, Chartres Cathedral, New Cathedral – Linz, Westminster Cathedral, Lincoln Cathedral, St. Mary's Church, Holy Trinity Cathedral, Winchester Cathedral, Almudena Cathedral, Cathedral of Christ the Saviour, Dresden Cathedral, Basilica of St. Thérèse – Lisieux, Basilica de San Martin de Tours, Ely Cathedral – Cambridgeshire, Frauenkirche, Cathedral Basilica of Saint Louis (St. Louis), Saint Gregory the Illuminator Cathedral – Yerevan, Holy Name of Jesus Cathedral, Church of Saint Sava, Yeonmudae Catholic Church, Grace Cathedral, Basilica of Saints Peter and Paul (Lewiston, Maine), Alexander Nevsky Cathedral, Crystal Cathedral, Westminster Abbey, Medak Cathedral, St Andrew's Cathedral, St. Patrick's Cathedral (Manhattan), Beomeo Cathedral, Cathedral Basilica of St. Francis of Assisi (Santa Fe), Our Lady of Dolours Syro-Malabar Catholic Basilica, St. John's Cathedral (Seongnam), Basilica of St. John the Baptist and St. Joseph Cathedral.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on March 22nd, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

CLEARED SECURITY
JUN 05 2020
U.S. MARSHALS SERVICE
Atlanta, Georgia