U.S. COURT
RECEIVED
CLERK
JUN 15 2020
ATLANTA, GA.

Re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court
11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
Movant David Andrew Christenson
June 9th, 2020

Sixteenth Amicus – Simplified version, which I could not invent, of how the Federal Government
murdered Federal Whistleblower Coast Guard Commander William Goetzee

He was trying to save us by exposing the truth but instead he was censored via death.

How could the Supreme Court endorse this type of behavior knowing that the conclusion is the
Genocide of Mankind?

The attached package was created on January 21st, 2017. The Goetzee family complaint for wrongful
death was filed on July 23rd, 2012.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O.
   Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan
   Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
   Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita
   Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina
   Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge
   Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D.
   Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS
   39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court,
   W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 -
   Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V.
   Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge
    Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula
    Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge
    James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242

14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701

15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012

16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301

17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001

26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086

davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on June 9th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

I was never charged with a crime. Read the names and email address for the 74 people on the non-domestic stay away order. Two US Senators and the Director of the FBI.

I was arrested with a Louisiana Warrant but never charged with the misdemeanor of cyberstalking an FBI Agent that I was under orders to send emails to. 66 of the 74 people I never met, all I did was send emails to. I set a record for bond when they asked for $500,000.00 and got $300,000.00. After 11 days in isolation being medicated against my will I was granted release and ordered to seek treatment for an unknown illness in Florida. Read item 9 of the order. This was illegal and not a condition of bond. It allowed them to keep me on bond for a year without ever charging me with a crime. I was kept on bond for 21 days longer than the law allowed.

The DOJ murdered Federal Whistleblower Coast Guard Commander William Goetzee. They had him strapped to a wheel chair in Federal Court and where tasing him when he spoke.

Attached is the Goetzee family lawsuit. Start with page 18 paragraph 31 and then go and read the whole petition. What they did was reminiscent of what the Nazis did to the Jews.

1. I was there at the court house the day he was arrested. The DOJ, just like with me, lied to the press. He was exposing the truth about the BP Oil Spill.
2. The family did not sue anyone from the Federal Government. Why?
3. I was in the cell four months earlier and there was no toilet and no toilet paper.
4. The low-level US Marshals initially released him but when they realized he was handing out information about the spill, corexit and the Katrina Virus they had to silence him.
5. His office was in the Federal Court house and he was working with the EPA. His commanding Admiral would not even help him and his office was in the court house as well.
6. He had health insurance and the ability to hire an attorney.
7. The civil attorney and his Federal Public defender both represented me. They are puppets for the DOJ.
8. When they arrested, me they appointed US Attorney Billy Gibbens to represent me.
9. They succeeded where they failed with me.

This is the end of Mankind. When the Gulf of Mexico dies so do we.

Godspeed.
David Andrew Christenson
504-715-3086

Page: 5 of 43     Date Filed: 06/15/2020     Document: 21     USCA11 Case: 20-11692

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIAN-

2012 JUL 23   PM 1: 03

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET GOETZEE NAGLE and JOHN ERIC GOETZEE | * | CIVIL ACTION |
| | * | NUMBER: **12-1910** |
| VERSUS | * | SECTION: |
| SHERIFF MARLIN GUSMAN, DR. SAMUEL GORE, DR. CHARLES "MIKE" HIGGINS, | * | JUDGE: **SECT. R MAG. 2** |
| DR. JOSE HAM, MARY ANNE BENITEZ, DARRYL JACKSON, LPN WALLACE, | * | MAGISTRATE: |
| S. PEMBO, S. BATISTE, DAVID SCHAIBLE, E. BARGKY, C. JOHNSON, FNP, | * | CIVIL RIGHTS |
| WARDEN CARLOS LOUQUE, HOD WATCH COMMANDERS JOHN DOES I and II, SGT. NICOLE HARRIS, | * | |
| SGT EVERETT MARSHALL, DEPUTY WILLIAM THOMPSON, DEPUTY MICHAEL WILLIAMS and | * | JURY TRIAL DEMANDED |
| DEPUTY SHELIA CRADER | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT

### I.  INTRODUCTION

1.    This case involves the tragic death on August 7, 2011 of U.S. Coast

Guard Commander William ("Bill") Goetzee, a 48-year-old federal career civilian

1

Fee 350
Process
Dktd
CtRmDep
Doc. No.

employee of the U.S. Coast Guard and active member and Commander of the U.S. Coast Guard Reserves, who, while working in highly responsible and high-stress positions with the Coast Guard, including duties related to the BP oil spill, experienced a profound mental health crisis and breakdown. This breakdown manifested in a desperate attempt by Commander Goetzee to commit suicide on August 2, 2011 by attempting to grab the gun of a federal protective officer in order to kill himself. As a result of this dire crisis, Commander Goetzee was arrested, transported and placed in the custody of the defendants, all of whom had responsibility for his care and safety in his time of need.

2.    Instead of providing adequate, appropriate and necessary care and treatment to Commander Goetzee, the defendants failed in their professional duties and their legal obligations. Commander Goetzee was treated by the defendants in a callous, harsh and indifferent manner, resulting in his death by suicide in a barren cell on the tenth floor "mental health" unit of the House of Detention (HOD), an outmoded, dangerous and completely inadequate facility which, at all relevant times, was a critical part of the Orleans Parish Prison (OPP) complex and which was not a reasonable accommodation for a person suffering from Mr. Goetzee's illness and disability and in his condition. The OPP complex was operated and supervised by the Orleans Parish Sheriff's Office (OPSO), under the leadership of Sheriff Marlin Gusman, at all relevant times.

3.    Commander Goetzee was not properly diagnosed, treated or cared for

2

USCA11 Case: 20-11692   Document: 21   Date Filed: 06/15/2020   Page: 7 of 43

properly screen, evaluate or refer Mr. Goetzee for psychiatric evaluation, diagnosis or treatment. Defendant LPN Wallace failed to properly or adequately address Mr. Goetzee's report of recent suicidal thoughts, his need for medication, or his obvious physical injury. Defendant LPN Wallace was aware, must have been aware, or should have been aware, that Mr. Goetzee was psychologically fragile, required psychiatric evaluation, intervention and review of his medication status, yet failed to take appropriate steps to insure that would occur.

30.     Despite Mr. Goetzee's condition, defendant LPN Wallace referred Mr. Goetzee for housing in "general population". Defendant LPN Wallace knew, must have known or should have known, at Mr. Goetzee was at high risk of serious harm due to his disability and his medical condition and that the jail lacked adequate and appropriately trained staff and facilities to properly tend to Mr. Goetzee's medical needs or to provide reasonable accommodations for his disabilities. Yet she failed to take necessary and appropriate steps to insure that he was either referred to a hospital for treatment or for medical clearance as to the appropriateness of housing him at the jail, or, if to be admitted to the jail, that he was adequately and reasonably examined, housed and treated and afforded reasonable accommodation for his disability and his condition.

