No. 20-11692

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

United States of America,

Plaintiff-Appellee,

v.

Reality Leigh Winner

Defendant-Appellant.
_____

**APPEAL**

From the United States District Court for the Southern District of Georgia
(Case 1:17-CR-00034-JRH-BKE)
Hon. J. Randal Hall,
UNITED STATES DISTRICT JUDGE
_____

**APPELLANT'S MOTION TO FILE CERTAIN APPENDIX DOCUMENTS UNDER SEAL**
_____

| | |
|---|---|
| JOE D. WHITLEY<br>BRETT A. SWITZER<br>**BAKER, DONELSON, BEARMAN,**<br> **CALDWELL & BERKOWITZ, P.C.**<br>3414 Peachtree Road<br>Monarch Plaza, Suite 1500<br>Atlanta, Georgia 30326<br>Tel. (404) 577-6000<br>JWhitley@bakerdonelson.com<br>BSwitzer@bakerdonelson.com | LAURA E. COLLINS<br>**BAKER, DONELSON, BEARMAN,**<br> **CALDWELL & BERKOWITZ, P.C.**<br>100 Light Street<br>Baltimore, Maryland 21202<br>Tel. (410) 685-1120<br>LCollins@bakerdonelson.com |

*Counsel for Appellant Reality Leigh Winner*

**Certificate of Interested Persons and Corporate Disclosure Statement**

*United States of America v. Reality Leigh Winner*, Appeal No. 20-11692

Counsel for Appellant Reality Leigh Winner states that the following is a full and complete list of all entities and persons having an interest in the outcome of this appeal:

Aaron, David C., U.S. Department of Justice

Barnard, Thomas H., Attorney for Appellant

Bell, Jr., John C., Attorney for Appellant

Chester, Matthew S., Attorney for Appellant

Christine, Bobby, L., United States Attorney

Collins, Laura E., Attorney for Appellant

Davids, Justin G., Assistant United States Attorney

Durham, James D., Former Assistant United States Attorney

Edelstein, Julie A., U.S. Department of Justice

Epps, Hon. Brian K., United States Magistrate Judge

Grinter, Alison, Attorney for Appellant

Greenwood, Nancy, Assistant United States Attorney

Hall, Hon. J. Randal, United States District Judge

Larson, Amy E., U.S. Department of Justice

Mannino, Katherine C., Former Attorney for Appellant

McCook, Jill E., Former Attorney for Appellant

Nichols, Titus T., Attorney for Appellant

Rafferty, Brian T., Assistant United States Attorney

Robichaux, Mary Susan, U.S. Department of Justice

Rodriguez-Feo, Carli, CISO, U.S. Department of Justice

Solari, Jennifer G., Assistant United States Attorney

Switzer, Brett A., Attorney for Appellant

United States Department of Justice

Whitley, Joe D., Attorney for Appellant

Winner, Reality Leigh, Appellant

    No publicly traded company or corporation has an interest in the outcome of this case or appeal.

                                            */s/ Joe D. Whitley*
JOE D. WHITLEY
BRETT A. SWITZER
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Road
Monarch Plaza, Suite 1500
Atlanta, Georgia 30326
Tel. (404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

LAURA E. COLLINS
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, Maryland 21202
Tel. (410) 685-1120
LCollins@bakerdonelson.com

Pursuant to Federal Rule of Appellate Procedure 25(a)(5) and Eleventh Circuit Rule 25-5, Appellant respectfully submits this Motion to File Certain Appendix Documents Under Seal. Specifically, Appellant seeks to file under seal Docket Entries/Appendix Tabs 341-1, 341-2, and 341-8, which were accepted under seal by the district court below pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, and the Presentence Investigation Report dated August 7, 2018 prepared by the United States Probation Office (hereinafter collectively, the "Confidential Exhibits"). In support of this motion, Appellant shows the following:

1. Appellant's brief, filed June 15, 2020, contains references to Appellant's confidential, privileged, and otherwise protected medical records, which contain highly sensitive personal and personally identifiable information.

2. Except for the Presentence Investigation Report, all of the Confidential Exhibits were designated confidential and accepted by the district court under seal pursuant to an Order entered April 15, 2020 [ECF 344].

3. Pursuant to Federal Rule of Appellate Procedure 30(a)(1), Eleventh Circuit Rules 30-1 and 30-2, and this Court's "Instructions for Preparing an Appendix,"[1] the Presentence Investigation Report and addenda shall also be filed under seal.

---

[1] 11th Circuit Court of Appeals, INSTRUCTIONS FOR PREPARING AN APPENDIX (Rev. 8/17),

4.      Redacted copies (in whole or in part) of the Confidential Exhibits are included in Appellant's Appendix filed contemporaneously with this Motion.

5.      In accordance with Eleventh Circuit Rule 25-5, unredacted copies of the Confidential Exhibits are being provided to the Court and have already been provided to the United States of America under separate cover.

6.      Attorneys for Appellant contacted Attorneys for the United States, and the United States does not oppose this Motion.

For the foregoing reasons, Appellant respectfully moves this Court to accept the Confidential Exhibits [i.e., the Presentence Investigation Report and ECF 341-1, 341-2, and 341-8] referenced in Appellant's Appendix under seal as contemplated by Eleventh Circuit Rule 25-5.

Respectfully submitted,

*/s/ Joe D. Whitley*
JOE D. WHITLEY
BRETT A. SWITZER
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Road
Monarch Plaza, Suite 1500
Atlanta, Georgia 30326
Tel. (404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

---

http://www.ca11.uscourts.gov/sites/default/files/courtdocs/clk/FilingAppendixInstructionsAUG17.pdf.

4

        LAURA E. COLLINS
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        100 Light Street
        Baltimore, Maryland 21202
        Tel. (410) 685-1120
        LCollins@bakerdonelson.com

## Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B)(i). This document contains 311 words, excluding those parts of the motion exempt by the Eleventh Circuit Rule 26.1-3(c) and Fed. R. App. P. 32(f). This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word 2010 in Times New Roman 14-point font.

Respectfully submitted,

*/s/ Joe D. Whitley*
Joe D. Whitley
Georgia Bar No. 756150

*Counsel for Appellant*
*Reality Leigh Winner*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record by first class mail and/or by electronically filing the foregoing with the Court on this the 22nd day of June, 2020.

Bobby L. Christine
Jennifer G. Solari
Justin G. Davids
Nancy Greenwood
U.S. Attorney's Office
P.O. Box 8970
Savannah, Georgia 31412

                                              */s/ Joe D. Whitley*
                                              Joe D. Whitley
                                              Georgia Bar No. 756150

                                              *Counsel for Appellant*
                                              *Reality Leigh Winner*