UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

David Andrew Christenson – Appellant (Movant)

United States
Plaintiff – Appellee

v.

Reality Winner
Defendant - Appellant

No. 20-11692
(Case: 1:17-oo034-JRH-BKE)

Motion for Leave to File this Amicus Brief

The attached pleading/response to Judge Ungaro's order connects Reality Winner, Edward Snowden, Chelsea Manning, Julian Assange, General Mike Flynn and myself to the Genocide of Mankind.

The 2020 Presidential Election is being tampered with and nobody is doing anything.

"Freedom is never more than one generation away from extinction. We didn't pass it to our children in the bloodstream. It must be fought for, protected, and handed on for them to do the same." Ronald Reagan

**WE ARE THE ENEMY.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 18TH, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 18th, 2020

Motion for an Indefinite Extension and Reconsideration

Judge Ungaro,

**I guarantee that you will dismiss this case. I also guarantee that the information that I have given you will used by you to formulate that dismissal. This case is unwinnable and very soon the Plaintiff's Attorneys will discover that. It would be prudent for them to dismiss but they won't.**

Please don't waste your time and resources on this case. It would be prudent to contact the judges that I have listed and ask them about me.

**YOU ARE BEING MANIPULATED.**

These class action complaints will be used to tamper with the 2020 Presidential Election. See below.

Review Eleventh Amicus - ANTIFA Case 1:20-cv-21108-UU Document 37 Entered on FLSD Docket 06/09/2020 Page 1 of 7 before going further. What made this pleading so important to other judges and courts? **The attachments are about my being President and my resume.**

I am not patronizing you but you are a hero. You have no concept of the good that you have done. You have changed the Narrative. You may have given Mankind a chance at surviving. It is because of you that Chief Justice William H. Pryor Jr., (2X) Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Terry Alvin Doughty, Judge Ed Kinkeade and Judge Roy K. Altman have docketed duplicate pleadings that were written for you, your court, this case and most importantly the American People.

Think about how amazing this is. Chief Justice Pryor docketed Amicus Briefs 8, 9, 10, 11 and 14 in the Reality Winner appeal (What truly makes this amazing is that the 11th Circuit has returned ever single piece of mail that I sent over the last 15 years, until this.). Senior Judge Hilton docketed Amicus Briefs 10 and 11 in the Edward Snowden and Julian Assange criminal cases. Judge Liam O'Grady docketed Amicus Brief 10 in the Snowden civil case. Judges Doughty, Kinkeade and Altman docketed a great number of Amicus Briefs in class action complaints against the People' Republic of China.

What made those Amicus Briefs so important to those Judges? Snowden, Manning and Winner were all enlisted in the United States Military and became Federal Whistleblowers. Each of them was manipulated and so were the media organization that published their documents. Each of them is a hero. They are honoring the oath that they took to uphold and protect the Constitution.

**Would those Judges have docketed my pleadings in such high-profile (National Security) cases if they didn't have a scintilla of trust in me? Judges Hilton, O'Grady and Trenga (Manning – case closed) have all docketed my pleadings previous to them docketing these pleadings.**

You honored and upheld the Constitution by docketing the pleadings. Striking the pleadings from the record would be censorship and cause our fellow Americans irreparable harm. Leaving the pleadings in the docket does not harm anyone. It will never get to that point but a jury will never see those pleadings. The pleadings were for you, to give you information.

There are at least 14 Class Action Complaints against the People's Republic of China. I suffered the same damages as all plaintiffs and thus have a legal right to join. This case is no different. You and your family suffered and will continue to suffer until the truth comes out.

**I will cease to send pleadings without asking for permission.**

Plaintiff's attorney, Matthew Moore, actually argued my case for me in his Motion to Strike. He intentionally failed to disclose that I was fighting for my country and that my goal was to change the Narrative. Judge Sullivan in the Flynn case gave me 17 docket numbers. Six of the 17 were pleadings and the rest were letters sent to multiple judges. There was no intention on my part to have the letters docketed but for some reason Judge Sullivan thought it was important to docket them. He put the narrative in but not my name even though he gave a clue as how to figure out who I was. Please ask him if he wishes he had publicly docketed my documents. In the DNC v. Trump case **Judge Koeltl docketed 50 plus pleadings of mine.** I believe that the information that I gave to Judge Koeltl was used by him to dismiss the case. I believe the parties allowed the dismissal, with no appeal, because the judge docketed my pleadings.

**Ask Plaintiff's Attorney, under oath, if I am wrong. Ask him if he can prove today (June 18th, 2020) that without a doubt China is responsible for the Pandemic. Matthew Moore can't do that.**

➤ You won't understand this but trust me. All of the Class Action Complaints against China have several common threads. The first is a Republican Attorney, Larry Klayman (Google him), who is hell bent on getting Trump reelected. The second is Trump. These cases will be used to get Trump reelected. THIS CASE IS FAKE NEWS.

Mr. Moore opened the door by referencing these two cases in his argument and he did so in a negative way that impugned my character. I think it is prudent that you know what was in those 17 pleadings/letters because the case is high profile. The pleadings in the DNC v. Trump case can be found online and Pacer. Attached are the 17 pleadings and letters (without attachments) that I filed and that are listed in the docket for: United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Judge Sullivan knew that I was right but did not know how to proceed with my information, ask him.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001

26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton
Federal Court - 401 Courthouse Square - Alexandria, VA 22314
Movant David Andrew Christenson
June 3rd, 2020

### Eleventh Amicus – __ANTIFA__

Antifa will ensure that the truth comes out. There are three different funerals for George Floyd. Minnesota, North Caroline and in Texas on June 9th, 2020. Floyd's death is one of those cataclysmic events. There is no way that the officers will be convicted. __THE U.S. MILITARY WILL BE CALLED ON TO PUT THE JUSTIFIED INSURRECTION DOWN. WILL THE MILITARY MURDER THEIR FELLOW AMERICANS?__ I will not be able to protect the Federal Judiciary. I lose that ability the longer this goes on.

Attached is something I wrote about running for President eight years ago. The YouTube video has been removed and sanitized from the internet. An old resume is attached as well.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

**IN TRHE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| BUZZ PHOTOS, INC., *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, *et al.*<br><br>*Defendants.* | Civil Action No. 3:20-cv-00656-K |

<u>**NOTICE TO THE COURT CONCERNING MR. DAVID ANDREW CHRISTENSON**</u>

Plaintiffs, Buzz Photos, Inc. Freedom Watch, Inc., ("Freedom Watch") and Larry Klayman, on behalf of themselves and members of the putative class, hereby provide notice to the Court that they do not sanction the attempted amicus filings of Mr. David Andrew Christenson. He has attempted to intervene in several of Freedom Watch's cases in the past and courts have denied his participation. If he wishes to be a potential class member once the Court certifies the class, if he should so qualify, he may join this action as a member of the class at that time.

Dated: May 22, 2020

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave, NW
Suite 345
Washington, DC, 20006
Tel: (561) 558-5336
Email:leklayman@gmail.com

United States v. Flynn (1:17-cr-00232)
District Court, District of Columbia Judge E.
Sullivan Federal Court - 333 Constitution
Ave. N.W. - Washington D.C. 20001


Docket and 17 pleadings and letters (no
attachments.)

Case 1:17-cr-00232-EGS   Document 204-1   Filed 05/12/20   Page 1 of 4

The below chart contains identical relevant docket entries.

| 11 | 12/13/2017 | "LEAVE TO FILE DENIED-Motion to Intervene/Friend of the Court/Amicus Brief" Signed by Judge Emmet G. Sullivan on 12/13/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
| 12 | 12/13/2017 | "LEAVE TO FILE DENIED-Motion to Intervene/Friend of the Court/Amicus Brief (Fruit of the Poisonous Tree) of a Sitting President and His Family" Signed by Judge Emmet G. Sullivan on 12/13/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing.. (hsj) |
| 13 | 12/13/2017 | "LEAVE TO FILE DENIED-Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief" Signed by Judge Emmet G. Sullivan on 12/13/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
| | 12/20/2017 | MINUTE ORDER. This Court has received several motions to intervene/file an amicus brief along with letters in support from a private individual who is neither a party to this case nor counsel of record for any party. The Federal Rules of Criminal Procedure do not provide for intervention by third parties in criminal cases. The Court recognizes that the movant sincerely believes that he has information to share that bears on this case, and that, understandably, he wishes to be heard. Options exist for a private citizen to express his views about matters of public interest, but the Court's docket is not an available option. The docket is the record of official proceedings related to criminal charges brought by the United States against an individual who has pled guilty to a criminal offense. For the benefit of the parties in this case and the public, the docket must be maintained in an orderly fashion and in accordance with court rules. The movant states that he disagrees with the similar Minute Order issued by Judge Berman Jackson in Criminal Case Number 17-201, but the contrary legal authority on which he relies is neither persuasive nor applicable. Therefore, the Clerk is directed not to docket additional filings submitted by the would-be intervenor. If the individual seeks relief from this Court's rulings, he must appeal the rulings to the United States Court of Appeals for the District of Columbia Circuit. Signed by Judge Emmet G. Sullivan on 12/20/2017. (lcegs3) (Entered: 12/20/2017) |
| 14 | 12/20/2017 | "LEAVE TO FILE DENIED" by Judge Emmet G. Sullivan on 12/20/2017, letter regarding Special Counsel Robert Mueller |

