IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11692-CC

_____

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

versus

REALITY LEIGH WINNER,

                        Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Southern District of Georgia

_____

ORDER:

To the extent that Non-Party David Andrew Christenson, through the various documents filed on the docket in this appeal, seeks to participate in this appeal as amicus curiae, his request is DENIED. To the extent that Mr. Christenson's filings include any other relief in this appeal, such relief is DENIED because he is not a party to this appeal.

The Clerk's Office is DIRECTED not to accept any documents from Mr. Christenson in this appeal, including any motion for reconsideration of this order.[1]

---

[1] *See Martin v. District of Columbia Court of Appeals*, 506 U.S. 1 (1992) ("[E]very paper filed with the Clerk of this Court, no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice."); *Procup v. Strickland*, 792 F.2d 1069, 1073–74 (11th Cir. 1986) ("Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article

DAVID J. SMITH<br>
Clerk of the United States Court of<br>
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION

---

III functions . . . The court has a responsibility to prevent single litigants from unnecessarily encroaching on the judicial machinery needed by others.").