In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

Movant David Andrew Christenson

June 22nd, 2020

Motion for Leave to File (Twenty-Six) Amicus – Open Letter to Judge Royce C. Lamberth who is the presiding Judge in the Bolton and Clinton cases.

Judge Lamberth,

When do you think they will start demolishing the Capital, White House, Supreme Court, Washington Monument, Lincoln Memorial, Jefferson Memorial, etc.?

I am sending you this information because I took an oath to protect my country and so did you as an Army Officer. Maybe you know the information and ideas and maybe you don't. We are past the precipice of hell and accelerating so I figured it couldn't hurt to send you this Amicus. Why are "Friend of the Court Briefs" so dangerous?

My quest is to change the Narrative and your docketing this pleading might just do that. So far, the pen is not mightier than the sword.

Maybe you are the Justice John Marshal Harlan of this millennium.

Attachment 1: Amicus/Notice 175 – God, Is there not one Justice John Marshall Harlan in the Federal Judiciary? Mankind needs just one. 3 pages docketed. Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit.

Attachment 2: Motion for an Indefinite Extension and Reconsideration. 4 of 49 docketed pages. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro.

Attachment 2: Motion for Leave to File Multiple Amicus Briefs which are attached. 2 of 97 docketed pages. All attachments were not docketed. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
29. Judicial Watch, Inc. v. Department of State (1:14-cv-01242-RCL) District Court, District of Columbia Judge Royce C. Lamberth - 333 Constitution Ave. N.W. - Washington D.C. 20001
30. United States v. Bolton (1:20-cv-01580-RCL) District Court, District of Columbia Judge Royce C. Lamberth - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 22nd, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Andrew McCabe,
Appellee
v.
William Pelham Barr, in his official capacity
as Attorney General, et al.,
Appellees
David Andrew Christenson,
Appellant

Case No: 19-5281
Civ. Action No: 1:19-cv-2399-RDM

Sixteenth Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 175 – God, Is there not one Justice John Marshall Harlan in the Federal Judiciary?
Mankind needs just one.

See attachment.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 15th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

(Page 1 of Total)

Attachment

God, Is there not one Justice John Marshall Harlan in the Federal Judiciary? Mankind needs just one.

| | | |
|---|---|---|
| Chief Judge Beryl A. Howell | Judge Tanya S. Chutkan | Judge Royce C. Lamberth |
| Judge Emmet G. Sullivan | Judge Randolph D. Moss | Judge Paul L. Friedman |
| Judge Colleen Kollar-Kotelly | Judge Amit P. Mehta | Judge Ellen S. Huvelle |
| Judge James E. Boasberg | Judge Timothy J. Kelly | Judge Reggie B. Walton |
| Judge Amy Berman Jackson | Judge Trevor N. McFadden | Judge John D. Bates |
| Judge Rudolph Contreras | Judge Dabney L. Friedrich | Judge Richard J. Leon |
| Judge Ketanji Brown Jackson | Judge Carl J. Nichols | Judge Rosemary M. Collyer |
| Judge Christopher R. Cooper | Judge Thomas F. Hogan | Clerk Angela Caesar |

You have destroyed Mankind by abrogating your Constitutional Obligations, thus injecting yourselves and the Judiciary into the political drama that has engulfed this country. Trump will direct the spotlight to the Judiciary and paint you as the enemy and to be honest he will be correct. The Flynn and Stone cases are only the beginning. History has written that the Judiciary has been subservient to the Executive Branch. (Somehow, I have to get your attention so I will be crude. You are now Trump's Bitches.) Arrogance, stupidity, cowardice, etc. will be the adjectives that Trump will use in describing you and to be honest he will be correct. Why won't you listen to me? Trump, Roberts, Pelosi, McCarthy, McConnell, Schumer, the other Demigods, etc. will ensure that the truth comes out. Americans will want to know why the Judiciary did not protect them.

You are committing suicide and you won't accept my lifeline. Go ahead and kill yourselves but I am begging you not to kill us. Stop protecting the Supreme Court. Stop protecting John Roberts. John Roberts is the perfect Manchurian Candidate and you know it.

## **CHANGE THE NARRATIVE**

Why has the Supreme Court never overturned Plessy v. Ferguson? On May 18, 1896, the Supreme Court issued a 7–1 decision against Plessy. Would there have been a War if the Supreme Court had ruled differently in the Dred Scott case?