31.     Mr. Goetzee was booked into OPP and taken to Templeman V, the "federal tier". The following morning he appeared in federal court for a first appearance hearing. His medical and psychiatric condition had deteriorated overnight and he was

18

USCA11 Case: 20-11692   Document: 21   Date Filed: 06/15/2020   Page: 8 of 43

delusional, combative, disoriented and non-responsive. He had to be physically restrained in a wheelchair. At some point he was tased. He had spent the night in the jail with no medical treatment, no medication and no appropriate intervention or accommodation for his condition, thereby aggravating and worsening his condition. On information and belief, various deputies and other employees of the defendant Sheriff, acting in the course and scope of their employment, knew, must have known or should have known that Mr. Goetzee was in serious need of medical attention, yet failed to report or seek appropriate care for him during this time.

32.     Mr. Goetzee was removed from federal court and returned to the jail, where he received a "Psychiatric Nursing/MA Assessment" for the first time while in custody, due to "suicidal ideation", and referred to University Hospital by defendant Dr. Higgins, through a verbal order to defendant E. Bargky, LPN, to "Rule Out Delirium". By that time, he had blood pressure of 181/122, a pulse rate of 128, respiration rate of 20 and a temperature of 100.1. His allergy to prednisone was noted at this time, as was the fact that he was without any medication.  His skin was warm and moist to touch. He was described as oriented OX1, oriented as to name only, a marked deterioration of the AAOX3 orientation described at Intake by defendant LPN Wallace. The Nurse Notes completed by defendant Bargky identified his name as "William Wesley", despite the booking information which gave his name as "Goetzee, William W." This error regarding his name persisted through his hospitalization at University and when he returned to the jail, causing confusion and inconsistencies in his medical treatment. He

19

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 9 of 43

and a "code" was called, and resuscitation efforts were initiated. During resuscitation efforts it was discovered that Mr. Goetzee had toilet tissue stuffed down his throat, blocking his airway. On information and belief, Mr. Goetzee had been given access to toilet paper, which was not otherwise provided in his cell, by OPP staff, including defendant nurses and deputies, which allowed him to collect a sufficient quantity of the paper so as to kill himself.

64.     Placing a prisoner on "Direct observation" under "Suicide watch" at HOD-10 required that the patient would be under continuous, direct supervision at all times. On August 7, 2011, defendant former deputy William Thompson was assigned to perform "direct observation" of William Goetzee. Deputy Thompson was to sit in a chair, outside Mr. Goetzee's cell, and watch him. He was to fill out, every fifteen minutes, an observation sheet of Mr. Goetzee's behavior and activities.

65.     The OPSO suicide watch procedures, using a checklist filled out by deputies, is a poorly designed, inadequately monitored procedure which fails to ensure adequate observation of suicidal prisoners and which facilitates the entry of false and/or misleading information. The defendants knew, must have known, or should have known that the practice of deputies failing to maintain direct, continuous observation of suicidal prisoners was widespread, as was falsification of these checklists. Yet the defendants failed to take appropriate or necessary steps to intervene or to ensure that direct, continuous observation by qualified, medically trained staff, with accurate and meaningful documentation of suicidal prisoners took place. In addition, medical

In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
Movant David Andrew Christenson
June 9th, 2020

Fifteenth Amicus – Documentation about how they murder Federal Whistleblowers, those of us that are trying to save Mankind.

➢ The Plaintiffs have to disprove me and the fact that it was the United States that created and is responsible for the Pandemic. The Complaint is frivolous and the Chinese know that. Governments are gambling with our lives in some stupid high stakes game of poker.

➢ Censorship is allowing them to murder us.

**Read the Goetzee family complaint and you will think that it was written by a Jew in a Nazi Concentration Camp.**

How could the Supreme Court deny my Extraordinary Writ of Mandamus and Prohibition?

No Government or Civilization has survived and neither will ours. Censorship will destroy us.

I pray you make the effort to read the documentation. Mankind deserves a fighting chance.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201

9.  Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130

10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703

11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242

14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701

15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012

16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301

17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001

26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on June 9th, 2020 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

No. 14-10077

Title:        In Re David Andrew Christenson, Petitioner

       v.