1

| | | as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
|---|---|---|
| 15 | 12/20/2017 | LEAVE TO FILE DENIED by Judge Emmet G. Sullivan on 12/20/2017, Notice of Appeal Dated 12/15/2017 as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. (hsj) |
| 17 | 01/15/2018 | LEAVE TO FILE DENIED- Vast Right-Wing United Way Cabal Infiltrating & Undermining Trump Law & Order Cabinet as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 1/15/18. (tl) |
| 23 | 03/16/2018 | LEAVE TO FILE DENIED- Letter Regarding Censorship and Violations of the Constitution as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2016. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 24 | 03/16/2018 | LEAVE TO FILE DENIED-Epiphany as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 25 | 03/16/2018 | LEAVE TO FILE DENIED-Letter Regarding the Plea as to MICHAEL T. FLYNN. "Leave to File Denid" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 26 | 03/16/2018 | LEAVE TO FILE DENIED-Letter Regarding Two New York Times as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing..Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 27 | 03/16/2018 | LEAVE TO FILE DENIED-Motion for Reconsideration as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/16/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/16/2018. (hsj) |
| 28 | 03/19/2018 | LEAVE TO FILE DENIED- Mankind's Death Certificate was Signed on October 12, 2050 with not so much as a Whimper. as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/19/2018. This document is |

| | | |
|---|---|---|
| | | unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/19/2018. (hsj) |
| 29 | 03/19/2018 | LEAVE TO FILE DENIED- Three Quotes from Supreme Court Justices as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/19/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/19/2018. (hsj) |
| 30 | 03/19/2018 | LEAVE TO FILE DENIED- Quote From Judge Kurt Engelhardt's Order and Reasons as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/19/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/19/2018. (hsj) |
| 31 | 03/20/2018 | LEAVE TO FILE DENIED-Letter Regarding the Passing of Stephen Hawking as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/20/2018. This document is unavailable as the Court denied its filing.. Signed by Judge Emmet G. Sullivan on 3/20/2018. (hsj) |
| 32 | 03/20/2018 | LEAVE TO FILE DENIED- Emergency Moton to Intervene Filed on Behalf of all Americans as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/20/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/20/2018. (hsj) |
| 33 | 03/20/2018 | LEAVE TO FILE DENIED-Letter Regarding I Kings 23 as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/20/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/20/2018. (hsj) |
| 34 | 03/23/2018 | LEAVE TO FILE DENIED- Letter Regarding the Actions of Andrew McCabe, General Mike Flynn and Robert Mueller as to MICHAEL T. FLYNN. "Leave to File Denied" by Judge Emmet G. Sullivan on 3/23/2018. This document is unavailable as the Court denied its filing. Signed by Judge Emmet G. Sullivan on 3/23/2018. (hsj) |
| 67 | 01/18/2019 | LEAVE TO FILE DENIED-Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction and Supplemental Defense Sentencing Memorandum as to MICHAEL T. FLYNN This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Emmet G. Sullivan on 1/18/2019. (hsj) |
| 68 | 01/18/2019 | LEAVE TO FILE DENIED-Motion for Leave of Court to File Amicus Curiae Brief as Sentencing Memorandum in Support |

3

| | | of Defendant MICHAEL FLYNN as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File Denied Signed by Judge Emmet G. Sullivan on 1/18/2018. (hsj) |
|---|---|---|
| 69 | 02/13/2019 | LEAVE TO FILE DENIED-Amicus Curiea Brief Supporting Dismissal Due to Want of Federal Jurisdiction as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Emmet G. Sullivan on 2/13/2019. (hsj) |
| 70 | 03/06/2019 | LEAVE TO FILE DENIED-Friend of Court Petition Certificate of Service as to MICHAEL T. FLYNN This document is unavailable as the Court denied its filing. "Leave to File is Denied" by Judge Emmet G. Sullivan. Signed by Judge Emmet G. Sullivan on 3/6/2019. (hsj) |
| 139 | 11/16/2019 | LEAVE TO FILE DENIED-Amicus Curiae Brief Supporting Lack of Subject Matter Jurisdiction as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File is Denied" Signed by Judge Emmet G. Sullivan on 11/16/2019. (hsj) |
| 184 | 04/26/2020 | LEAVE TO FILE DENIED-Request for Perserving Claim of Error as to MICHAEL T. FLYNN. This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Emmet G. Sullivan on 4/26/2020. (Attachments: # (1) Envelope) (zhsj) |

4

Judge Emmet G. Sullivan                                          December 13th, 2017
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

United States of America                          Criminal Docket No. 1:17-cr-232

v.                                                Judge Emmet G. Sullivan

Michael T. Flynn
Defendant

#### Motion to Intervene/Friend of the Court Brief/Amicus Brief

The United States Court of Appeals for the Fifth Circuit docketed the attached pleading/motion (82 Pages which are not included). Within the pleading are Motions to Intervene that the District Court for the District of Columbia refused to docket. There is now an official court record. Both the DC District Court and the DC Appellate Court refused to docket my Notices of Appeal and have refused to docket my Notices of Appeal.

The Constitution, First Amendment, last sentence of the First Amendment ("and to petition the government for a redress of grievances."), Federal Law, Federal Case Law, Precedent, etc. grant me to the right to file this pleading and to have it entered into the public court record.

Once the Motion to Intervene/Friend of the Court Brief/Amicus Brief is publicly docketed it becomes moot and there will be no further pleadings filed on my part.

Special Counsel Robert Mueller is poisonous fruit and anything he prosecutes is defective.

Is this corruption within the Federal Judiciary or are the Judges Victims?
(Are you afraid of Robert Mueller? Does he really have the power to intimidate the Federal Judiciary? The answer is "yes" because he did so in New Orleans after Hurricane Katrina. If I did not know better I would think he was blackmailing the Federal Judiciary or is it extortion, intimidation and threats? Whatever it is all Judges are afraid of Robert Mueller)

- ➢ Update: On 12/11/2017 the 5th Circuit docketed that I had remedied the default. See attached email.
- ➢ Update: On 12/12/2017 The 5th Circuit (About 21 hours later) denied my Motion. See attached email.

> Someone informed the court about what was in the Motion and told them to deny it and remove it or seal it. The Court complied and censored me in violation of the Constitution. The American People lost.
> What is most amazing is that the appeal was dismissed for lack of a transcript but there was no transcript because there was never a hearing. See attached email.
> The appeal was not dismissed on the merits but on a false technicality. How could I produce a transcript when one did not exist?

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.**

Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**

Leucadia v. Applied Extrusions Technologies: **Access**

Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access.**

Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient.**

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**

Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**

Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**

Pansy v. Stroudsburg: **Third parties have a right to intervene.**

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL


Godspeed.
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                    Criminal Docket No. 1:17-cr-232

v.                                                          Judge Rudolph Contreras

Michael T. Flynn
Defendant

Motion to Intervene/Friend of the Court Brief/Amicus Brief

> **We are talking about the impeachment and criminal prosecution (Fruit from a Poisonous Tree)
of a sitting President and his family.**

I can file this Motion because I am a victim of Robert Mueller's criminal misconduct.

> **This Motion to Intervene becomes moot if you docket it in accordance with the Constitution,
First Amendment and the last sentence to the First Amendment: "and to petition the
government for a redress of grievances." I want nothing else from this court except the
Constitutional Right to be heard. The American People have a Constitutional Right to hear
what I am saying in this court and for the record.**

I want irreversible justice in accordance with Constitution and on behalf of the American People. Look at
the number of criminal cases in New Orleans that were reversed on Appeal because of criminal
prosecutor misconduct. Danziger and Glover were two of the biggest Civil Rights cases from the last
thirty years. Many of the defendants were ultimately found not guilty or had major reductions in their
sentences. Glover ended up with just one conviction. (A plea deal was entered into before trial that
excluded evidence. I will elaborate on this latter.)

The greatest political and legal transgression of my life was when President Ford pardoned President
Nixon. Nixon resigned before being impeached and was pardoned before he was indicted. This
catastrophic event denied all Americans the truth (Their Constitutional Rights) and had ripple (tsunami)
effects that are felt today.

> **The tree that President Ford planted that day was as poisonous as they come.**

What if Trump starts to pardon individuals? He could pardon Flynn and Papadopoulos today as well as
Manafort and Gates because the precedent was set by Ford. Would Flynn and Papadopoulos have to
cooperate and testify? Remember that the DOJ dropped the case against Fred Heebe/River Birch Landfill
New Orleans before he was ever indicted because of criminal prosecutor misconduct. Nixon was never
called to testify.)

In my book the first few words are: "An Epic Constitutional Crisis. I am talking about the political
destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government." I
believe this more today then when I wrote the book five years ago.