*Everyone knows that the statute in question had its origin in the purpose, not so much to exclude white people from railroad cars occupied by blacks, as to exclude colored people from coaches occupied by or assigned to white persons. [...] The thing to accomplish was, under the guise of giving equal accommodation for whites and blacks, to compel the latter to keep to themselves while traveling in railroad passenger coaches. No one would be so wanting in candor as to assert the contrary.* Plessy, 163 U.S. at 557 (Harlan, J., dissenting).

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

(Page 2 of Total)

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 18th, 2020

FILED BY___PG___D.C.
JUN 19 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion for an Indefinite Extension and Reconsideration

Judge Ungaro,

**I guarantee that you will dismiss this case. I also guarantee that the information that I have given you will used by you to formulate that dismissal. This case is unwinnable and very soon the Plaintiff's Attorneys will discover that. It would be prudent for them to dismiss but they won't.**

Please don't waste your time and resources on this case. It would be prudent to contact the judges that I have listed and ask them about me.

## YOU ARE BEING MANIPULATED.

These class action complaints will be used to tamper with the 2020 Presidential Election. See below.

Review Eleventh Amicus - ANTIFA Case 1:20-cv-21108-UU Document 37 Entered on FLSD Docket 06/09/2020 Page 1 of 7 before going further. What made this pleading so important to other judges and courts? **The attachments are about my being President and my resume.**

I am not patronizing you but you are a hero. You have no concept of the good that you have done. You have changed the Narrative. You may have given Mankind a chance at surviving. It is because of you that Chief Justice William H. Pryor Jr., (2X) Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Terry Alvin Doughty, Judge Ed Kinkeade and Judge Roy K. Altman have docketed duplicate pleadings that were written for you, your court, this case and most importantly the American People.

Think about how amazing this is. Chief Justice Pryor docketed Amicus Briefs 8, 9, 10, 11 and 14 in the Reality Winner appeal (What truly makes this amazing is that the 11th Circuit has returned ever single piece of mail that I sent over the last 15 years, until this.). Senior Judge Hilton docketed Amicus Briefs 10 and 11 in the Edward Snowden and Julian Assange criminal cases. Judge Liam O'Grady docketed Amicus Brief 10 in the Snowden civil case. Judges Doughty, Kinkeade and Altman docketed a great number of Amicus Briefs in class action complaints against the People' Republic of China.

What made those Amicus Briefs so important to those Judges? Snowden, Manning and Winner were all enlisted in the United States Military and became Federal Whistleblowers. Each of them was manipulated and so were the media organization that published their documents. Each of them is a hero. They are honoring the oath that they took to uphold and protect the Constitution.

**Would those Judges have docketed my pleadings in such high-profile (National Security) cases if they didn't have a scintilla of trust in me? Judges Hilton, O'Grady and Trenga (Manning – case closed) have all docketed my pleadings previous to them docketing these pleadings.**

You honored and upheld the Constitution by docketing the pleadings. Striking the pleadings from the record would be censorship and cause our fellow Americans irreparable harm. Leaving the pleadings in the docket does not harm anyone. It will never get to that point but a jury will never see those pleadings. The pleadings were for you, to give you information.

There are at least 14 Class Action Complaints against the People's Republic of China. I suffered the same damages as all plaintiffs and thus have a legal right to join. This case is no different. You and your family suffered and will continue to suffer until the truth comes out.

**I will cease to send pleadings without asking for permission.**

Plaintiff's attorney, Matthew Moore, actually argued my case for me in his Motion to Strike. He intentionally failed to disclose that I was fighting for my country and that my goal was to change the Narrative. Judge Sullivan in the Flynn case gave me 17 docket numbers. Six of the 17 were pleadings and the rest were letters sent to multiple judges. There was no intention on my part to have the letters docketed but for some reason Judge Sullivan thought it was important to docket them. He put the narrative in but not my name even though he gave a clue as how to figure out who I was. Please ask him if he wishes he had publicly docketed my documents. In the DNC v. Trump case **Judge Koeltl docketed 50 plus pleadings of mine.** I believe that the information that I gave to Judge Koeltl was used by him to dismiss the case. I believe the parties allowed the dismissal, with no appeal, because the judge docketed my pleadings.