Docketed:        June 4, 2015

~~~Date~~~  ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Jun 1 2015 | Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015) |
| Jun 30 2015 | Supplemental brief of petitioner filed. |
| Jul 2 2015 | Waiver of right of respondent United States to respond filed. |
| Jul 6 2015 | Second supplemental brief of petitioner filed. (Distributed) |
| Jul 9 2015 | DISTRIBUTED for Conference of September 28, 2015. |
| Jul 13 2015 | Third supplemental brief of petitioner filed. (Distributed) |
| Jul 30 2015 | Fourth Supplemental brief of petitioner filed. (Distributed) |
| Aug 3 2015 | Fifth supplemental brief of petitioner filed. (Distributed) |
| Aug 8 2015 | Sixth supplemental brief of petitioner filed. (Distributed) |
| Aug 19 2015 | Seventh supplemental brief of petitioner filed. (Distributed) |
| Aug 21 2015 | Eighth supplemental brief of petitioner filed. (Distributed) |
| Aug 28 2015 | Ninth supplemental brief of petitioner filed. (Distributed) |
| Aug 31 2015 | Tenth supplemental brief of petitioner filed. (Distributed) |
| Sep 1 2015 | Eleventh supplemental brief of petitioner filed. (Distributed) |
| Sep 2 2015 | Twentieth supplemental brief of petitioner filed. (Distributed) |
| Sep 3 2015 | Thirteenth supplemental brief of petitioner filed. (Distributed) |
| Sep 5 2015 | Fourteenth supplemental brief of petitioner filed. (Distributed) |
| Sep 8 2015 | Fifteenth supplemental brief of petitioner filed. (Distributed) |
| Sep 9 2015 | Sixteenth supplemental brief of petitioner filed. (Distributed) |
| Oct 5 2015 | Petition DENIED. |
| Oct 5 2015 | Petition for Rehearing filed. |
| Oct 14 2015 | DISTRIBUTED for Conference of October 30, 2015. |
| Nov 2 2015 | Rehearing DENIED. |

| ~~Name~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| David Andrew Christenson | P.O. Box 9063 | (504) 715-3086 |
| | Miramar Beach, FL 32550 | |
| Party name: | | |
| **Attorneys for Respondent:** | | |
| Donald B. Verrilli Jr. | Solicitor General | (202) 514-2217 |
| | United States Department of Justice | |

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 13 of 43

950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov

Party name: United States

USCA11 Case: 20-11692     Document: 21     Date Filed: 06/15/2020     Page: 14 of 43

August 19th, 2015

Supplemental Eight

Coast Guard Commander William Goetzee was Murdered by the Department of Justice

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

Coast Guard Commander William Goetzee was Murdered by the Department of Justice. The same process was used on me four months prior. When you read the complaint you will think you are in Nazi Germany.

Notice that the Goetzee family did not sue the Federal Government. Why? He was arrested on a Federal Warrant and held in Federal custody. The complaint was filed in Federal Court.

Everything the Department of Justice put in the public domain was a lie.

I was never charged with a crime. I was arrested on a Louisiana Warrant and not Federal. Why? 11 days in isolation being medicated against my will. Having a 9mm put to my forehead by an FBI Agent who threatened to kill me if I did not stop. He bragged about how he would get away with it and I knew that he was right. Stupid me for believing in the oath that I took.

## Attachments

A1 Page 18 and 19, item 31, of the Goetzee family complaint. The Coast Guard Commander was strapped to a wheelchair in Federal Court and tased. The entire complaint is A5.

A2 Letter drafted (2011) by me about "The Murder of Coast Guard Commander William Goetzee" and the background between us. The entire package is A4.

A3 Letter drafted by me on 08/09/2011 to Chief Justice John Roberts. This letter is part of A4.

A4 16 pages. "The Murder of Coast Guard Commander William Goetzee"

A5 66 pages. The Goetzee family Federal Complaint.

The Supreme Court of the United States of America has granted authority to the Department of Justice to execute and assassinate Americans who are exercising their Constitutional Rights, especially Federal Whistleblowers such as me.

All Americans deserve the protection of the Supreme Court.

Is this really the world that the Supreme Court wants?

Sincerely filed,
In Proper Person and Pro Se,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2015 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail including:
Solicitor General Donald B. Verrilli Jr.
Counsel of Record United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

properly screen, evaluate or refer Mr. Goetzee for psychiatric evaluation, diagnosis or treatment. Defendant LPN Wallace failed to properly or adequately address Mr. Goetzee's report of recent suicidal thoughts, his need for medication, or his obvious physical injury.   Defendant LPN Wallace was aware, must have been aware, or should have been aware, that Mr. Goetzee was psychologically fragile, required psychiatric evaluation, intervention and review of his medication status, yet failed to take appropriate steps to insure that would occur.

30.      Despite Mr. Goetzee's condition, defendant LPN Wallace referred Mr. Goetzee for housing in "general population".   Defendant LPN Wallace knew, must have known or should have known, at Mr. Goetzee was at high risk of serious harm due to his disability and his medical condition and that the jail lacked adequate and appropriately trained staff and facilities to properly tend to Mr. Goetzee's medical needs or to provide reasonable accommodations for his disabilities. Yet she failed to take necessary and appropriate steps to insure that he was either referred to a hospital for treatment or for medical clearance as to the appropriateness of housing him at the jail, or, if to be admitted to the jail, that he was adequately and reasonably examined, housed and treated and afforded reasonable accommodation for his disability and his condition.

31.      Mr. Goetzee was booked into OPP and taken to Templeman V, the "federal tier".  The following morning he appeared in federal court for a first appearance hearing. His medical and psychiatric condition had deteriorated overnight and he was

18

delusional, combative, disoriented and non-responsive. He had to be physically restrained in a wheelchair. At some point he was tased. He had spent the night in the jail with no medical treatment, no medication and no appropriate intervention or accommodation for his condition, thereby aggravating and worsening his condition. On information and belief, various deputies and other employees of the defendant Sheriff, acting in the course and scope of their employment, knew, must have known or should have known that Mr. Goetzee was in serious need of medical attention, yet failed to report or seek appropriate care for him during this time.

32.     Mr. Goetzee was removed from federal court and returned to the jail, where he received a "Psychiatric Nursing/MA Assessment" for the first time while in custody, due to "suicidal ideation", and referred to University Hospital by defendant Dr. Higgins, through a verbal order to defendant E. Bargky, LPN, to "Rule Out Delirium". By that time, he had blood pressure of 181/122, a pulse rate of 128, respiration rate of 20 and a temperature of 100.1. His allergy to prednisone was noted at this time, as was the fact that he was without any medication. His skin was warm and moist to touch. He was described as oriented OX1, oriented as to name only, a marked deterioration of the AAOX3 orientation described at Intake by defendant LPN Wallace. The Nurse Notes completed by defendant Bargky identified his name as "William Wesley", despite the booking information which gave his name as "Goetzee, William W." This error regarding his name persisted through his hospitalization at University and when he returned to the jail, causing confusion and inconsistencies in his medical treatment. He

19