> ➤ **Please accept my apology for filing this Motion. "I am sorry." Case law and precedent for granting this Motion are listed at the end of the pleading.**

This narrative may be a little incoherent and disjointed but please give it a chance.

First Amendment, Fourth Amendment, Fifth Amendment, Fourteenth Amendment, Exclusionary Rule and Fruit from a Poisonous Tree.

Has Criminal Prosecutor Misconduct taken place? Papadopoulos and Flynn have entered into plea deals. What evidence, legal or illegal, did Special Prosecutor Robert Mueller have to entice or intimidate them into pleading guilty and how was that evidence obtained? Any information or testimony provided by Flynn and Papadopoulos will be Poisoned Fruit that can never be used again in any criminal trial. Trump could never be prosecuted. All defense attorneys have a right to this information and so do the American People.

If Mueller obtained the guilty pleas with Poisoned Fruit then all prosecutions and convictions will be tainted and thus thrown out.

Mueller has a history of prosecutorial misconduct. The indictment, plea agreement and statement of offense are all riddled with poisoned fruit. Mueller's arrogance is unbelievable. Simple common sense tells you that something is very, very wrong.

Lt. General Michal Flynn is having a private conversation with the Russian Ambassador. Here is the Constitutional Question. Did Flynn have a presumption of privacy? How did Mueller come by the evidence that he needed to force Flynn to accept the plea deal? Was it the FBI, NSA, etc. who provided the electronic recording? The Ambassador has diplomatic immunity and in essence is not governed by our laws. What kind of investigation was he under. There was no way he could ever be prosecuted so why was his conversation with Flynn being recorded? Mueller admits that he did not know at the time of Flynn's interview that Flynn lied. How do you suppose he developed that information? Anything besides an electronic recording would be hearsay and an electronic recording without a warrant would be illegal. This could be considered entrapment. It reminds me of the Scooter Libby case, even the commuting of his sentence. Libby did nothing wrong.

Why was President Elect Trump not informed of the Russian investigation? The transgressions of Flynn and Papadopoulos happened after the election. This is a major Constitutional issue which needs to be addressed.

A President Elect starts to call world leaders the day he is elected. Do you see the problem?

During the campaign both parties held talks with other world leaders. I believe both travel abroad.

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.
Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**

Leucadia v. Applied Extrusions Technologies: **Access**

Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access.**

Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient.**

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.**

Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**

Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial.**

Pansy v. Stroudsburg: **Third parties have a right to intervene.**

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

The Danziger Civil Rights Case in New Orleans after Hurricane Katrina. The Department of Justice had an electronic recording of what took place on the Danziger Bridge that day. The agreement between the defendants and prosecution was that the electronic recording would not be used and in exchange there would be no death penalty. The DOJ wanted a coverup conviction and not a murder conviction. They were hoping that the policemen would get 6 – 8 years for the cover-up and not the 65-year prison sentences that they got. God worked in a very mysterious way and gave the DOJ a World Series Winning Grand Slam. FBI Director Robert Mueller hedged his bet and assigned a two-year, non-investigator, to the case. The agent was convincing and became more convincing when he lied on the witness stand. This becomes exponentially more complicated because of the following: the US Navy was at the Danziger Bridge conducting illegal operational missions within the United States. American Sniper Chris Kyle actually bragged about murdering Americans in New Orleans. SEAL Team 22 from the Stennis Space Center, north of New Orleans on the Pearl River, committed genocide against our fellow Americans in violation of the Constitution and the Posse Act. It was Mueller's agents that were instrumental in covering up the murders.

Attachment 1: DC District Court Judge Amy B. Jackson denied my Notice of Appeal that I filed with the United States Court of Appeals for the District of Columbia. How can a District Court Judge deny an Appellate Court Pleading? How did Judge Jackson even get the Notice of Appeal?

Attachment 2: DC District Court Judge Amy B. Jackson denied my Notice of Appeal.

Reference Attachment 3: Judge Jackson states: "he must seek it from the Court of Appeals by filing an appeal of those rulings. Signed by Judge Amy Berman Jackson on 11/29/17. (DMK) (Entered: 11/29/2017)" How can I seek relief if she denies my Constitutional Right to Appeal?

Filed in the Manafort/Gates case. Listed in reverse order. Other Federal District Court and Appeal Courts have docketed these pleadings.

Attachment 3: Docket Correction in the Interest of Justice.

Attachment 4: Friend of the Court Brief/Amicus Brief/Appeal/Memorandum in Support of Motion to Intervene.

Attachment 5: Notice of Appeal

Attachment 6: Motion for Reconsideration

Attachment 7: Motion to Intervene


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

## CERTIFICATE OF SERVICE
I hereby certify that on December 1st, 2017 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                    Criminal Docket No. 1:17-cr-232

v.                                                          Judge Rudolph Contreras

Michael T. Flynn
Defendant

Supplemental Motion to Intervene/Friend of the Court Brief/Amicus Brief

I have been warning you about this for years. The criminal activity by the Department of Justice in New Orleans during and after Hurricane Katrina has spread.

**MUELLER IS POISONOUS FRUIT FROM A POISONOUS TREE. (FBI Agent William Bezak was trained by Mueller and look at what he did. Mueller was in direct control of the Danziger and Glover investigations.)**

**THE AMERICAN PEOPLE DESERVE BETTER. They deserve the truth and justice.**

Math and time will expose the truth, the crimes and the Genocide of Mankind. There is no escape. Trump is a rabid dog and he will do whatever it takes to save himself.

The Federal Judiciary has failed to protect the Constitution and thus the American People.

Where there is smoke there is fire.
The spotlight is constantly being moved away from the truth.
The cover-up accelerates, exponentially, in its growth.

House intel committee threatens DOJ, FBI with contempt in Russia election meddling probe
By Andrea Noble - The Washington Times - Sunday, December 3, 2017
https://www.washingtontimes.com/news/2017/dec/3/house-intel-committee-threatens-doj-fbi-with-conte/
House Republicans could draft a resolution to hold Deputy Attorney General Rod Rosenstein and FBI Director Christopher Wray in contempt of Congress as soon as Monday for failure to turn over documents sought as part of an intelligence committee investigation.
The move comes after what House Permanent Select Committee on Intelligence Chairman Devin Nunes describes as months of stonewalling on the part of the Justice Department and the FBI as his panel sought access to records related to federal investigators' use of the salacious Trump dossier compiled by British ex-spy Christopher Steele.
Mr. Nunes said the agencies suddenly became more forthcoming with some information when it was reported over the weekend that special counsel Robert Mueller had removed one of the FBI's top Russian counterintelligence investigators from his team after an internal probe found the agent had sent messages that showed possible bias for Hillary Clinton and against President Trump.
According to the special counsel's office, Peter Strzok, who led the investigation of Mrs. Clinton's email server in 2016, left the special counsel's team last summer. He sent the text messages to Lisa Page, an FBI lawyer who also left the Mueller investigation this past summer.

**Do you really believe that Mueller removed a top aid over a text message? NOT A CHANCE IN HELL.
THE DOJ DID NOT REMOVE THE US ATTORNEYS THAT POSTED COMMENTS ON THE WORLD WIDE WEB
AND INTERNET THAT SWAYED PUBLIC OPINION AND FEDERAL JUDGES!!! Aske Judge Kurt Engelhardt.**

Mueller Removed Top Agent in Russia Inquiry Over Possible Anti-Trump Texts
By MICHAEL S. SCHMIDT, MATT APUZZO and ADAM GOLDMANDEC. 2, 2017
https://www.nytimes.com/2017/12/02/us/politics/mueller-removed-top-fbi-agent-over-possible-anti-trump-texts.html
WASHINGTON — The special counsel, Robert S. Mueller III, removed a top F.B.I. agent this summer from
his investigation into Russian election meddling after the Justice Department's inspector general began
examining whether the agent had sent text messages that expressed anti-Trump political views, according
to three people briefed on the matter.
The agent, Peter Strzok, is considered one of the most experienced and trusted F.B.I. counterintelligence
investigators. He helped lead the investigation into whether Hillary Clinton had mishandled classified
information on her private email account, and then played a major role in the investigation into links
between President Trump's campaign and Russia.
But Mr. Strzok was reassigned this summer from Mr. Mueller's investigation to the F.B.I.'s human
resources department, where he has been stationed since. The people briefed on the case said the
transfer followed the discovery of text messages in which Mr. Strzok and a colleague reacted to news
events, like presidential debates, in ways that could appear critical of Mr. Trump.

New Orleans is at the center of a key federal pursuit
Updated on August 8, 2011 at 11:34 AM Posted on August 8, 2011 at 11:00 AM
By Brendan McCarthy, The Times-Picayune
http://www.nola.com/crime/index.ssf/2011/08/new_orleans_is_at_the_center_o.html
In January 2009, Bernstein teamed with agents from the local FBI office. They held a voluntary interview
with NOPD Sgt. Arthur Kaufman, who had handled the police investigation. He offered a narrative of
events that seemed to clash with the facts, raising red flags with William Bezak, a young FBI agent who
had been named lead investigator.
Bezak was a mechanical engineer by trade who before joining the FBI had helped test and fine-tune
military helicopters. The New Jersey native's first posting out of the academy in summer 2006 was New
Orleans. He was chosen for the Danziger case because he was young, energetic and highly organized, his
boss, Welker, recalled. And, perhaps most important, Bezak had no allegiances to anyone in local law
enforcement; he knew no NOPD officers. He had only a "very vague" understanding of the shooting when
he began.