**Ask Plaintiff's Attorney, under oath, if I am wrong. Ask him if he can prove today (June 18th, 2020) that without a doubt China is responsible for the Pandemic. Matthew Moore can't do that.**

> ➤ You won't understand this but trust me. All of the Class Action Complaints against China have several common threads. The first is a Republican Attorney, Larry Klayman (Google him), who is hell bent on getting Trump reelected. The second is Trump. These cases will be used to get Trump reelected. THIS CASE IS FAKE NEWS.

**Mr. Moore opened the door by referencing these two cases in his argument and he did so in a negative way that impugned my character. I think it is prudent that you know what was in those 17 pleadings/letters because the case is high profile.** The pleadings in the DNC v. Trump case can be found online and Pacer. Attached are the 17 pleadings and letters (without attachments) that I filed and that are listed in the docket for: United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Judge Sullivan knew that I was right but did not know how to proceed with my information, ask him.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

David Andrew Christenson – Appellant (Movant)

United States
Plaintiff – Appellee

v.

Reality Winner
Defendant - Appellant

No. 20-11692 ~ C C
(Case: 1:17-cr-00034-JRH-BKE)

*COURT OF APPEALS RECEIVED CLERK JUN 17 2020 ATLANTA, GA*

Motion for Leave to File Multiple Amicus Briefs which are attached

This case is critical to Mankind's survival. I have to find a way to show you that this one criminal case is actually a cataclysmic event. Please make the effort to help Reality Winner and myself save Mankind. This case is directly connected to me.

Censorship by the United States is why we are having the Pandemic and the associated calamities. The censorship is why mankind will cease to exist.

Our Government is Tyrannical. (President Lincoln was right; we will fall from within.)

The tyranny/cancer is systemic throughout our Government and all associated parties and that includes the attorneys.

Attachment 1: Email for FBI Special Agent Steven Rayes to me. This email was sent to me five months before Rayes had me arrested for cyberstalking him. The email is dated 10/18/10 and my arrest was 03/15/11. Why would the Violent Crime Task Force be involved with a Federal Whistleblower? Why was Rayes and the FBI trying to help me? Rayes was going to commit me if I did not stop my research. 1 page. See Attachment

Attachment 2: Sixteenth Amicus – Simplified version, which I could not invent, of how the Federal Government murdered Federal Whistleblower Coast Guard Commander William Goetzee – 10 pages Docketed in: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 44 Entered on FLSD Docket 06/11/2020 Page 1 of 5
Case 1:20-cv-21108-UU Document 44-1 Entered on FLSD Docket 06/11/2020 Page 1 of 5

Attachment 3: We paid the Baker Donelson $5,000.00. The DOJ asked them to withdraw and they did. Reality Winner did not receive zealous representation. Two cause of action, VII and VIII. 3 letters to the judge and the complaint. 8 pages.

**Attachment 4: Fifteenth Amicus** – Documentation about how they murder Federal Whistleblowers, those of us that are trying to save Mankind. 100 pages.
Docketed in: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 45 Entered on FLSD Docket 06/11/2020 Page 1 of 4
Case 1:20-cv-21108-UU Document 45-1 Entered on FLSD Docket 06/11/2020 Page 1 of 96

**Attachment 5: Eighteenth Amicus** – Perfect example of my being censored with the conclusion being the Genocide of Mankind. 15 pages.
Docketed in: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 47 Entered on FLSD Docket 06/12/2020 Page 1 of 15

**Attachment 6: Nineteenth Amicus** – I am asking you, as a Federal Judge and an American, to review my arrest for cyberstalking an FBI Agent and tell our country if it was Constitutional. I was never charged with a crime. 32 pages.
Docketed in: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 46 Entered on FLSD Docket 06/12/2020 Page 1 of 32

**Attachment 7: Twentieth Amicus** – U.S. Air Force Airman Reality Winner is a hero and should not be in prison. 4 of 15 pages.
Docketed in: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 48 Entered on FLSD Docket 06/12/2020 Page 1 of 15

**Attachment 8: Twenty-First Amicus** – If I was wrong why would the Department of Justice go to such drastic lengths to CENSOR me? 16 pages.
Docketed in: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
Case 1:20-cv-21108-UU Document 49 Entered on FLSD Docket 06/16/2020 Page 1 of 16

Godspeed
Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;



David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

CLEARED SECURITY

U.S. MARSHALS SERVICE
Atlanta, Georgia
JUN 25 2020

U.S. COURT OF APPEALS
RECEIVED
CLERK
JUN 25 2020
ATLANTA, GA

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

SANTA ROSA BEACH
JUN 22 2020
USPS 32459