The Murder of Coast Guard Commander William Goetzee

My background

I was held on the 10th floor of the House of Detention in the Orleans Parish Jail. This is the psychiatric floor. Suicidal prisoners are held here. In my case (not suicidal) I was placed in isolation and medicated against my will and knowledge. This was torture. The Federal Government was hoping that I would kill myself. The conditions are deplorable. The lights are on 24 hours a day. The noise from the fans and televisions is deafening. If you are not crazy when you go in, you are when you come out. I stopped eating and drinking. The only thing I consumed was water. The drugs they give you can actually trigger a psychosis, depression, etc. The "suicide watch" cell has nothing in it but a bench. There is no toilet. There is no toilet paper. When you are on suicide watch you wear a kevlar type vest that goes from your shoulders to your knees and nothing else. There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him.

The Federal Government did everything possible to paint me as crazy and to discredit me. They have done the same to Commander Goetzee. I believe the story about Goetzee and his arrest was a fraud, a fabrication. The Federal Government wanted to isolate and silence Commander Goetzee. He was murdered. I was lucky.

Attachment 1: Coast Guard Commander William Wesley Goetzee's Obituary.

Commander Goetzee had quite a background. He was not indigent. I would assume he had health insurance as he was an employee of the Federal Government. He worked in the same building as the Federal Courthouse, US Attorney, US Marshal's office, etc. There was extremely heavy security at the building that day because of the Danziger Bridge Trial.

Attachment 2: Article.

Commander Goetzee "reported episodes of suicidal ideation…". The man needed help. What medication was he being forced to take? I could not invent this. The Federal Government, US Marshal Service, places Federal suicidal prisoners in a jail that was condemned in 2009 by the Justice Department. "The Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices." Why was Commander Goetzee appointed a Federal Public Defender? He was a person of means. The Department of Justice wanted to control him just like they did me when they appointed US Attorney Billy Gibbens to represent me.

Attachment 3: Article.

Could you invent this? "Investigators say Goetzee had been swallowing toilet tissue throughout the day". Are you kidding me?

Attachment 4: Article.

See the last page, 3. "Margaret Nagel, his sister, said that after his arrest, she was unable to get any information about his condition or even where he was being held." It is important to note that the Coast Guard provided official notification of Commander Goetzee's death. This notification was improper unless he died during active duty. This was very odd and suspicious. By law The US Marshal Service should have provided notification since he was in their custody. Note that he was working on the BP oil spill.

Attachment 5.

Court document: detention hearing. Why was Commander Goetzee not at his detention hearing? Why did he not have private counsel. He had been charged and had not entered a plea. The Federal Government wanted him isolated. The man needed help and had the resources. Commander Goetzee was entitled to bond and should have been released within 72 hours. His family and fiancée could have helped him. Why did his peers in the Coast Guard not help him? They worked with him for 10 years. (Truth about the BP oil spill?)

Attachment 6.

Again could you invent the truth? Review the second page. He did not want to cause harm to anyone but himself. Goetzee exclaimed "I want to kill myself, give me your gun." Was he crying out for help or was this an attempt to discredit him? Do you know how hard it is to take a gun from a man sitting down in a car?

Attachment 7.

An email from me to multiple Federal Courts in the Eastern District of Louisiana.

Attachment 8.

Letter/Fax to the United States Supreme Court. I have only included one of the many letters that I wrote to the Supreme Court.

Sincerely,
David Christenson
"The Reluctant Patriot"

Chief Judge John Roberts
Judge Steven Breyer
Marshal Pamela Talkin
United States Supreme Court
1 First Street NE
Washington, DC. 20543
202-479-3000

08/09/2011
Arrested 03/15/2011

FAX
202-479-2971
6 pages.

This further incriminates the Supreme Court.

The Department of Justice and the Federal Courts killed/murdered William Goetzee. **The man needed help**. Read the attached newspaper article. Mr. Goetzee was not present at his own detention hearing on August 5$^{th}$, 2011. Why? See attachment. Why did Public Defender Sam Scillitani not get his client help? What help could he have possible received in the Orleans Parish Jail? He was on suicide watch.

Why was the minute entry not posted until 08/09/2011?

Here is a perfect example of how bizarre my life is. Virginia Schlueter is the chief public defender for the Eastern District of Louisiana. She was Mr. Goetzee's attorney. Ms. Schlueter represented me a few years back on a civil contempt charge. The Supreme Court was connected and had full knowledge. Ms. Schlueter is a despicable person and a puppet for the Department of Justice. I have firsthand knowledge of this fact. I wrote numerous complaints but got nowhere. Based on what I have read in the court record, newspapers and my own experiences I believe Mr. Goetzee would be alive today if it were not for the criminal actions of Ms. Schlueter.

Sincerely,

David Christenson
842 Camp Street
Unit 4
New Orleans, La. 70130
504-715-3086
504-529-3455 Fax

USCA11 Case: 20-11692   Document: 21   Date Filed: 06/15/2020   Page: 22 of 43

MINUTE ENTRY
KNOWLES, M.J.
AUGUST 5, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 11-93

WILLIAM GOETZEE                              SECTION: MAG

A detention hearing was set this date before Magistrate Judge Daniel E. Knowles, III.

PRESENT:   Frederick Veters, Asst. U.S. Attorney
           Sam Scillitani, Counsel for the defendant

Mr. Scillitani requested that this matter be continued for reasons stated on the record.

There was no objection by the Government.

Good cause shown, **IT IS ORDERED** that the detention hearing is **CONTINUED to be**
reset on motion of defendant..

.

                                        DANIEL E. KNOWLES, III, U.S. MAGISTRATE

JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

MJSATR: 00:02

SINGLE

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:11-mj-00093-DM-1

Case title: USA v. Goetzee

Date Filed: 08/02/2011

Assigned to: Magistrate Duty
Magistrate

### Defendant (1)

**William Goetzee**

represented by **Virginia Laughlin Schlueter**
Federal Public Defender (New Orleans)

Hale Boggs Federal Building
500 Poydras St.
Room 318
New Orleans, LA 70130
504-589-7930
Email: Virginia_Schlueter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*
*Appointment*

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

None

**Disposition**

### Highest Offense Level (Terminated)

None

### Complaints

18:111 & 18:1114 ASSAULT ON A
FEDERAL OFFICER

**Disposition**

### Plaintiff

**USA**

represented by **Frederick William Veters , Jr.**
U. S. Attorney's Office (New Orleans)
650 Poydras St.
Suite 1600
New Orleans, LA 70130
504-680-3073
Email: frederick.veters@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2011 | 1 | COMPLAINT signed by Magistrate Judge Daniel E. Knowles, III as to William Goetzee (1). (Attachments: # 1 Crim Mag Sheet) (gbw, ) (Entered: 08/04/2011) |

USCA11 Case: 20-11692     Document: 21     Date Filed: 06/15/2020     Page: 23 of 43

USCA11 Case: 20-11692     Document: 21     Date Filed: 06/15/2020     Page: 24 of 43

| 08/02/2011 | 2 | Arrest Warrant Issued by Magistrate Judge Daniel E. Knowles, III as to William Goetzee. (gbw, ) (Entered: 08/04/2011) |