RULE OF LAW
Trump Court Nominee Upheld Rights of Police Against Holder DOJ Misconduct
BY J. CHRISTIAN ADAMS SEPTEMBER 29, 2017
https://pjmedia.com/jchristianadams/2017/09/29/trump-court-nominee-defended-rights-police-holder-doj-misconduct/
President Trump has nominated a slate of solid picks for the federal bench, including a new list of
nominees this week. Among them is Kurt D. Engelhardt. Trump nominated Engelhardt to the Fifth Circuit
Court of Appeals, a district that covers the area from Alabama to the Rio Grande. Engelhardt already
serves as a United States District Court judge in New Orleans. Engelhardt will be familiar to PJ Media
readers. He is the judge who wrote a scathing 129-page order blistering the misconduct of lawyers at the
Justice Department's Civil Rights Division and the local New Orleans U.S. Attorney's Office in a prosecution

of New Orleans police officers. His order offers a look behind the curtain of some of the worst ideological misconduct that occurred at the Obama DOJ. Misconduct may be an inadequate word to describe the behavior of DOJ lawyers, and Engelhardt saw it all up close. See PJ Media's "Justice Dept. Lawyer Karla Dobinski's Misconduct Sends Cops to Prison," or Hans von Spakovsky writing at National Review: "Grotesque DOJ Misconduct". Engelhardt reserved some of his strongest language to criticize what he called "shockingly coercive tactics" of Bezak in approaching a potential defense witness, officer Heather Gore. Citing Bezak's testimony, Engelhardt recounted how the FBI agent first looked for Gore at her home, and found her later at a police station. There, Bezak told Gore that she had a nice house, asked about Gore's triplet daughters and "advised she would be deprived of them as a result of her lying."

Engelhardt then challenged Bezak's strong-arm tactics, noting that Gore has not been charged with any crime. The judge also said at least three witnesses defendants called at trial "refused to appear under threats from (the Department of Justice) that they would be prosecuted for perjury as a result of their earlier grand jury testimony." The judge said "twenty-six months later, not one of these three defense witnesses has been charged with any crime whatsoever." Mosca said all these assertions, and the established record of prosecutorial misconduct, could prompt defense attorneys to depose all these witnesses to see if their testimony, or alternatively their decisions not to testify, was a result of government coercion. Danziger Bridge Trial news leaves residents questioning the justice system Yesterday, U.S. District Judge Kurt Engelhardt granted a new trial for five former New Orleans Police Department officers convicted in the Danziger Bridge shooting and the subsequent cover-up. Many residents are feeling deprived of justice after hearing the news. "They can also call those defense witnesses back and they can request immunity for them so they would not be afraid to testify this time," Mosca said. Clarke noted that Engelhardt also criticized what he perceived to be lenient deals government witnesses got. That's part of the criminal justice system, he said, which gives prosecutors "tremendous power" to offer such deals. "But there's a danger in this type of system, that people -- on their own volition or through coercion -- offer false testimony to help themselves. Prosecutors always have to be skeptical of what they're told by people looking for a deal," Clarke said. "Certainly the defense is going to try to use what's written (in the order) to try to get evidence thrown out. They'll argue testimony is tainted."


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on December 4th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Judge Rudolph "Rudy" Contreras                                    December 1st, 2017
DC District Court
333 Constitution Ave. NW
Washington, DC 20001

Judge Contreras,

How many other Federal Whistleblowers have been silenced by Special Counsel Robert Mueller. The
cost for Mueller's criminal transgressions will be the Genocide of Mankind. This is not a prophecy or
prediction but a mathematical certainty. This one instance (see attachment) describes my life in a
nutshell. (I know the document is disjointed and incoherent but I was never trained for this.) At one
point in time I had 750 videos, each with an individual address, Facebook, A website, multiple Twitter
accounts, etc. on the internet and all have been removed by the FBI. All of my social media accounts
have been deleted. YouTube stood by me for years until the pressure from FBI Director Robert Mueller
became to great. Our government has erased me from history. **Will you erase me from history?** I know I
have written some sensational documents but I did so in hopes that I could help to save Mankind by
opening people's eyes. I passed the security background check on March 29th, 2013. The letter barring
me for life was dated May 7th, 2013.

FBI Director Robert Mueller was incensed that I was given a security clearance. He was livid that I passed
an FBI background check. *["General Mike Gould (Superintendent of the United States Air Force Academy,
my ex-football coach and friend) ran the following background checks on me. I have been approved for a
security badge to enter the, an active military installation, United States Air Force Academy. He had me
fill out a USAFA form 126. The approval came with 48 hours of receipt. I have to thank General Mike
Gould for sticking his neck out for me. I guess he has honored his Oath to the Constitution as best he
could.*
*Department of Defense (000), Colorado Crime Information Center (CCIC), National Crime Information
Center (NCIC), Defense Security Service (DSS), National Instant Criminal Background Check System
(NICS)"*
*I have been cleared of all of the following per the FBI and the above agencies: (An explanation will be
forthcoming) "There are 14 persons files, including: Supervised Release; National Sex Offender Registry;
Foreign Fugitive; Immigration Violator; Missing Person; Protection Order; Unidentified Person; U.S.
Secret Service Protective; Gang; Known or Appropriately Suspected Terrorist; Wanted Person; Identity
Theft; Violent Person; and National Instant Criminal Background Check System (NICS) Denied
Transaction."]*

Godspeed.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                  Criminal Docket No. 1:17-cr-232

v.                                                                    Judge Emmet G. Sullivan

Michael T. Flynn
Defendant

Notice of Appeal
December 15th, 2017

Docket entries 11, 12 and 13 filed on December 13th, 2017.

Articles of Impeachment have been filed against Nixon, Reagan, H. Bush, Clinton, W. Bush, Obama and Trump. This is the norm that you created. W. Bush took us to war with two lies. Our young soldiers, our young Americans, died and were permanently maimed both physical and mentally. It cost us trillions of dollars and yet we, the greatest nation in the world, can't provide health care to our people. Bush succeeded in taking us to war because of censorship by the Federal Judiciary.

The perfect example of the failure of our Federal Judiciary is the Presidential Signing Statement. The Federal Judiciary has abrogated their responsibility to the Constitution and thus the American People.

Our government, you, continue to push the pendulum. When it swings, it will swing with such force that Americans will take up arms against their fellow Americans. The United States of America will not survive the Impeachment of Trump. The United States of America will not survive with Robert Mueller as Special Prosecutor.

**All I asked was to be heard in accordance with the Constitution (First Amendment last sentence: and to petition the Government for a redress of grievances) so that my fellow Americans could make educated decisions. My Motions to Intervene become Moot when publicly docketed. This Appeal becomes Moot if my three Motions to Intervene are publicly docketed in their entirety.**

**Is what you are protecting so important that you must maliciously, egregiously and intentionally destroy our Constitution? Our children (soldiers) have died to protect the Constitution. Just what the hell are you protecting and is it so important that you will sacrifice your children for it?**

My words have become so dangerous that the 5th Circuit Court of Appeals dismissed one of my appeals because I did not order a nonexistent transcript from a nonexistent court reporter for a nonexistent hearing. (5th Circuit Case: 17-30831 Document: 00514258539 Page: 1 Date Filed: 12/04/2017 and Case: 17-30831 Document: 00514268351 Page: 1 Date Filed: 12/11/2017)

Review the Declaration of Independence and substitute the word President for King/Prince.
Notice the failure of the Judiciary. It is the same today.

"In every stage of these Oppressions <u>We have Petitioned for Redress</u> in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people."

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: <u>Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings.</u>

Nixon v. Warner Communications: <u>The courts recognize the public's right to inspect and copy judicial records.</u>

Washington Post v. Robinson: <u>The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.</u>

Leucadia v. Applied Extrusions Technologies: <u>Access</u>

Belo Broadcasting v. Clark: <u>Access</u>

Globe Newspaper v. Superior: <u>The right of the public to monitor the government by having access.</u>

Richmond Newspaper v. Virginia: <u>Without publicity, all other checks are insufficient.</u>

Valley Broadcasting v. United States District Court: <u>Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public.</u>

Landmark Communications v. Virginia: <u>To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.</u>

Cox Broadcasting v. Cohn: <u>My pleadings will guarantee a fair trial</u>.

Pansy v. Stroudsburg: <u>Third parties have a right to intervene.</u>

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on December 15th, 2017 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Judge Sullivan,
March 1st, 2018

Here are two examples of censorship and violations of the Constitution.

1st page is a docket entry that was removed by Judge Sullivan.