| 08/02/2011 | 4 | Warrant Executed with Arrest of William Goetzee executed on 8/2/2011. (gbw, ) (Entered: 08/05/2011) |
| 08/03/2011 | 3 | Minute Entry for proceedings held before Magistrate Judge Daniel E. Knowles, III: Initial Appearance as to William Goetzee held on 8/3/2011. FPD appointed. Defendant remanded. Detention Hearing set for 8/5/2011 10:00 AM before Magistrate Duty Magistrate. Preliminary Hearing set for 8/17/2011 02:00 PM before Magistrate Duty Magistrate. (gbw, ) (Entered: 08/04/2011) |
| 08/03/2011 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to William Goetzee.. Signed by Magistrate Judge Daniel E. Knowles, III on 8/3/2011. (gbw, ) (Entered: 08/05/2011) |
| 08/05/2011 | 6 | Minute Entry for proceedings held before Magistrate Judge Daniel E. Knowles, III:Detention Hearing was set this date. ORDERED that the detention hearing is CONTINUED to be reset on motion of defendant.(Court Reporter Magistrate Clerical.) (plh, ) (Entered: 08/09/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/09/2011 09:08:29 | | |
| PACER Login: | rc1902 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:11-mj-00093-DM |
| Billable Pages: | 2 | Cost: | 0.16 |



# Inmate on suicide watch dies

*Guard accused of leaving post at jail*

**By Laura Maggi**
Staff writer

A federal inmate who expressed his desire to kill himself just moments before his arrest committed suicide at the Orleans Parish jail Sunday night, according to a news release from Sheriff Marlin Gusman issued late Monday.

William Goetzee, 48, was arrested Aug. 2 outside federal court after he tried to snatch a gun from a federal security officer. During the attempt to get the gun, he told the officer he wanted to kill himself.

Gusman's news release states that Goetzee was initially evaluated at the Interim LSU Public Hospital before being placed on the sheriff's office psychiatric tier and put on suicide watch. That tier is on the 10th floor of the jail's House of Detention.

Marc Ehrhardt, a spokesman for Gusman, said that when somebody is placed on suicide watch at the jail, they are supposed to be under constant supervision. This means under supervision "24 hours a day," he said.

The jail suspended a deputy who was charged with observing Goetzee, according to a news release. The deputy, whom the release did not name, left his post for an undisclosed period of time, the release said.

The jail's preliminary investigation found Goetzee "apparently swallowed toilet tissue" on Sunday. While an autopsy is still pending from the Orleans Parish coroner's office, the jail concluded that Goetzee was able to asphyxiate himself with the tissue paper.

Goetzee was found by the deputy at 6:30 p.m., who told medical staff that the inmate was unresponsive. EMS arrived to help with resuscitation efforts, but Goetzee was pronounced dead at 7:17 p.m.

In the news release, Gusman's office noted that Goetzee "reported episodes of suicidal ideation during his incarceration, but denied having suicidal thoughts during Sunday's sick call clinic." He was also responsive and talkative during the afternoon "medication pass" with medical staff.

*See* **JAIL**, *B-2*

# Gusman's office: Inmate on suicide watch killed himself

**JAIL,** *from B-1*

The jail suspended the deputy assigned to watch Goetzee without pay pending an investigation. The sheriff's office, along with the U.S. Marshals Service, will investigate his death, according to the release.

A 2009 examination of the Orleans Parish jail by the U.S. Department of Justice found unconstitutional conditions at the facilities. In particular, the Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices.

Goetzee was arrested last Tuesday near the federal courthouse on Poydras Street, according to a criminal complaint filed in court.

Goetzee allegedly approached the passenger side of a marked Federal Protective Services vehicle shortly before 11 a.m., opened the door and sat inside, according to the filing. Federal Officer William Watson, who was sitting in the driver's seat, questioned Goetzee.

Goetzee "took a couple of deep breaths," lunged toward Watson and tried to remove Watson's weapon from its holster, the complaint states. Amid the scuffle, Goetzee allegedly said, "I want to kill myself, give me your gun."

Watson, with the assistance of federal agents who ran to help, eventually subdued and handcuffed Goetzee.

Goetzee appeared in federal magistrate court the next day and was assigned a public defender. He was remanded to the custody of the U.S. Marshal's Service and ordered to return to court in two weeks.

• • • • • • •

Staff writer Brendan McCarthy contributed to this report.

Laura Maggi can be reached at lmaggi@ timespicayune.com or 504.826.3316.

*(handwritten: This is a lie.)*

The Murder of Coast Guard Commander William Goetzee

My background

I was held on the 10<sup>th</sup> floor of the House of Detention in the Orleans Parish Jail. This is the psychiatric floor. Suicidal prisoners are held here. In my case (not suicidal) I was placed in isolation and medicated against my will and knowledge. This was torture. The Federal Government was hoping that I would kill myself. The conditions are deplorable. The lights are on 24 hours a day. The noise from the fans and televisions is deafening. If you are not crazy when you go in, you are when you come out. I stopped eating and drinking. The only thing I consumed was water. The drugs they give you can actually trigger a psychosis, depression, etc. The "suicide watch" cell has nothing in it but a bench. There is no toilet. There is no toilet paper. When you are on suicide watch you wear a kevlar type vest that goes from your shoulders to your knees and nothing else. There was a young black kid in the "suicide watch" cell while I was there. He continually defecated on himself and the stench was unbelievable. Nobody helped him. I worried about him and I wonder what happened to him.

The Federal Government did everything possible to paint me as crazy and to discredit me. They have done the same to Commander Goetzee. I believe the story about Goetzee and his arrest was a fraud, a fabrication. The Federal Government wanted to isolate and silence Commander Goetzee. He was murdered. I was lucky.

Attachment 1: Coast Guard Commander William Wesley Goetzee's Obituary.

Commander Goetzee had quite a background. He was not indigent. I would assume he had health insurance as he was an employee of the Federal Government. He worked in the same building as the Federal Courthouse, US Attorney, US Marshal's office, etc. There was extremely heavy security at the building that day because of the Danziger Bridge Trial.

Attachment 2: Article.

Commander Goetzee "reported episodes of suicidal ideation…". The man needed help. What medication was he being forced to take? I could not invent this. The Federal Government, US Marshal Service, places Federal suicidal prisoners in a jail that was condemned in 2009 by the Justice Department. "The Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices." Why was Commander Goetzee appointed a Federal Public Defender? He was a person of means. The Department of Justice wanted to control him just like they did me when they appointed US Attorney Billy Gibbens to represent me.

Attachment 3: Article.

Could you invent this? "Investigators say Goetzee had been swallowing toilet tissue throughout the day". Are you kidding me?

Attachment 4: Article.

See the last page, 3. "Margaret Nagel, his sister, said that after his arrest, she was unable to get any information about his condition or even where he was being held." It is important to note that the Coast Guard provided official notification of Commander Goetzee's death. This notification was improper unless he died during active duty. This was very odd and suspicious. By law The US Marshal Service should have provided notification since he was in their custody. Note that he was working on the BP oil spill.