2nd and 3rd pages are Court Listener website pages that duplicate Pacer. Notice there is no description of the three entries on February 22nd, 2018. The entries pertain to me and my pleadings.

4th page is a copy of the court record that is on Pacer. Does the DOJ control Court Listener?

This is the monster that I am fighting. The Executive Branch control everything and they are destroying each other and with it the United States of America.


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

**Judge,**
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan
March 7th, 2018

Epiphany

**The Federal Judiciary is not independent.** My world came crashing down in **2004** when I realized that the Federal Judiciary is controlled by the DOJ. My oath was taken to protect you and the Judiciary. I am not the enemy. I am here to help you throw off the shackles of servitude. I am here to help you reclaim your independence.

I could never understand the arrogance of the DOJ and the US Marshal Service. They own you like you were slaves. You do what you are told within the parameters that are laid down for you. Carefully read the attachments from 2004 and 2005.

I beg you to stand up for the Constitution. If you don't time and math will confirm the genocide of mankind.

I now understand why Chief Justice John Roberts approved Obamacare. I now understand why Judge Engelhardt refused to disclose the existence of the DVD showing the US Military murdering Americans in the Danziger case. I now understand why Judge Berrigan gave Mayor Nagin a 10-year prison sentence instead of longer. She knew he was innocent and the 10-year sentence allowed him to go to a camp. I now understand why Judge E. Sullivan did not do more in the Senator Ted Stevens case, he knew that prosecutor misconduct was taking place and he knows that it is taking place in the Flynn case. What about Scooter Libby and Judge R. Walton? I could on and on.

This is why I have filed so many Motions to Intervene. The Pacer attachment is from 2016 and I have filed more Motions. Each and every judge has turned me down. Many were class action complaints where I had cause and standing. The most recent ones were in the EDLA and I absolutely had cause and standing.

Godspeed
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com dchristenson6@hotmail.com

**Judge,**

DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan

March 7th, 2018

General Mike Flynn has plead guilty so that his children are not charged with a crime. He was blackmailed into pleading guilty.

He called me this morning. (General Mike Flynn - 03/07/2018 - 910-273-8250 10:02 minutes @ 08:43 AM) He did not divulge what I am sharing with you. The DOJ did the same thing with Mayor Ray Nagin. (Ask Judge Berrigan from the EDLA) Look at how the DOJ treated Scooter Libby.

See the attached docket entry that has been removed from the record. Review the discovery orders. Since when do we have discovery orders in cases where the defendant has already plead guilty?

Flynn is a Three Star General and he was scared to death. Why? He was on adrenaline overload. He plead guilty to making "false statements" He might go to a prison camp for a year or two. The inflection in his voice was that he plead guilty to a capital offense and he was receiving a death sentence. The news today said he was selling his house to pay his legal bills. Why does he have legal bills if he plead guilty? Something is very wrong.

I can relate to him. When you realize that everything you fought to protect does not exist it is devastating. There is no Constitution and no rule of law.

The Federal Judiciary allowed Federal Whistleblower Coast Guard Commander to be strapped to a wheelchair and tased while in Federal Court. He was murdered while in custody. The DOJ said he stuffed toilet paper down his throat. I was in that cell six months earlier and there is no toilet and no toilet paper.


Godspeed
Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com dchristenson6@hotmail.com

**Judge A. Jackson,**

DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan
March 8th, 2018

Mathematically Mankind will cease to exist in the next 32 years. You don't believe me and you don't want to believe me so you censor me. By censoring me you make a decision on behalf of every American and you deny them their Constitutional Rights.

Where do Americans get the truth? Every Judge has stated that the Federal Court Record is not the place. I disagree. I consider my pleadings to be grievances that are filed against the government in accordance with the Constitution/First Amendment/Last Sentence: "and to petition the Government for a redress of grievances."

I have attached a New York Times Editorial about their own failures in reporting the news during the run-up to President George W. Bush's invasion of Iraq. There were two major frauds. 1. There were no Weapons of Mass Destruction. 2. Al Qaeda was not in Iraq.

THE NEW YORK TIMES QUIBBLES ABOUT THEIR MISTAKES AND NEVER TAKES FULL RESPONSIBILITY AND MOST IMPORTANTLY THEY NEVER TRULY APOLOGIZE FOR THEIR INTENTIONAL, EGREGIOUS AND MALICIOUS MISTAKES WHICH WERE FOR PROFIT. AND YES, THE NEW YORK TIMES PROFITED HANDSOMELY.

We spent and will continue to spend trillions of dollars on a fraudulent war. We have lost lives and will continue to lose lives. Our soldiers have suffered terrible and we have allowed that with no repercussions.

I took an oath to protect this country and you. I did not take a "for profit oath". What bothers me most is that you censor me and by doing so you are censoring all Americans and that includes yourself. My being wrong is not the point. We must have an honest dialogue. My intentions are designed to save Mankind.

It was you that allowed the second Iraqi war. You silenced and censored Americans and the result is catastrophic. The catastrophe is more than the us spending trillions of dollars or losing thousands of lives, it is the censorship.

Here is a story about how the "for profit" media controls the national dialogue. You protect them and you harm me.

Remember we are the country that had the "pet rock".

"We are standing knee deep in a river and we are dying of thirst."  Bob McDill, Dickey Lee and Bucky Jones

Here are slogans from the "for profit":
(Fox News is just as bad. It just so happens that I get multiple emails from the New York Times every day. I disdain both news organizations.)

## The New York Times

The Times Sale ends today, but there's still time to make a statement about what's important to you. If you value <u>objective reporting in service of truth</u>, then subscribe to The Times and help us ensure it continues. <u>Independent journalism</u> needs supporters like you, and the Times Sale is the perfect time to start.

# Help Times journalists uncover the next big story.

**Journalism without fear or favor.**
**Every story. Everywhere.**
**Quality coverage of life's best stuff.**
**You make our journalism possible. Today, we say thanks.**
**The truth has a voice**

## WORLD    FROM THE EDITORS
# *FROM THE EDITORS; The Times and Iraq*

MAY 26, 2004

Over the last year this newspaper has shone the bright light of hindsight on decisions that led the United States into Iraq. We have examined the failings of American and allied intelligence, especially on the issue of Iraq's weapons and possible Iraqi connections to international terrorists. We have studied the allegations of official gullibility and hype. It is past time we turned the same light on ourselves.

In doing so -- reviewing hundreds of articles written during the prelude to war and into the early stages of the occupation -- we found an enormous amount of journalism that we are proud of. In most cases, what we reported was an accurate reflection of the state of our knowledge at the time, much of it painstakingly extracted from intelligence agencies that were themselves dependent on sketchy information. And where those articles included incomplete information or pointed in a wrong direction, they were later overtaken by more and stronger information. That is how news coverage normally unfolds.

But we have found a number of instances of coverage that was not as rigorous as it should have been. In some cases, information that was controversial then, and seems questionable now, was insufficiently qualified or allowed to stand unchallenged. Looking back, we wish we had been more aggressive in re-examining the claims as new evidence emerged -- or failed to emerge.

The problematic articles varied in authorship and subject matter, but many shared a common feature. They depended at least in part on information from a circle of Iraqi informants, defectors and exiles bent on "regime change" in Iraq, people whose credibility has come under increasing public debate in recent weeks. (The most prominent of the anti-Saddam campaigners, Ahmad Chalabi, has been named as an occasional source in Times articles since at least 1991, and has introduced reporters to other exiles. He became a favorite of hard-liners within the Bush administration and a paid broker of information from Iraqi exiles, until his payments were cut off last week.) Complicating matters for journalists, the accounts of these exiles were often eagerly confirmed by United States officials convinced of the need to intervene in Iraq. Administration officials now acknowledge that they sometimes fell for misinformation from these exile sources. So did many news organizations -- in particular, this one.

Some critics of our coverage during that time have focused blame on individual reporters. Our examination, however, indicates that the problem was more complicated. Editors at several levels who should have been challenging reporters and pressing for more skepticism were perhaps too intent on rushing scoops into the paper. Accounts of Iraqi defectors were not always weighed against their strong desire to have Saddam Hussein ousted. Articles based on dire claims about Iraq tended to get prominent display, while follow-up articles that called the original ones into question were sometimes buried. In some cases, there was no follow-up at all.

On Oct. 26 and Nov. 8, 2001, for example, Page 1 articles cited Iraqi defectors who described a secret Iraqi camp where Islamic terrorists were trained and biological weapons produced. These accounts have never been independently verified.

On Dec. 20, 2001, another front-page article began, "An Iraqi defector who described himself as a civil engineer said he personally worked on

renovations of secret facilities for biological, chemical and nuclear weapons in underground wells, private villas and under the Saddam Hussein Hospital in Baghdad as recently as a year ago." Knight Ridder Newspapers reported last week that American officials took that defector -- his name is Adnan Ihsan Saeed al-Haideri -- to Iraq earlier this year to point out the sites where he claimed to have worked, and that the officials failed to find evidence of their use for weapons programs. It is still possible that chemical or biological weapons will be unearthed in Iraq, but in this case it looks as if we, along with the administration, were taken in. And until now we have not reported that to our readers.