Attachment 5.

Court document: detention hearing. Why was Commander Goetzee not at his detention hearing? Why did he not have private counsel. He had been charged and had not entered a plea. The Federal Government wanted him isolated. The man needed help and had the resources. Commander Goetzee was entitled to bond and should have been released within 72 hours. His family and fiancée could have helped him. Why did his peers in the Coast Guard not help him? They worked with him for 10 years. (Truth about the BP oil spill?)

Attachment 6.

Again could you invent the truth? Review the second page. He did not want to cause harm to anyone but himself. Goetzee exclaimed "I want to kill myself, give me your gun." Was he crying out for help or was this an attempt to discredit him? Do you know how hard it is to take a gun from a man sitting down in a car?

Attachment 7.

An email from me to multiple Federal Courts in the Eastern District of Louisiana.

Attachment 8.

Letter/Fax to the United States Supreme Court. I have only included one of the many letters that I wrote to the Supreme Court.


Sincerely,
David Christenson
"The Reluctant Patriot"

**William Wesley Goetzee**



GOETZEE CDR William Wesley Goetzee died Sunday August 7, 2011. Born on November 14, 1962 in Plainfield, NJ to the late Helen Seman Goetzee and John Goetzee. Beloved brother to Margaret Nagle and John Eric Goetzee and loving fiancée to Donna Gauthier. Bill grew up in Scotch Plains, NJ. He received an Associate Degree in Applied Science, and began his professional career as a chemist with a Pharmaceutical Co. He also worked as an Emergency Medical Technician for the Scotch Plains Rescue Squad. He continued his education receiving a Bachelor of Science in Engineering Technology. Bill's love of flying began early in his life. He earned a private pilot license, then, following his Father's footsteps, he enlisted into the US Navy Reserve as an Ensign Student Pilot Aviator where he successfully completed and received a Certification of Solo Flight. After an honorable discharge from the Navy, he returned to New Jersey and was rehired by his previous Pharmaceutical Co. with a promotion to Quality Assurance chemist. He continued with his education and earned a Master's Degree of Science in Occupational Health and Safety Engineering. Bill received a Direct Commission into the US Coast Guard in 1998, and was stationed in New Orleans. In 2007 he was hired as an Environmental Protection Specialist by the Department of Homeland Security at the US Coast Guard 8th District where he was recognized as an expert in oil spill response technology. He remained in the Coast Guard Reserve and achieved his current rank of Commander in 2009. He received numerous citations, chief among them were the Coast Guard Achievement Medal for outstanding service during Hurricane Katrina, and the Commendation Medal for his work during the Deepwater Horizon incident. Relatives and friends are invited to attend visitation on Saturday, August 27, 2011 at LAKE LAWN METAIRIE FUNERAL HOME, 5100 Pontchartrain Blvd., from 10:00am to 1:00pm followed by funeral Service at 1:00pm in the Chapel. Contributions to the Coast Guard Mutual Assistance, USCG Stop 7180, 4200 Wilson Blvd, Suite 610, Arlington, VA 20598-7180, preferred, in lieu of flowers. To view and sign the guest book, visit www.lakelawnmetairie.com.

Published In The Times-Picayune on August 25, 2011

USCA11 Case: 20-11692    Date Filed: 06/15/2020    Page: 29 of 43    Document: 21

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 30 of 43



**Everything New Orleans**

## Inmate on suicide watch kills himself, Orleans sheriff says

Published: Monday, August 08, 2011, 9:29 PM    Updated: Monday, August 08, 2011, 9:32 PM


**Laura Maggi, The Times-Picayune**
By

A federal inmate who **expressed his desire to kill himself** just moments before his arrest committed suicide at the Orleans Parish jail Sunday night, according to a news release from Sheriff Marlin Gusman issued late Monday.



Times-Picayune archive

An Orleans Parish Prison inmate committed suicide Sunday night despite being on a 24-hour suicide watch, Sheriff Marlin Gusman said Monday.

William Goetzee, 48, was arrested Aug. 2 outside federal court after he tried to snatch a gun from a federal security officer. During the attempt to get the gun, he told the officer he wanted to kill himself.

Gusman's news release states that Goetzee was initially evaluated at the Interim LSU Public Hospital before being placed on the Sheriff's Office psychiatric tier and put on suicide watch. That tier is on the 10th floor of the jail's House of Detention.

Marc Ehrhardt, a spokesman for Gusman, said that when someone is placed on suicide watch at the jail, they are supposed to be under constant supervision. This means under supervision "24 hours a day," he said.

The jail suspended a deputy who was charged with observing Goetzee, according to a news release. The deputy, whom the release did not name, left his post for an undisclosed period of time, the release said.

The jail's preliminary investigation found Goetzee "surreptitiously swallowed toilet tissue" on Sunday. While an autopsy is still pending from the Orleans Parish coroner's office, the jail concluded that Goetzee was able to asphyxiate himself with the tissue paper.

Goetzee was found by the deputy at 6:30 p.m., who told medical staff the inmate was unresponsive. EMS arrived to help with resuscitation efforts, but Goetzee was pronounced dead at 7:17 p.m.

In the news release, Gusman's office noted that Goetzee "reported episodes of suicidal ideation during his incarceration, but denied having suicidal thoughts during Sunday's sick call clinic." He was responsive and talkative during the afternoon "medication pass" with medical staff.

The jail suspended the deputy assigned to watch Goetzee without pay pending an investigation. The Sheriff's Office, along with the U.S. Marshals Service, will investigate the death, according to the release.

A 2009 examination of the Orleans Parish jail by the U.S. Department of Justice found unconstitutional conditions at the facilities. In particular, the Justice Department criticized the mental health care provided by the institution, including its suicide-prevention practices.

Goetzee was arrested last Tuesday near the federal courthouse on Poydras Street, according to a criminal complaint filed in court.

Goetzee allegedly approached the passenger side of a marked Federal Protective Services vehicle shortly before 11 a.m., opened the door and sat inside, according to the filing. Federal Officer William Watson, who was sitting in the driver's seat, questioned Goetzee.

Goetzee "took a couple of deep breaths," lunged toward Watson and tried to remove Watson's weapon from its holster, the complaint states. Amid the scuffle, Goetzee allegedly said, "I want to kill myself, give me your gun."

Watson, with the assistance of federal agents who ran to help, eventually subdued and handcuffed Goetzee.

Goetzee appeared in federal magistrate court the next day and was assigned a public defender. He was remanded to the custody of the U.S. Marshals Service and ordered to return to court in two weeks.

●●●●●●●

*Staff writer Brendan McCarthy contributed to this report. Laura Maggi can be reached at lmaggi@timespicayune.com or 504.826.3316.*

© 2011 NOLA.com. All rights reserved.



# Deputy suspended after inmate suicide at OPP

wwltv.com

Posted on August 8, 2011 at 10.24 PM

Recommend

### WWLTV.com

NEW ORLEANS -- The man who allegedly assaulted a federal officer Friday in an attempt to commit suicide has died.

The deputy assigned to watch him has been suspended without pay.