On Sept. 8, 2002, the lead article of the paper was headlined "U.S. Says Hussein Intensified Quest for A-Bomb Parts." That report concerned the aluminum tubes that the administration advertised insistently as components for the manufacture of nuclear weapons fuel. The claim came not from defectors but from the best American intelligence sources available at the time. Still, it should have been presented more cautiously. There were hints that the usefulness of the tubes in making nuclear fuel was not a sure thing, but the hints were buried deep, 1,700 words into a 3,600-word article. Administration officials were allowed to hold forth at length on why this evidence of Iraq's nuclear intentions demanded that Saddam Hussein be dislodged from power: "The first sign of a 'smoking gun,' they argue, may be a mushroom cloud."

Five days later, the Times reporters learned that the tubes were in fact a subject of debate among intelligence agencies. The misgivings appeared deep in an article on Page A13, under a headline that gave no inkling that we were revising our earlier view ("White House Lists Iraq Steps to Build Banned Weapons"). The Times gave voice to skeptics of the tubes on Jan. 9, when the key piece of evidence was challenged by the International Atomic Energy Agency. That challenge was reported on Page A10; it might well have belonged on Page A1.

On April 21, 2003, as American weapons-hunters followed American troops into Iraq, another front-page article declared, "Illicit Arms Kept Till Eve of War, an Iraqi Scientist Is Said to Assert." It began this way: "A scientist who claims to have worked in Iraq's chemical weapons program for more than a decade has told an American military team that Iraq destroyed chemical weapons and biological warfare equipment only days before the war began, members of the team said."

The informant also claimed that Iraq had sent unconventional weapons to Syria and had been cooperating with Al Qaeda -- two claims that were then, and remain, highly controversial. But the tone of the article suggested that this Iraqi "scientist" -- who in a later article described himself as an official of military intelligence -- had provided the justification the Americans had been seeking for the invasion.

The Times never followed up on the veracity of this source or the attempts to verify his claims.

A sample of the coverage, including the articles mentioned here, is online at nytimes.com/critique. Readers will also find there a detailed discussion written for The New York Review of Books last month by Michael Gordon, military affairs correspondent of The Times, about the aluminum tubes report. Responding to the review's critique of Iraq coverage, his statement could serve as a primer on the complexities of such intelligence reporting.

We consider the story of Iraq's weapons, and of the pattern of misinformation, to be unfinished business. And we fully intend to continue aggressive reporting aimed at setting the record straight.

## My unprofessional comment: "After reading that crap by the New York Times, I want to throw up."

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America

Criminal Docket No. 1:17-cr-232

v.

Judge Emmet G. Sullivan

Michael T. Flynn
Defendant

Motion for Reconsideration

I asked everyone in the world and I mean everyone in the world (The Pope, the Pope's Pharmacist, China, Al Jazeera, etc.)I for help and that includes the Russians (There is a paper trail a mile long) (As you know I am a prolific communicator and a true champion of the First Amendment, ask any Federal Judge) We are talking about more than just our country, we are talking about the fate of Mankind. **I asked the Russians for help in getting Donald Trump Elected.** I knew that Hillary Clinton would not expose the truth. Clinton giving Attorney General Eric Holder and Secretary of Labor/Assistant Attorney General for Civil Rights Thomas Perez consideration for the Vice Presidency confirmed that she would perpetrate the cover up of the Genocide of Mankind. My only hope was that Donald Trump would get elected. I communicated with the Trump campaign via US Mail, email and phone. I have sent hundreds of pages of documents to the White House via US Mail and email after he was elected.

Censorship opened the door for the Russians. For Profit Media opened the door for the Russians. **This court is the only forum left for Americans to get the truth.** The Constitution grants them that Right. I beg you, do not to allow the For-Profit Media and Foreign Powers to control our country, our destiny and our total destruction. If we continue America will fall without one shot being fired.

**I was very wrong about Trump.** I wrongly thought that because he did not have political baggage that he would honor the oath of the Presidency.

Could the Russians use me or my cause as a defense? Could Putin use me and my cause to become an International Hero?

President Abraham Lincoln was correct: "America will never be destroyed from the outside. If we falter and lose our freedoms, it will be because we destroyed ourselves."

We have failed to honor those that died creating this Republic and those that have died protecting it.

All we have to do is look to the Constitution. The answers are so simple, so easy to see and so easy to implement. The Constitution is a miracle that is four pages long, was created over four months and has God's hand. God gave us "Free Will".

Honor the Constitution and we all survive. Dishonor the Constitution and Mankind ceases to exist. Not only is the Federal Judiciary the last line of defense for the Constitution it is the last line of defense for Mankind.

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

Narcissist: In psychiatry, a personality disorder characterized by the patient's overestimation of his or her own appearance and abilities and an excessive need for admiration. Excessive self-admiration and self-centeredness

A few last thoughts. In a few years the interest expense for the National Debt will be greater than what this country spends on Defense. Brain monitoring, fusion, artificial intelligence and the quantum computer will become realities in the next few years. Who do you want to control them? Without the Rule of Law those incredible powerful forces will fall into the wrong hands thereby further sealing the fate of Mankind. I hope they have not already fallen into the wrong hands.

Is there a shadow government? If we work together we can save our country and Mankind.

Both of the following quotes are attributed to Thomas Jefferson, one of our founding fathers. I know of no better quotes.
"Evil triumphs when good men do nothing."
"When the people fear their government, there is tyranny; when the government fears the people, there is liberty."

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com dchristenson6@hotmail.com

## CERTIFICATE OF SERVICE
I hereby certify that on February 20th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Judge A. Jackson,
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan
Attorney Jane Roberts
March 12th, 2018

# MANKIND'S DEATH CERTIFICATE WAS SIGNED ON OCTOBER 12TH, 2050 WITH NOT SO MUCH AS A WHIMPER. CAUSE OF DEATH WAS SUICIDE

FBI Director Robert Mueller is responsible for the coverup that took place in New Orleans.

This shows the end of Mankind. I am going to translate the New York Times article for you. Remember that the New York Times is for profit and that means they will camouflage the truth in order to make money.

Darwin's theory has three components: compete, survive and procreate. When someone under the age of 25 commits suicide statistical you have 8 (16) suicides as it pertains to life expectancies and death rates. You lose the procreate component. Mankind must have a positive birth rate. When the birthrate is a negative 3% you are past the point of no return.

Mankind's number one instinct was survival but now suicide is a life choice. Why? Just maybe I am right. Do you have a better conclusion? Remember that our Government's Tuskegee study withheld penicillin from black men that had syphilis for 40 years. Do you have idea how terrible it is to die from syphilis? Your body and brain are eaten away.

When did Mankind develop addictions? What causes an addiction? The article wants to blame it on opioids but this is erroneous.

Remember that the military and CIA were working on the perfect weapon in New Orleans: An organic, easy to disperse and dissipates in 5 days weapon that causes the opposing army to commit suicide. I call this weapon the Katrina Virus. Our government was negligent and allowed this suicide weapon to escape into the perfect incubator which was Hurricane Katrina. High temperatures, high humidity and high solids allowed the Katrina Virus to travel west and north and then to the east coast. Ohio was hit hard. The weapon destroys the immune system which allows for addictions. The degraded immune system allows for Alzheimer's, dementia, influenza and pneumonia deaths, etc.

We have allowed the cover-up of the Genocide of Mankind at his own hand. The Federal Judiciary did not realize the ramifications of the coverup and took no steps to investigate. The DOJ/Robert Mueller lied to the Judges.

Two facts that you can confirm through independent sources. The United states has a negative birth rate and life expectancies are declining. If you remove both legal and illegal immigrants from the last thirty years the numbers are much more significant and pronounced. At current progressions, simple math, suicides will outnumber births in the next 32 years. Suicides are increasing and birth rates are decreasing and one day they will intersect. That day is an apocalyptic event.

We are now starting to see a very noticeable disparity between black women and black men as a percentage of the black population due to the murder rate. We are approaching a 6% differential. When I was falsely arrested by the DOJ and placed into the Orleans Parish Prison I learned a great deal. One social norm is that being black and in prison is normal, it is like going to the convenience store for something.

The article has nothing to do with sports. This is the same type of article that the New York Times (NYT) wrote about President George W. Bush's Iraq war. The NYT directed the spotlight away from the approaching catastrophe. The NYT knew that there were no weapons of mass destruction in Iraq and that Al Qaeda was not there. The NYT knew that the President was committing fraud but the fraud was good for business.

The article was written as a sport article. The demise of Mankind is a sport according to the NYT.

Look past the flowery pose. This is not a feel-good story but it is written like one. The NYT draws the wrong conclusions. People read the article and believe the conclusions. Why? The NYT and Juliet Macur are trying to make money so they package the article as a beautiful pet rock. They are trying to make it an opioid problem but is it? What causes an opioid addiction?

One glaring consistency with the NYT is that they never offer a solution. They print contentious articles to start wars that pit us against each other because that is how they make money.