The Orleans Parish Sheriff's Office said 48-year-old William Goetzee suffocated himself with toilet tissue in his cell Sunday night. Investigators say Goetzee had been swallowing toilet tissue throughout the day. *why would he have it?*

They say he was found unresponsive at 6:30 p.m.

The deputy will remain suspended without pay, pending the outcome of the investigation.

### Add another comment

Page: 32 of 43    Date Filed: 06/15/2020    Document: 21    USCA11 Case: 20-11692



**Everything New Orleans**

# Inmate suicide in New Orleans jail raises calls for federal oversight

Published: Friday, August 12, 2011, 7:15 PM


**Laura Maggi, The Times-Picayune**
By

Two years ago, **the U.S. Department of Justice issued a highly critical report** on the **Orleans Parish jail** that specifically found that staffers there weren't doing enough to prevent suicides.



**View full size**    Michael DeMocker, The Times-Picayune archive

A prisoner is shown to a holding cell in the intake section of Orleans Parish Prison.

Nonetheless, federal deputy marshals last week placed at the jail a Coast Guard employee who was avowedly suicidal after he tried to wrest a gun from a security officer outside the federal courthouse in New Orleans. The inmate, 48-year-old William Goetzee, successfully killed himself on the jail's psychiatric tier six days later, on Sunday, by swallowing enough toilet paper that it cut off his air supply.

Sheriff Marlin Gusman blamed the suicide on a lax deputy who left a post watching Goetzee for an unspecified period of time. That deputy, a 10-year veteran of the agency whom Gusman has not named, has been suspended.

In an interview on Friday, Gusman said as jail officials conduct an investigation into Goetzee's death, they have been consulting with the Orleans Parish district attorney's office about possible charges.

Critics of the jail said the death underscores the urgency of wrapping up a federal investigation that began in 2008 and -- at least publicly -- appears to have stalled.

Norris Henderson, a community activist and a member of the Orleans Parish Prison Reform Coalition, said advocates recently expressed their frustration about the languid pace to officials with the Justice Department's special litigation section, which conducted the review of the jail released in September 2009.

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 33 of 43

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 34 of 43

"The biggest thing we want is federal oversight," Henderson said. "It is not getting better; it is getting worse."

## 'Inconsistent' practices found

The 2009 report found unconstitutional conditions at the jail ranging from violence against inmates by guards and other inmates to substandard mental health care. The report noted that Gusman requires that suicidal inmates be put under constant direct observation, but the investigation found that staff practices were "inconsistent" with that policy, as well as "generally accepted standards."

Both Gusman and a spokeswoman for the Justice Department said the two sides are working on resolving the problems identified in 2009, although they framed the end result differently.

"We are aware of the ongoing problems at the jail and hope to negotiate a consent decree in the near future," said Xochitl Hinojosa, a Justice Department spokeswoman, in a statement.

Gusman, however, said they aren't working on a consent decree, which is a legal agreement that is ultimately overseen by a federal judge and an appointed monitor. Instead, he said, the Justice Department and the Sheriff's Office are negotiating a "memorandum of understanding," which would be an agreement directly between the jail and the federal agency.

Such an agreement, he said, would have "teeth."

"It will spell out what they expect us to do," he said.

Gusman also emphasized that he believed many of the problems outlined by the Justice Department's report had already been addressed, saying the initial findings even when released in 2009 were outdated.

Jail critics won't be satisfied just with an agreement between the jail and the Justice Department, said Henderson. He said federal court oversight is key to building faith that broad changes will be made.

If negotiations fail, the Justice Department can sue the Sheriff's Office, an option they noted in the 2009 report.

## Consent decree

Dana Kaplan, executive director of the Juvenile Justice Project of Louisiana and a member of the prison reform coalition, said a consent decree is something city officials and Gusman should embrace. She noted that Gusman has long complained he doesn't get enough money from the city, and a consent decree could help fix that problem, among others.

Gusman said he thinks a memorandum of understanding might accomplish that as well.

While emphasizing the jail is investigating Goetzee's death, Gusman defended the mental health care provided at the jail, noting that his agency last year was reaccredited by National Commission on Correctional Health Care.

The Marshals Service declined to answer questions about whether the agency will re-evaluate placement of suicidal inmates at the Orleans Parish jail.

"The U.S. Marshals Service is always concerned about the treatment of its detainees, and is working with local authorities throughout the investigation into the death of inmate William Goetzee," Deputy Chief Steve Blando of the service's public affairs office said in a written statement.

For Goetzee's family, there are still unanswered questions about his death. Margaret Nagle, his sister, said that after his arrest, she was unable to get any information about his condition or even where he was being held.

"I have received no information from any authority from the time my brother was taken into custody until I was notified by the Coast Guard about the death," Nagle said.

Goetzee had worked as a civilian employee with the Coast Guard for more than 10 years, while also serving in the Coast Guard reserves, said Lt. Sue Kerver, a spokeswoman. He worked at the Coast Guard's offices on Poydras Street as a coordinator with regional response teams, including the BP oil spill.

*Laura Maggi can be reached at **lmaggi@timespicayune.com** or 504.826.3316.* 

© 2011 NOLA.com. All rights reserved.

USCA11 Case: 20-11692   Document: 21   Date Filed: 06/15/2020   Page: 36 of 43

MINUTE ENTRY
KNOWLES, M.J.
AUGUST 5, 2011

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 11-93

WILLIAM GOETZEE                             SECTION: MAG

A detention hearing was set this date before Magistrate Judge Daniel E. Knowles, III.

PRESENT:    Frederick Veters, Asst. U.S. Attorney
            Sam Scillitani, Counsel for the defendant

where was Goetzee

Mr. Scillitani requested that this matter be continued for reasons stated on the record.

There was no objection by the Government.

Good cause shown, **IT IS ORDERED** that the detention hearing is **CONTINUED** to be

reset on motion of defendant..

*[signature]*

DANIEL E. KNOWLES, III, U.S. MAGISTRATE

JUDGE

CLERK TO NOTIFY:
U.S. ATTORNEY, PRE-TRIAL SERVICES,
U.S. MARSHAL, ATTORNEY FOR DEFENDANT,
DEFENDANT

MJSATR: 00:02

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 37 of 43

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:11-mj-00093-DM-1

Case title: USA v. Goetzee

Date Filed: 08/02/2011

Assigned to: Magistrate Duty
Magistrate

**Defendant (1)**

**William Goetzee**
represented by **Virginia Laughlin Schlueter**
Federal Public Defender (New Orleans)

Hale Boggs Federal Building
500 Poydras St.
Room 318
New Orleans, LA 70130
504-589-7930
Email: Virginia_Schlueter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*
*Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:111 & 18:1114 ASSAULT ON A FEDERAL OFFICER | |

**Plaintiff**

**USA**
represented by **Frederick William Veters , Jr.**
U. S. Attorney's Office (New Orleans)
650 Poydras St.
Suite 1600