I was declared to be a terrorist and yet no one has ever died from something that I did. Mankind will die because of what the NYT has done.

Sports
Suicides, Drug Addiction and High School Football
Sports of The Times
By JULIET MACUR MARCH 8, 2018
https://www.nytimes.com/2018/03/08/sports/opioids-
suicide.html?emc=edit_th_180311&nl=todaysheadlines&nlid=654609360311
MADISON, Ind. — An hour's drive from Louisville, perched along the Ohio River, sits the prettiest little town.
Madison, population 12,000, has won awards for its beauty. Best Main Street. One of the top 20 romantic towns in Indiana. One of 12 distinctive destinations in the United States, according to the National Trust for Historic Preservation.

The river walk, down from the main street, is a hot spot for joggers and dog walkers and couples canoodling on benches. In the distance, a soaring bridge that connects Indiana and Kentucky often disappears behind a morning fog.

It's all a lovely distraction from an open secret. On a reporting trip in July, I learned this in the unlikeliest of places: at Horst's Little Bakery Haus, a doughnut shop with just a few tables, not far from the river. A waitress had overheard me interviewing someone at the bakery earlier, and asked if I was a journalist. She checked over her shoulder to see if anyone was listening. There was an urgency in her whisper as she said: "I lost my son last month. He hung himself from a tree in our yard and shot himself in the head. I cut him down myself, with my own hands. So many suicides."

She wiped away tears.

"We need your help," she said.

Madison, Ind., population 12,000, has a vibrant Main Street and was named one of 12 distinctive destinations in the United States by the National Trust for Historic Preservation.

Madison, in southeastern Indiana, is at the center of a drug-trafficking triangle connecting Indianapolis, Cincinnati and Louisville. It is battling life-or-death problems.

The waitress at the bakery will tell you that. So will her only surviving son, who graduated from high school in May and talks about how he wanted to kill himself a few years ago. The bakery's dishwasher will tell you a story, too. Her 26-year-old daughter died of multiple organ failure in 2015, after years of addiction. She left behind a drug-dependent infant.

Even the head football coach at Madison Consolidated High School knows that this town — like so many others across the country, in both rich and poor areas — **is going through hell these days, pushed over the edge by a growing opioid problem that's eating away at communities.**

In the coach's preseason speech to his team, he didn't invoke Vince Lombardi or repeat inspirational quotations. Instead, he told the players how he ended up coaching at Madison, what motivated him to stay here and how drugs played a role in that.

**Madison is one of the places that have been hit especially hard by the opioid crisis, which has been declared a national emergency.** There's no single reason for it.

The unemployment rate here in Jefferson County is around 4 percent, just about the same as it is nationwide, and among those employed residents, about a quarter work in manufacturing. The county is mostly rural, and overwhelmingly white. In Madison, which is marked by three riverfront smokestacks that can be seen for miles, the median household income in 2016 was about $51,500, and two of every 10 children under 18 lived in poverty.

The tourists who travel here see Madison's antique shops and frequent its art, music, food and boat-racing festivals. But beneath all that are the crises that threaten to drag this town under: suicide, depression, child neglect, abuse and addiction to drugs.

"All of these problems go hand in hand," said Tonya Ruble-Richter, executive director for the Southeastern Indiana Voices for Children, which trains court-appointed advocates for children and is based in Madison's historic district.

"There's definitely an underbelly, and people don't want to address it," she said of Madison. "We're on fire here."

And dying.

**In 2016, the suicide rate in Jefferson County, a county of 32,000 people in which Madison is the biggest town, was 41.8 per 100,000 residents. It was the highest suicide rate for any Indiana county,**

**and more than twice the state average. Compared with the national rate, it's a startling 3.2 times higher.**

The Milton-Madison Bridge connects Kentucky and Indiana, over the Ohio River.

**The epidemic is heart-wrenching, and it's getting worse, said Rodney L. Nay, the Jefferson County coroner who runs Madison's Morgan & Nay Funeral Centre. He said that from February 2017 to early November 2017, there were at least 15 confirmed suicides in Jefferson County, with many more suspected suicides from overdoses. That includes four suicides the week Madison hosted a suicide awareness walk and a high school administrator who killed himself just weeks after submitting a grant to increase suicide counseling.**

Just two weeks ago, a 2016 graduate of Madison Consolidated High School fatally shot himself in the head. He was 20.

"You just can't believe this is all happening in one small community," Nay, 52, said. "In my career, and I've been doing this since I was 14, I've never seen anything like this. So many more young people are dying."

Nay has had to bury the children of his former Madison high school classmates and has wept with those families, as well as many others — because everybody knows everybody here. **No one can explain why suicide has become a realistic option.**

Many people in Madison must travel out of town for help because there aren't enough counselors here.
 "To help someone through a hard time just takes one person listening and providing hope," Nay said. "So that's what we're trying to do."

That's what Patric Morrison, head football coach of the Madison Cubs, is trying to do.

Keeping Players on the Field

Glance at the high school's trophy cases and you can see that Madison — in the heart of Indiana basketball country — isn't known for its football.

There are awards for basketball, swimming, wrestling, track and field and soccer. But the most impressive football award is a conference championship trophy — from 1973. The figure of a football player atop the trophy is missing most of its throwing arm.

Madison has had just two winning seasons in the past 25 years, yet Morrison — a Madison native who played for the team — still dreamed of coaching there. Going in, he knew there would be obstacles, including that Madison, with just under 1,000 students, plays in a conference with bigger schools.

Winning football games is not his top goal. During his speech to kick off last season, he explained why. "I have this younger brother," Morrison told his players between two-a-day practices. "He's very athletic, very smart. He can show up for a test without even studying and get 100 — somebody who had to be triple-teamed on the football field. I tried to keep him on the right track."

Morrison, 30, is five years older than his brother, Zach. As a boy, Patric Morrison was dark-haired, husky and cautious. Zach was red-haired, thin and audacious. The boys fished for walleye on camping trips. They were kart-racing daredevils on their 10 acres of property.

The police called Patric Morrison the night before he interviewed for the Madison coaching job. "Just want to let you know that we arrested your brother," the officer said. "We caught him with heroin." Zach was given a nine-year prison sentence.

"There's a whole correlation between him, and me getting this job," Morrison told his players during that summer speech. "Because of him, I've gained 60, 70 younger brothers, and I want to keep you from doing the things he did.

"I want to save you from that."

Some Cubs players told me Morrison should be meaner. He could push them harder, make them run more hills. Maybe he could curse a little.

Morrison believes he has to be careful about how much he pushes his players because he's afraid they'll quit. Sometimes he's a father figure, sometimes a task master. But it's imperative that he doesn't scare players away.

"I'd rather focus on the kids than the wins," he told me, "because I see what can happen to kids who stray."

He saw it with a player expected to be the starting quarterback. That player, the best athlete on the team, strayed.

"He could throw a ball with his left hand in a perfect spiral more than 30 yards farther than other guys would throw with their dominant hand," said James Lee, an assistant coach and a Madison police officer. "There's no doubt he could've played Division I — if he hadn't melted down."

The player stopped coming to practices. He was suspended from school, and later showed up on a missing-person report. A day before I met Morrison, the player had been escorted from school after being caught with pills.

"It's crushing when you strike out with a player," said Morrison, a middle school technology teacher. "If they have something else going on, like another activity, then it can be O.K. But if they have nothing else, that's what worries me. It's the downtime that worries me."

Another player who quit the team eventually dropped out of school and vanished. Morrison later saw a newspaper article about the player.

The police had found the player passed out in a car with a marijuana blunt and a pocketful of prescription pills, including Clonazepam, (an anti-seizure and anti-anxiety drug), Promethazine (an allergy and motion sickness drug) and Trazodone (an antidepressant). He said the methamphetamine pipe in the car wasn't his because he only snorted the drug.

As Morrison told me about that player, a text from Lee, the assistant coach, popped up on his cellphone. It was a warning.

Lee advised Morrison to be aware of students with gummy bears because they could be laced with a synthetic stimulant called flakka, known to cause violent behavior. The text said the candy was "usually individually wrapped, stickier than normal."


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com dchristenson6@hotmail.com

Judge A. Jackson,                                                                    March 12th, 2018
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan and Attorney Jane Roberts

Three quotes by Supreme Court Justices. Has history shown them to be wrong? Will history show that you were wrong? What will history show about me? The knowledge that I am giving you cannot be returned like a Christmas or Birthday Present. I am giving you the knowledge of the Genocide of Mankind.