New Orleans, LA 70130
504-680-3073
Email: frederick.veters@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/02/2011 | 1 | COMPLAINT signed by Magistrate Judge Daniel E. Knowles, III as to William Goetzee (1). (Attachments: # 1 Crim Mag Sheet) (gbw, ) (Entered: 08/04/2011) |

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 38 of 43

| 08/02/2011 | 2 | Arrest Warrant Issued by Magistrate Judge Daniel E. Knowles, III as to William Goetzee. (gbw, ) (Entered: 08/04/2011) |
|---|---|---|
| 08/02/2011 | 4 | Warrant Executed with Arrest of William Goetzee executed on 8/2/2011. (gbw, ) (Entered: 08/05/2011) |
| 08/03/2011 | 3 | Minute Entry for proceedings held before Magistrate Judge Daniel E. Knowles, III: Initial Appearance as to William Goetzee held on 8/3/2011. FPD appointed. Defendant remanded. Detention Hearing set for 8/5/2011 10:00 AM before Magistrate Duty Magistrate. Preliminary Hearing set for 8/17/2011 02:00 PM before Magistrate Duty Magistrate. (gbw, ) (Entered: 08/04/2011) |
| 08/03/2011 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to William Goetzee.. Signed by Magistrate Judge Daniel E. Knowles, III on 8/3/2011. (gbw, ) (Entered: 08/05/2011) |
| 08/05/2011 | 6 | Minute Entry for proceedings held before Magistrate Judge Daniel E. Knowles, III:Detention Hearing was set this date. ORDERED that the detention hearing is CONTINUED to be reset on motion of defendant.(Court Reporter Magistrate Clerical.) (plh, ) (Entered: 08/09/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/09/2011 09:08:29 | | |
| PACER Login: rc1902 | Client Code: | |
| Description: Docket Report | Search Criteria: | 2:11-mj-00093-DM |
| Billable Pages: 2 | Cost: | 0.16 |



USCA11 Case: 20-11692   Document: 21   Date Filed: 06/15/2020   Page: 39 of 43

AFFIDAVIT IN SWORN OF COMPLAINT AND ARREST WARRANT

I, PATRICK STRAWN, being duly sworn, do hereby depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been employed in that capacity for 9 years. I am currently assigned to the New Orleans Violent Crimes Task Force. My duties include but are not limited to the investigation of bank robberies, kidnapping matters, fugitives, crimes aboard aircraft, and assaults against federal agents.

2. The information contained in this affidavit is based upon an investigation conducted by the FBI, and other federal and local law enforcement officials in connection with the assault on Federal Protective Service Officer William Watson in New Orleans, LA on August 2, 2011. Since this affidavit is submitted only for the limited purpose of securing a criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the complaint sought.

3. On August 2, 2011, at approximately 10:55 a.m., a single white male, identified as William Goetzee, date of birth November 14, 1962, approached the passenger side of a Federal Protective Services fully marked patrol vehicle. Officer Watson, wearing full police uniform and sitting in the drivers side of the vehicle, believed the subject was approaching to ask him a question, and rolled down the front passenger window.

4. After approaching the marked patrol vehicle, Goetzee opened the front passenger side door, entered the vehicle, and sat down in the front passenger seat. Watson inquired why Goetzee thought he could just sit down in his patrol vehicle.

5. Upon being questioned by Watson, Goetzee took a couple of deep breaths, lunged towards Watson, grabbed Watson's service weapon, and attempted to remove the weapon from

USCA11 Case: 20-11692    Document: 21    Date Filed: 06/15/2020    Page: 40 of 43

it's holster. During the course of the struggle, which included physical contact on Watson by Goetzee, Goetzee exclaimed, "I want to kill myself, give me your gun."

6. Watson struggled to maintain control of his weapon, and during the struggle the weapon's magazine became dislodged. While struggling with Goetzee, Watson called out to a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) who was standing nearby requesting help.

7. The ATF Special Agent grabbed Goetzee through the front passenger window, in an attempt to restrain him, at which time Watson was able to exit the vehicle and run around to the passenger's side. Around that same time, another Federal Protective Service Officer came to provide assistance with apprehending Goetzee. Goetzee was forcibly removed from the vehicle and placed in handcuffs.

8. Based on the above facts, your Affiant has reason to believe that on August 2, 2011, William Goetzee committed an act in violation of Title 18 United States Code 111, Assault on a Federal Officer.

PATRICK B. STRAWN
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me this ____ day of August, 2011

HONORABLE DANIEL E. KNOWLES, III
United States Magistrate Judge

2

## FW: Goetzee/FYI/Please tell me if you want to be removed.

From: **David Christenson** (dchristenson6@hotmail.com)
Sent: Thu 8/04/11 7:17 AM
To:    26Pam Radosta (pam_radosta@laed.uscourts.gov); 26Susan Adams
        (susan_adams@laed.uscourts.gov)
Cc:    26Jennifer Rogers (jennifer_rogers@laed.uscourts.gov); 26EAmanda Ballay
        (amanda_ballay@laed.uscourts.gov)

        1 attachment
        Goetzee1.pdf (677.0 KB)

FYI.

Please read attachment about Goetzee. This is very odd.

It appears that he works at the Hale Boggs Building with the Coast Guard (Federal Court House). Extra
security is in place because of the Danziger Trial.

He has been charged and made an appearance but yet there is no official record. Why? The charge and
the court appearance would require that there be a record.  Who are his attorneys? Is it the Federal
Public Defenders or a private law firm? Billy Gibbens or his firm?

Why would the violent crime task force be involved? Were Marshal Walter Martin and FBI Agent Steven
Rayes involved?

Do you have any idea how hard it would be to wrestle a holstered gun away from a sitting man?

The man was crying out for help or there is more to the story.

David Christenson
504-715-3086

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIAN-

2012 JUL 23  PM 1: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET GOETZEE NAGLE and JOHN ERIC GOETZEE | * | CIVIL ACTION |
| | * | NUMBER: **12-1910** |
| VERSUS | * | SECTION: |
| SHERIFF MARLIN GUSMAN, DR. SAMUEL GORE, DR. CHARLES "MIKE" HIGGINS, DR. JOSE HAM, MARY ANNE BENITEZ, DARRYL JACKSON, LPN WALLACE, S. PEMBO, S. BATISTE, DAVID SCHAIBLE, E. BARGKY, C. JOHNSON, FNP, WARDEN CARLOS LOUQUE, HOD WATCH COMMANDERS JOHN DOES I and II, SGT. NICOLE HARRIS, SGT EVERETT MARSHALL, DEPUTY WILLIAM THOMPSON, DEPUTY MICHAEL WILLIAMS and DEPUTY SHELIA CRADER | * | JUDGE: **SECT. R MAG. 2** |
| | * | MAGISTRATE: |
| | * | CIVIL RIGHTS |
| | * | |
| | * | JURY TRIAL DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT**

**I. INTRODUCTION**

1.      This case involves the tragic death on August 7, 2011 of U.S. Coast

Guard Commander William ("Bill") Goetzee, a 48-year-old federal career civilian

1

Fee 350
Process
D-kd.
CtRmDep
Doc. No.

USCA11 Case: 20-11692   Document: 21   Date Filed: 06/15/2020   Page: 42 of 43

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

FROM:
BOX 9063
MIRAMAR BEACH, FL.
32550

CLEARED SECURITY

JUN 1 0 2020

U.S. MARSHALS SERVICE
NORTHERN DISTRICT

TO: Clerk
11th Circuit
56 Forsyth St. N.W
Atlanta, GA. 30303

**UNITED STATES POSTAL SERVICE**

Retail

**P**

**PRI**
**N**

US POSTAGE PAID
**$7.75**

Origin: 32550
06/10/20
1122510954-77

PRIORITY MAIL 2-DAY ®

0 Lb 8.20 Oz

1006

C007

EXPECTED DELIVERY DAY:  08/13/20

SHIP
TO:   56 FORSYTH ST NW
      ATLANTA GA  30303-2218

**USPS TRACKING® NUMBER**

9505 5134 4386 0162 6591 76

- Date of de
- USPS TRAC
  Internationa
- Limited inte
- Pick up ava
- Order suppl
- When used
  declaration
* Domestic o

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

schedule free
kage Pickup,
the QR code.

USPS.COM/PICKUP

P S00001000014

P S00001000014