> **Justice Oliver Wendell Holmes, Jr.** *"We have seen more than once that the public welfare may call upon the best citizens for their lives. It would be strange if it could not call upon those who already sap the strength of the State for these lesser sacrifices, often not felt to be such by those concerned, in order to prevent our being swamped with incompetence. It is better for all the world, if instead of waiting to execute degenerate offspring for crime, or to let them starve for their imbecility, society can prevent those who are manifestly unfit from continuing their kind....Three generations of imbeciles are enough."*

> "No Rights Which the White Man was Bound to Respect" **Chief Justice Roger Taney** On March 6, 1857, Chief Justice Roger Taney issued what is widely regarded as the worst Supreme Court opinion ever. He noted that the question before the Court was whether African Americans are citizens of the United States and thus able to file suit in federal court. His analysis of that issue is couched in abjectly racist language: *[African Americans] had for more than a century before been regarded as beings of an inferior order, and altogether unfit to associate with the white race, either in social or political relations; and so far inferior, that they had no rights which the white man was bound to respect; and that the negro might justly and lawfully be reduced to slavery for his benefit. He was bought and sold, and treated as an ordinary article of merchandise and traffic, whenever a profit could be made by it.*

> **Justice Henry Billings Brown** Plessy v. Ferguson case establishing the principle of "separate but equal" and making Jim Crow segregation the law of the land in the United States for the next half century. *"Legislation is powerless to eradicate racial instincts or to abolish distinctions based upon physical differences, and the attempt to do so can only result in accentuating the difficulties of the present situation. If the civil and political rights of both races be equal, one cannot be inferior to the other civilly or politically. If one race be inferior to the other socially, the Constitution of the United States cannot put them upon the same plane."*

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550 504-715-3086
davidandrewchristenson@gmail.com dchristenson6@hotmail.com

The following quote could be from any of the judges that are presiding over the Special Prosecutor cases: **Lying prosecutors** using liars lying to convict liars is no way to pursue justice." The credibility of the Special Prosecutor has to be called into question because of past criminal conduct by Robert Mueller. The credibility of those attorneys and investigators that are working for the Special Prosecutor must be called into question as well. If they honor the oath that they took, they would demand that Mueller resign and be prosecuted.

*For example, he took aim at Assistant U.S. Attorney General Thomas Perez, head of the Justice Department's Civil Rights Division, writing that Perez "glibly responded" to some of Engelhardt's criticisms after the sentencing by saying prosecutors can't pick witnesses at a "witness store."*

*Chief Judge Kurt (EDLA) Engelhardt added in the footnote that the cooperating defendants were "purchased, bought and paid for" with more lenient sentences. "Mr. Perez's comment misses the point," Engelhardt concluded.*

[Here is a very scary point about the world that you have created. Secretary Thomas Perez was 11th in line to be President when he was Secretary of Labor. Is this the world you want to leave your children and grandchildren? Perez is going to run for President. It will be said that President Thomas Perez has no use for the Federal Judiciary. His actions will confirm.]

*Engelhardt delivered an eviscerating critique of the Department of Justice's prosecution and the harsh charges it brought, resulting in high mandatory minimum sentences.*

*"the air of mendacity at this trial was not limited to the actions of the defendants."*

Each one of the US attorneys is poisoned fruit from a poisoned tree. Special Counsel Robert Mueller should be prosecuted for Crimes Against Humanity, Genocide, Misprision of a Felony, Misprision of Treason, Murder, Conspiracy, etc. Mueller and his team should be turned over to the International Criminal Court in The Hague. (This will happen. The world will demand it.)

This is the oath that US Attorneys swear to:
"I, name, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

18 U.S. Code § 4 - Misprision of felony
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.
(June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

**18 U.S. Code § 2382 -** Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Judge A. Jackson,                                                        March 14th, 2018
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan and Attorney Jane Roberts
DOJ: Jeff Sessions, Rod Rosenstein, Robert Mueller

In Honor of the Passing of Famed **Theoretical** Physicist Stephen Hawking

Hawking was the smartest man in the world and not even he could understand how truly corrupt the world is. He was programed like all of us. If we truly had free speech his warnings would have been more severe. You must expand your horizons to see how everything is interconnected because if you don't Mankind will cease to exist. **You are more important to saving Mankind than you think, a lot more important. I beg you to give me a voice.**

Attachment 1: Docketed by the United States Court of Appeals for the 5th Circuit Case: 16-30918
Document: 00514003092 Page: 1 Date Filed: 05/08/2017 5 pages

Supplemental Memorandum Twenty-Two
The smartest human in the world agrees with me and if he knew the truth in accordance with the First Amendment he would agree with me on the timetable for the extinction of Mankind. My calculations show we have 33 years left (October 12th, 2050) because of the Katrina Virus and his shows 100 years which is down from the 1000 years that he was predicting.

Attachment 2: Docketed by the United States Court of Appeals for the 5th Circuit Case: 16-30918
Document: 00514024750 Page: 1 Date Filed: 06/07/2017 **27 pages** **You should read this.**

Supplemental Memorandum Twenty-Eight
Suicide has become a societal life choice which is now a permanent part of our culture. Here is a suicide fad that will become a trend that will become a permanent societal life choice for us and our children. Mathematically suicides will outnumber births, worldwide, in the near future. This is the end of Mankind.
"Voluntary Stop Eating and Drinking." (VESD)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

United States of America                                    Criminal Docket No. 1:17-cr-232

v.                                                                       Judge E. Sullivan

Michael T. Flynn
Defendant

### Emergency Motion to Intervene filed on behalf of all Americans

Sent the attached email (via U.S. Mail to Special Counsel Robert Mueller and his staff of US Attorneys. I also sent it to Attorney Jeff Sessions and Deputy Attorney General Rod Rosenstein.

Do you really believe that Paul Manafort will be quiet and spend the rest of his life in jail? Per Judge Ellis.

Do you believe that President Trump will allow his children and son-in-law to go to jail?

Do you believe that President Trump will allow himself to be charged and go to jail?

You can't allow this theatrical production of "Sunarcissist Robert Mueller and the Genocide of Mankind" to play out any longer. You can't allow a criminal and corrupt prosecutor to represent the American People when the stakes are the "End of Mankind". If you let this go any further we will have Americans fighting Americans. We will have blood is the streets. Math and time will bring the truth to light. The longer you abrogate your responsibility the worse it will be.

The truth has to be told and Mueller has to go, today. I guarantee that Mueller will protect himself and not the American People. He will stop the investigation and the prosecutions.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 15th, 2018 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

Judge A. Jackson,                                                    March 15th, 2018
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan and Attorney Jane Roberts

I have attached 1 Kings XXII 23 for you to review before it is too late.


Godspeed

Sincerely,



David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Judge A. Jackson,                                                    March 17th, 2018
DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich
EVDC: Judge: T.S. Ellis III
5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce
EDLA: Judge G. Berrigan and Attorney Jane Roberts
DOJ: Jeff Sessions, Rod Rosenstein, Robert Mueller

FBI Director Andrew McCabe, General Mike Flynn and Special Counsel/FBI Director Robert Mueller and

## how **they put Federal Judges in jail**

Andrew McCabe is a Sunarcissist. He will continue to incriminate the Federal Judiciary. He will take all of you with him. Guys like that can't shut up. They have gotten away with it for so long they fear nothing.

General Mike Flynn is a Sunarcissist. He is campaigning in California. Are you kidding?

*Remember this is the world that you created and that you have allowed to exist. The DOJ has used you and you have allowed it. You have welcomed it.*

They are pushing for a second Special Counsel. Will there be a third Special Counsel to investigate the Federal Judiciary?

The pendulum will swing with ferocity and there will be no stopping it. It will be like General Sherman burning the South on his March to the Sea.

# I can help to center the pendulum. I will put America first.

The Federal Judiciary will not escape this.

McCabe, Flynn and Mueller have chosen suicide and murder(s)-suicide. They may not have guns but the results are the same.

"There will be no sunarcissists. Honor will always be chosen."
David Andrew Christenson

"A sunarcissist is a narcissist who chooses suicide over honor."
David Andrew Christenson

In 2011 I wrote "The United States Supreme Court and the Katrina Virus". The book was given a Library of Congress Control Number (LCCN) and placed into the Library of Congress Library. The book has been

removed from the Library of Congress and all references to it and me have been removed, sanitized and censored.

Here are the first few sentences:

*An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government.*

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

USPSLit. Code: 20-31852   Document 37   Date Filed: 06/19/2020   Page 48 of 49

1007        30303        R2304M111370-13



## UNITED STATES
### POSTAL SERVICE®

CLEARED SECURITY

# PRIORITY
# MAIL
# EXPRESS



## UNITED STATES
### POSTAL SERVICE®

**PRIORITY**
**MAIL**
**EXPRESS®**



EJ 019 684 248 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)      PHONE ( )

BOX 9063
MIRAMAR BEACH FL
32550

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)      PHONE ( )

Clerk 11th Circuit
56 Forsyth St. NW
Atlanta GA    30303

ZIP + 4® (U.S. ADDRESSES ONLY)

To schedule free Package Pickup, scan the QR code.




**USPS.COM/PICKUP**

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT** (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 32550 | 6·19·20 | $ 26.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 6·18·20 | ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON | $ | $ |
| $20 | | | |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1206  ☐ AM ☑ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 26.35 |

| Weight | Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 9.6 lbs. ozs. | | J2m |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019      PSN 7690-02-000-9996



### UNITED STATES POSTAL SERVICE

PS10001000006      OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
‡ Money Back Guarantee for U.S. destinations only.      × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.