David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303



June 25th, 2020

Clerk Smith,

General Mike Flynn walks free and Reality Winner rots in jail. Reality Winner is a hero and General Mike Flynn is a traitor.

It is critical that the Twelfth (12) Amicus be docketed. I mailed you the original on June 4th, 2020. You docketed Amicus Briefs 8, 9, 10, 11, 14, 15 and 16 in 4 docket entries but no 12. (There was no 13.)

Twelfth Amicus – The 2016 Presidential Election was tampered with by Trump and the Russians - God will not leave me alone.

I put the documents together under a pleading titled: Emergency Motion for Leave to File

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

David Andrew Christenson – Appellant (Movant)

United States
Plaintiff – Appellee

v.

Reality Winner
Defendant - Appellant

No. 20-11692
(Case: 1:17-oo034-JRH-BKE)

Emergency Motion for Leave to File an Open Letter to Chief Judge William Pryor Jr.

The last page of the letter is the docket in the Stone case that is before Judge Jackson.

What the DOJ has done should be more then enough to release Reality Winner. The train has left the station.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

USCA11 Case: 20-11692   Document: 33   Date Filed: 06/26/2020   Page: 3 of 56

Chief Judge William Pryor Jr.                                            June 25th, 2020
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Chief Judge Pryor,

Reference: United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Attached is the docket for June 2020 in the Stone case. #380 is my Twelfth Amicus Brief. Why would
Judge Jackson put it in the docket and then deny it? Read the docket entries completely. The docket
entries apply in reverse to Reality Winner. The 11th Circuit should order responses as to why Reality
Winner is being held when others have been released. Trump's friends: Cohen and Manafort have both
been released.

I am a friend of the court. Ask Judge Jackson about me. She learns from my pleadings. Her problem is
that this case is criminal and there is no avenue for me to be heard. You court can allow me to be heard.

Stone is one of the most reprehensible people in politics and has been since Nixon, who he was friends
with and an advisor. The DOJ allows him to stay out of jail but keeps Reality Winner in jail. The greatest
ethical, political, and legal transgression of my lifetime was when Ford pardoned Nixon.

**The DOJ is discriminating against Reality Winner. Keeping her in prison is prejudicial and arbitrary.**

**DON'T ALLOW THE DOJ TO HARM AN AMERICAN HERO, PLEASE.**

**I BEG YOU TO RELEASE HER.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

David J. Smith                                                        June 25th, 2020
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Smith,

General Mike Flynn walks free and Reality Winner rots in jail. Reality Winner is a hero and General Mike
Flynn is a traitor.

It is critical that the Twelfth (12) Amicus be docketed. I mailed you the original on June 4th, 2020. You
docketed Amicus Briefs 8, 9, 10, 11, 14, 15 and 16 in 4 docket entries but no 12. (There was no 13.)

Twelfth Amicus – The 2016 Presidential Election was tampered with by Trump and the Russians - God
will not leave me alone.

I put the documents together under a pleading titled: Emergency Motion for Leave to File

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:19-cr-00018-ABJ-1**

Case title: USA v. STONE                                    Date Filed: 01/24/2019

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2020 | 380 | LEAVE TO FILE DENIED– Twelfth Amicus as to ROGER JASON STONE, JR This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Amy Berman Jackson on 6/11/2020. (zhsj) (Entered: 06/11/2020) |
| 06/23/2020 | 381 | Unopposed MOTION for Extension of Time to *Surrender to Serve Sentence* by ROGER JASON STONE, JR. (Attachments: # 1 Text of Proposed Order)(Ginsberg, Seth) (Entered: 06/23/2020) |
| 06/23/2020 | | MINUTE ORDER as to ROGER J. STONE, JR. It is ORDERED that the government must file a submission setting forth its position on defendant's motion to extend his surrender date 381 , and its reasons for that position, in writing. The government must also inform the Court of the results of the COVID-19 tests at FCI Jesup that were described in the motion as pending at the time it was filed. The government's submission is due by June 25, 2020. Signed by Judge Amy Berman Jackson on 6/23/20. (DMK) (Entered: 06/23/2020) |
| 06/23/2020 | | MINUTE ORDER granting 382 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to ROGER J. STONE JR. (1). The Clerk of Court is directed to file under seal [382-1] Exhibit Letter of Treating Physician. Signed by Judge Amy Berman Jackson on 6/23/20. (DMK) (Entered: 06/23/2020) |
| 06/24/2020 | | Set/Reset Deadline as to ROGER J. STONE, JR. The government must file, in writing, by 6/25/2020 a submission setting forth its position on defendant's 381 motion to extend his surrender date and its reasons for that position. The government must also inform the Court of the results of the COVID-19 tests at FCI Jesup that were described in the motion as pending at the time it was filed. (jth) (Entered: 06/24/2020) |
| 06/24/2020 | | MINUTE ORDER as to ROGER J. STONE, JR. The government's submission due on June 25, 2020 should direct the Court to any existing DOJ or USAO-DC policies concerning responding to defendants' requests to voluntarily surrender or to delay surrender dates in light of COVID-19, and it should indicate how it has responded to similar motions in other cases. SO ORDERED. Signed by Judge Amy Berman Jackson on 6/24/20. (DMK) (Entered: 06/24/2020) |

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

David Andrew Christenson – Appellant (Movant)

United States                                        No. 20-11692
Plaintiff – Appellee                                 (Case: 1:17-oo o34-JRH-BKE)

v.

Reality Winner
Defendant - Appellant

Emergency Motion for Leave to File an Amicus Brief that Contains Critical Information

General Mike Flynn walks free and Reality Winner rots in jail. Reality Winner is a hero and General Mike Flynn is a traitor.

Attached is my: Twelfth Amicus – The 2016 Presidential Election was tampered with by Trump and the Russians - God will not leave me alone. **PLEASE DOCKET.**

The bad guys have won, and my fellow Americans have lost.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 4th, 2020

Twelfth Amicus – The 2016 Presidential Election was tampered with by Trump and the Russians - God will not leave me alone.

### MY COUNTRY NEEDS ME SO PLEASE LET ME INTERVENE.

### THE COVER UP HAS TO STOP.

### BOTH TRUMP AND BIDEN HAVE TO GO.

### CHANGE THE NARRATIVE.

FILED BY _____ D.C.

JUN 1 0 2020

ANGELA E NOBLE
CLERK U.S. DIST CT.
S D. OF FLA - MIAMI

This morning God pointed out to me that my cousin, Vice Admiral John Christenson – Military Representative to NATO, was involved in the unmasking of Lieutenant General Mike Flynn. John and I have not spoken in years because I think he is a treasonous coward.

Senator Chuck Grassley really screwed me. He is from my home state of Iowa and I was the reason he left the Judiciary Committee.

The Director of National Intelligence knew on election day, November 8th 2016, that Trump and Russian tampered with the Election. General Nakasone's letter starts with November 8th 2016 but no one requested until November 30th, 2016. Almost everyone requested starting on December 14th, 2016 so what the hell happened? UN Ambassador Samantha Power made two requests on December 14th, 2016.

What did Flynn do? Why did Judge Sullivan asked Mueller's team if they had considered charging Flynn with "Treason"?

### My God. Flynn thanked Russia for Trump being elected.

My attachments are all docketed. They are incoherent and disjointed, sorry.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101

6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002

7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501

8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201

9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130

10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703

11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242

14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701

15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012

16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301

17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001

26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

UNCLASSIFIED

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

**MAY 1 3 2020**

The Honorable Charles E. Grassley
Chairman
Committee on Finance
United States Senate
Washington, DC  20510

The Honorable Ron Johnson
Chairman
Committee on Homeland Security
United States Senate
Washington, DC  20510

Senators Grassley and Johnson,

On 8 May 2020 I declassified the enclosed document, which I am providing to you for your situational awareness.

Sincerely,

Richard A. Grenell
Acting Director

Enclosure

UNCLASSIFIED

Declassified by Acting DNI Richard A. Grenell on 8 May 2020

SECRET//NOFORN



**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755 6000

4 May 2020

MEMORANDUM FOR DIRECTOR OF NATIONAL INTELLIGENCE

SUBJECT: (S//NF) Follow-up Unmasking Requests *re* Former National Security Advisor

(S//NF) Per your email request of 3 May 2020, I am providing a revised list of identities of any officials who submitted requests to the National Security Agency at any point between 8 November 2016 and 31 January 2017, to unmask the identity of former National Security Advisor, Lieutenant General Michael T. Flynn (USA-Ret). The original list was in alphabetical order; the revised list is in chronological order, including the date the request was received.

(U//FOUO) Consistent with the original response, dated 1 May 2020, this information is provided pursuant to the oversight authorities vested with the Director of National Intelligence, and a copy of this correspondence will be provided to the Secretary of Defense.

PAUL M. NAKASONE
General, U.S. Army
Director

Encl: a/s

Classified By:
Derived From: NSA/CSSM 1-52
Dated: 20130110
Declassify On: 20450401

SECRET//NOFORN

USCA11 Case: 20-11692    Document: 33    Date Filed: 06/26/2020    Page: 12 of 56

(S//NF) Below is a list of recipients who may have received Lt. Gen Flynn's identity in response to a request processed between 8 November 2016 and 31 January 2017 to unmask an identity that had been generically referred to in an NSA foreign intelligence report. Each individual was an authorized recipient of the original report and the unmasking was approved through NSA's standard process, which includes a review of the justification for the request. Only certain personnel are authorized to submit unmasking requests into the NSA system. In this case, 16 authorized individuals requested unmaskings for ▇ different NSA intelligence reports for select identified principals. While the principals are identified below, we cannot confirm they saw the unmasked information. This response does not include any requests outside of the specified time-frame.

(S//NF)

| |
|---|
| U.S. Ambassador to the United Nations - Samantha Power |
| 30-Nov-16 |
| 2-Dec-16 |
| 7-Dec-16 |
| 14-Dec-16 (two requests) |
| 23-Dec-16 |
| 11-Jan-17 |
| Director for National Intelligence — James R. Clapper |
| 2-Dec-16 |
| 28-Dec-16 |
| 7-Jan-17 |
| Deputy Chief of Mission - Kelly Degnan |
| 6-Dec-16 |
| U.S. Ambassador to Italy and the Republic of San Marino - John R. Phillips |
| 6-Dec-16 |
| Director of the CIA — John O. Brennan |
| 14-Dec-16 |
| 15-Dec-16 |
| OIA Director - Patrick Conlon |
| 14-Dec-16 |
| Secretary of the Treasury — Jacob Lew |
| 14-Dec-16 |
| 12-Jan-17 |
| Acting Assistant Secretary Treasury - Arthur "Danny" McGlynn |
| 14-Dec-16 |
| Acting Deputy Assistant Secretary Treasury - Mike Neufeld |
| 14-Dec-16 |
| Deputy Secretary of the Treasury - Sarah Raskin |
| 14-Dec-16 |
| Under Secretary Treasury - Nathan Sheets |
| 14-Dec-16 |

(S//NF)


Classified By: ▇
Derived From: NSA/CSSM 1-52
Dated: 20130930
Declassify On: 20450501

SECRET//NOFORN

(S//NF)

| | |
|---|---|
| Acting Under Secretary Treasury - Adam Szubin | |
| 14-Dec-16 | |
| USNATO Defense Advisor (DEFAD) - Mr. Robert Bell | |
| 15-Dec-16 | |
| U.S. Representative to the NATO Military Committee - VADM Christenson | |
| 15-Dec-16 | |
| Director of the Federal Bureau of Investigation – James Comey | |
| 15-Dec-16 | |
| Chief Syria Group - ███████████ | |
| 15-Dec-16 | |
| Deputy Assistant Director of NEMC ███████████ | |
| 15-Dec-16 | |
| USNATO Office of the Defense Advisor (ODA) Policy Advisor for Russia - Lt. Col. Paul Geehreng | |
| 15-Dec-16 | |
| U.S. NATO ███ Advisor to Ambassador Douglas Lute - ███████████ | |
| 15-Dec-16 | |
| USNATO Deputy DEFAD   Mr. James Hursh | |
| 15-Dec-16 | |
| Chief Syria Group ███████████ | |
| 15-Dec-16 | |
| US Deputy Chief of US Mission to NATO (USNATO) - Mr. Litzenberger | |
| 15-Dec-16 | |
| US Permanent Representative (PermRep) to NATO - Ambassador Douglas Lute | |
| 15-Dec-16 | |
| USA - DOE-IN - Executive Briefer - ███████████ | |
| 15-Dec-16 | |
| USNATO Political Officer ███████ - Mr. Scott Parrish | |
| 15-Dec-16 | |
| USA - DOE - Deputy Secretary of Energy - Elizabeth Sherwood-Randall | |
| 15-Dec-16 | |
| USA - DOE-IN - Executive Briefer - ███████████ | |
| 15-Dec-16 | |
| USNATO Political Advisor (POLAD) - Mr. Tamir Waser | |
| 15-Dec-16 | |
| COS ███████████ | |
| 16-Dec-16 | |
| CMO ███████████ | |
| 16-Dec-16 | |
| DCOS ███████████ | |
| 16-Dec-16 | |
| U.S. Ambassador to Russia - John Tefft | |
| 16-Dec-16 | |
| CMO ███████████ | |
| 16-Dec-16 | |

(S//NF)

(S//NF)

U.S. Ambassador to Turkey - Ambassador Bass
28-Dec-16

Chief of Staff to the President of the United States – Denis McDonough
5-Jan-17

Deputy Director of National Intelligence for Intelligence Integration – Michael Dempsey
7-Jan-17

Principal Deputy Director of National Intelligence - Stephanie L. O'Sullivan
7-Jan-17

CIA/CTMC –
10-Jan-17

Vice President of the United States – Joseph R. Biden
12-Jan-17

(S//NF)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)          Case: 19-5121
v.                                                     Civ. Action No. 19-810 - RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Sixth Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 151 - If you care about the American People and honoring the Constitution
then you will publicly docket this pleading and attachment

If you care about yourself then you will publicly docket this pleading

**WE ALL DESERVE TO KNOW THE TRUTH, DON'T WE?**

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on January 19th, 2020 I filed the foregoing with the Clerk of Court and served the
pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Judges:

January 19th, 2020

| | | |
|---|---|---|
| John G. Koeltl | Anne C. Conway | George Z. Singal |
| Merrick Garland | Louis Guirola, Jr. | John J. Tharp, Jr. |
| Rudolph Contreras | James P. Jones | James Randal Hall |
| Richard C. Tallman | Robert B. Kugler | Claude M. Hilton |
| David B. Sentelle | Michael W. Mosman | Liam O'Grady |
| Rosemary M. Collyer | Thomas B. Russell | Anthony John Trenga |
| James E. Boasberg | | |

Clerks:

| | | |
|---|---|---|
| LeeAnn Flynn Hall | Mark Langer | Scott Atchue |
| Angela Caesar | | |

Every Presidential Election in my lifetime (b. 1958) has been tampered with by Americans, but 2016 and 2020 were and are different. Every Presidential election in my lifetime has been tampered with by the Russians. All the criminals – politicians, judges, journalists, etc. – are upset at how far over the line Trump went. Trump teamed up with the Russians to tamper with the elections. Why not? You had Americans tampering with the elections and you had the Russians tampering with the elections, why not have the Americans and Russians team up to tamper with the elections?

The CIA/NSA criminally/illegally/inadvertently acquired ill-gotten evidence (poisoned fruit from a poisoned tree) that Presidential Candidate Trump and President Trump was and is tampering with the elections. This was different in that Trump was conspiring with other Foreign Powers. Everybody – Executive, Judicial, Legislative branches and the media ended up knowing. Everyone was in possession of stolen property and thus guilty of multiple crimes. The CIA/NSA notified the DOJ/FBI with multiple caveats. You see the problem/dilemma, right? Our government is criminally/illegally/inadvertently spying on a Presidential Candidate and a President that committed major criminal acts including tampering with Presidential Elections. The conspiracy involved Foreign Powers, one of which that has an adversarial relationship with the US. (You can't indict a sitting President, right? If Trump had lost, he would have been indicted.) (If Trump is impeached will he be indicted?)

This is the perfect intersection for all the evils to come together and destroy themselves. Trump, Roberts, Pelosi, McCarthy, McConnell, Schumer, the other Demigods will ensure that the truth comes out. "An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government."

All the criminal activity by all of you criminals had the opposite effect and got criminal Trump elected.

The first caveat is that the DOJ/FBI has to acquire the ill-gotten evidence through legal sources and avenues. The first step was to get multiple warrants from the FISA/FISCR courts. This criminally activity

implicated the FISA/FISCR courts in the conspiracy hence the order to fix the application process. The warrants should have never been given nor applied for. No one would ever question the warrants, right? Wrong, someone did. The applications were defective and the DOJ/FBI knew that they were and so did the courts. There are more defective applications and defective warrants that have not been made public.

This part is really condensed. The DOJ/FBI made the decision to notify Congress and the Media just as the CIA/NSA had done with them. This may have been done with good intentions but nonetheless it was done by criminals in possession of ill-gotten property. (Every rat will protect himself.)

The Octagon Death Match (Impeachment) – Republicans versus Democrats, Congress versus the Executive Branch, etc. – The Media is trying to make as much money as they can and to protect their criminal activity - and the losers are the American People and Mankind.

➢ There would be no Impeachment and no Octagon Death Match if the Judiciary had honored the Constitution and done their job.

## Federal Whistleblowers – all military - Snowden, Manning, Winner and Christenson all served their country with distinction.

Please review Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York if you want to see injustice. Review what is publicly docketed. Most of my pleadings were not publicly docketed in accordance with the Constitution. This case represents the true evil that is so pervasive in the Federal Judiciary. The really strange part of the case is that the Judge had remorse and continue to docket my pleadings after she dismissed the complaint. LETTER addressed to Judge Colleen McMahon from David Christenson re: PERSONAL & CONFIDENTIAL TO: JUDGE COLLEEN MCMAHON. Document filed by David Andrew Christenson. (sc) (Entered: 09/14/2018) The letter was original addressed to Senator Bill Nelson of Florida who happened to lose his last Senatorial Election. Case 1:18-cv-05769-CM Document 20 Filed 09/06/18 Page 1 of 6 Personal and Private letter to: Judge Colleen McMahon
Case 1:18-cv-05769-CM Document 18 Filed 07/17/18 Page 1 of 26 Amended Emergency Motion for Reconsideration of Order of Dismissal and Civil Judgement

Each of the pleadings were filed and docketed in multiple cases.

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Case 1:18-cv-03501-JGK Document 55 Filed 05/11/18 Page 1 of 4 Addendum Fourteen to Writ of Mandamus and Prohibition "Unfettered Power"
Case 1:18-cv-03501-JGK Document 50 Filed 05/08/18 Page 1 of 3 Motion to Dismiss the Democratic National Committee's Complaint

Case 1:18-cv-03501-JGK Document 79 Filed 05/25/18 Page 1 of 6 Amicus (Sixth) What if? What if this is why Trump was elected? What if they needed an idiot/puppet and Trump fit the bill. What if Trump is the Manchurian Candidate? Just What If?

Case 1:18-cv-03501-JGK Document 125 Filed 06/19/18 Page 1 of 9 Amicus (Thirty) President's Trump's letter to you (Judge Koeltl) uses the term: "In an abundance of caution". This is code for I am scared out of my mind and I don't know what to do. The American People just had a major victory because of you.

In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit

USCA Case #19-3054 Document #1806724 Filed: 09/13/2019 Page 1 of 5 Amicus - Notice 67 — Every Judge is just as crazy and delusional as Trump and just as much a criminal

USCA Case #19-3012 Document #1779701 Filed: 03/26/2019 Page 1 of 15 Motion for Leave to file the Rantings of a Madman, me, who is insane because I think I can make a difference

Elhady v. Piehota (1:16-cv-00375) District Court, E.D. Virginia

Case 1:16-cv-00375-AJT-JFA Document 325 Filed 09/10/19 Page 1 of 3 Page ID# 17088 Amicus/Notice 66 – Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism Watch List is Unconstitutional.

Unknown (Comey) Case Title (1:18-mc-00174) District Court, District of Columbia

12/12/2018 - Docket 13 – 17 pages - LEAVE TO FILE DENIED - Amicus Brief. This document is unavailable as the Court denied its filing. "Leave to file DENIED, case closed on 12/3/2018." Signed by Judge Trevor N. McFadden on 12/12/2018. (tth) (Entered: 12/13/2018) – Amicus FBI Director James Comey has criminally violated the Constitution and should be held liable. The Department of Justice is a criminal enterprise. Criminal misconduct by the DOJ is systemic. The only way to cure the cancer is via the truth being told to the American People.

Committee on the Judiciary of the U.S. House of Representatives v. McGahn II (1:19-cv-02379)

https://www.courtlistener.com/docket/16027602/committee-on-the-judiciary-of-the-us-house-of-representatives-v-mcgahn/

I have filed pleadings in every case listed below: (Search Pacer for a complete list using David Andrew Christenson, David Christenson and Dave Christenson – 150 plus)

Supreme Court

- 19-XXXX Extraordinary Writ with Writ of Prohibition and Writ of Mandamus – rejected – filed December 17th, 2019
- 16-6345 Petition for a Writ of Mandamus and/or Prohibition and Motion for Leave to Proceed in Forma Pauperis filed – filed September 7th, 2016
- 16-6278 Petition for a Writ of Mandamus and/or Prohibition and Motion for Leave to Proceed in Forma Pauperis filed – filed September 7th, 2016
- 16-5869 Petition for a Writ of Certiorari and Motion for Leave to Proceed in Forma Pauperis filed July 7th, 2016

- **14-10077 Petition for a Writ of Mandamus and/or Prohibition and Motion for Leave to Proceed in Forma Pauperis filed – filed June 1st, 2015**
- **<u>Multiple Amicus Briefs went undocketed in criminal violation of the Constitution and the First Amendment.</u>**
- In re: App. Cmte. of the Judiciary (19-5288) Court of Appeals for the D.C. Circuit
- Committee on the Judiciary v. Donald McGahn, II (19-5331) Court of Appeals for the D.C. Circuit
- PAGE v. US DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION (1:19-cv-03675) District Court, District of Columbia
- Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit
- Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit
- United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady
- United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton
- United States v. Raflekian (1:18-cr-00457) District Court, E.D. Virginia
- Elhady v. Piehota (1:16-cv-00375) District Court, E.D. Virginia
- In re: Application of the Committee (19-5219) Court of Appeals for the D.C. Circuit
- In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit
- MCCABE v. BARR (1:19-cv-02399) District Court, District of Columbia
- STRZOK v. BARR (1:19-cv-02367) District Court, District of Columbia
- Unknown Case Title (1:19-gj-00048) District Court, District of Columbia
- Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit
- United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia
- United States v. Doe 2010R03793 (1:19-dm-00012) District Court, E.D. Virginia
- United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia
- Judicial Watch, Inc. v. United States Department of Justice (No. 19-5091)
- Renata Singleton v. Leon Cannizzaro, Jr. (19-30197) Court of Appeals for the Fifth Circuit
- JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia
- ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia
- Larry Klayman v. Barack Obama (14-5207) Court of Appeals for the D.C. Circuit
- Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit
- Kelsey Rose Juliana v. USA (18-36082) Court of Appeals for the Ninth Circuit
- Sierra Club v. Trump (4:19-cv-00892) District Court, N.D. California
- United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit
- State of California v. Trump (3:19-cv-00872) District Court, N.D. California
- United States v. STONE (1:19-cr-00018) District Court, District of Columbia
- CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
- KLAYMAN v. OBAMA (1:13-cv-00851) District Court, District of Columbia
- PAUL v. OBAMA (1:14-cv-00262) District Court, District of Columbia
- In re: USA v. USDC-ORE (17-71692) Court of Appeals for the Ninth Circuit
- Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
- State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
- State of New York v. Donald Trump (18-1525) Court of Appeals for the Second Circuit
- Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York

USCA11 Case: 20-11692  Document: 33  Date Filed: 06/26/2020  Page: 20 of 56

- Unknown Case Title (1:18-mc-00174) District Court, District of Columbia
- In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
- **Christenson v. Democratic National Committee (1:18-cv-05769)**
- United States v. Kaczynski (2:96-cr-00259-GEB-GGH)
- United States v. Nagin (2:13-cr-00011) District Court, E.D. Louisiana.
- 1:18-cv-01064 (Look at this. Beyond bizarre.) http://www.ilnd.uscourts.gov/CMECF.aspx https://ecf.ilnd.uscourts.gov/cgi-bin/ShowIndex.pl
- BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
- State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
- 1:18:cr-00004 Boucher https://ecf.kywd.uscourts.gov/cgi-bin/ShowIndex.pl
- Democratic National Committee v. The Russian Federation (1:18-cv-03501)
- DCSDNY https://ecf.nysd.uscourts.gov/cgi-bin/ShowIndex.pl
- United States v. Manafort (1:18-cr-00083)
- Manafort v. United States (1:18-cv-00011)
- United States v. Flynn (1:17-cr-00232)
- United States v. Papadopoulos (1:17-cr-00182)
- United States v. Manafort (1:17-cr-00201)
- United States v. Internet Research Agency LLC (1:18-cr-00032)
- United States v. Van Der Zwann (1:18-cr-00031)
- United States v. BUTINA (1:18-cr-00218) District Court, District of Columbia
- United States v. NETYKSHO (1:18-cr-00215) District Court, District of Columbia
- Clifford v. Trump (1:18-cv-03842) District Court, S.D. New York
- Stephanie Clifford v. Donald J. Trump (2:18-cv-06893) District Court, C.D. California
- Keyes v. Wilson (2:18-cv-06630) District Court, E.D. New York
- BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
- Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York
- State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
- State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
- Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
- CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
- United States v. STONE (1:19-cr-00018) District Court, District of Columbia
- State of California v. Trump (3:19-cv-00872) District Court, N.D. California

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

RECEIVED
Mail Room Case: 19-5219    Document #1806626        Filed: 09/13/2019    Page 1 of 5

SEP 13 20

United States Court of Appeals
District of Columbia Circuit

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

In re: Application of the Committee on the            Case: 19-5219
Judiciary, U.S. House Of Representatives,              1:19-gj-00048-BAH
for an Order Authorizing the Release of
Certain Grand Jury Materials,

---------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    **SEP. 13 2019**

**CLERK**

Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

Is the following true?

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and disclosing highly classified information. National Security was too important. The FBI tried. (This is why no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

The following is true,

The courts have protected the criminal conduct of our Government with the conclusion being the Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own good and protection.

### THE PARADOX AND WHY I AM HERE

#### BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE

#### YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR

All of you, all three branches of our government, participated in the coverup of the negligent release of the Katrina Virus and the murdering of Americans by the US Military during Hurricane Katrina. You covered up the Genocide of Mankind.

You, the criminals, are making a case that you can only be so much of a criminal and that in most cases you're being a criminal is for the greater good. The problem is Trump. He turned being a criminal into becoming the President and you helped. You reap what you sow.

#### IN ORDER TO STOP TRUMP, YOU WILL HAVE TO KILL HIM OR ADMIT THAT YOU ARE RESPONSIBLE FOR THE GENOCIDE OF MANKIND -- THAT IS THE PARADOX

> ➤ What happened to the Judiciary was insidious. It has happened to every civilization. It is why every civilization has failed.

# GOD IS GIVING YOU A CHANCE TO SERVE YOUR PENANCE HERE ON EARTH JUST LIKE ME.

Attachment 1: Notice 65 — "Nuke the Hurricanes" by President Donald Trump page 1 only

Food for thought. Did our government turn Hurricane Dorian? Trump stated it was going to Alabama and has not backed down. Why? We know he is protecting and benefiting himself but why?

I live by the following

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind...The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

- Amicus/Notice 67 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 10th, 2019)

- Notice 67 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 10th, 2019)
- Amicus/Notice 67 United States v. STONE - Movant David Andrew Christenson — Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 McCabe v. Barr - Movant David Andrew Christenson — Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 Strzok V. Barr — Movant David Andrew Christenson — Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson — District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Doe (Chelsea Manning) - Movant — David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. FLYNN — Movant David Andrew Christenson — Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Winner — Movant David Andrew Christenson — Cr. No. 1:17-cr-00034 — Judge James Randal Hall - District Court, S.D. Georgia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Assange — Movant David Andrew Christenson — Cr. No. 1:18-cr-00111 — Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 10th, 2019)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

USCA11 Case: 20-11692    Document: 33    Date Filed: 06/26/2020    Page: 23 of 56

USCA Case #19-5219      Document #1806626      Filed: 09/13/2019   Page 4 of 5
USCA Case #19-5219      Document #1804415      Filed: 08/29/2019   Page 1 of 2

AUG 2 9 2019

United States Court of Appeals
District of Columbia Circuit

USCA11 Case: 20-11692      Document: 33      Date Filed: 06/26/2020      Page: 24 of 56

## UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED: AUG 29 2019

CLERK

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: "THE SCARLETT EFFECT".

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.

USCA11 Case: 20-11692    Document: 33    Date Filed: 06/26/2020    Page: 25 of 56

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
Movant David Andrew Christenson
June 4th, 2020

Twelfth Amicus – The 2016 Presidential Election was tampered with by Trump and the Russians - God will not leave me alone.



**MY COUNTRY NEEDS ME SO PLEASE LET ME INTERVENE.**

**THE COVER UP HAS TO STOP.**

**BOTH TRUMP AND BIDEN HAVE TO GO.**

**CHANGE THE NARRATIVE.**

This morning God pointed out to me that my cousin, Vice Admiral John Christenson – Military Representative to NATO, was involved in the unmasking of Lieutenant General Mike Flynn. John and I have not spoken in years because I think he is a treasonous coward.

Senator Chuck Grassley really screwed me. He is from my home state of Iowa and I was the reason he left the Judiciary Committee.

The Director of National Intelligence knew on election day, November 8th 2016, that Trump and Russian tampered with the Election. General Nakasone's letter starts with November 8th 2016 but no one requested until November 30th, 2016. Almost everyone requested starting on December 14th, 2016 so what the hell happened? UN Ambassador Samantha Power made two requests on December 14th, 2016.

What did Flynn do? Why did Judge Sullivan asked Mueller's team if they had considered charging Flynn with "Treason"?

**My God. Flynn thanked Russia for Trump being elected.**

My attachments are all docketed. They are incoherent and disjointed, sorry.

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101

6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002

7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501

8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201

9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130

10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703

11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128

12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101

13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242

14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701

15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012

16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301

17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106

18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022

19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036

20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

**MAY 1 3 2020**

The Honorable Charles E. Grassley
Chairman
Committee on Finance
United States Senate
Washington, DC 20510

The Honorable Ron Johnson
Chairman
Committee on Homeland Security
United States Senate
Washington, DC 20510

Senators Grassley and Johnson,

On 8 May 2020 I declassified the enclosed document, which I am providing to you for
your situational awareness.

Sincerely,

Richard A. Grenell
Acting Director

Enclosure

Declassified by Acting DNI Richard R. Grenell on 8 May 2020

SECRET//NOFORN

**NATIONAL SECURITY AGENCY**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

4 May 2020

MEMORANDUM FOR DIRECTOR OF NATIONAL INTELLIGENCE

SUBJECT: (S//NF) Follow-up Unmasking Requests re Former National Security Advisor

(S//NF) Per your email request of 3 May 2020, I am providing a revised list of identities of any officials who submitted requests to the National Security Agency at any point between 8 November 2016 and 31 January 2017, to unmask the identity of former National Security Advisor, Lieutenant General Michael T. Flynn (USA-Ret). The original list was in alphabetical order; the revised list is in chronological order, including the date the request was received.

(U//FOUO) Consistent with the original response, dated 1 May 2020, this information is provided pursuant to the oversight authorities vested with the Director of National Intelligence, and a copy of this correspondence will be provided to the Secretary of Defense

PAUL M. NAKASONE
General, U.S. Army
Director

Encl: a/s

Classified By [ ]
Derived From: NSA/CSSM 1-52
Dated: 20130410
Declassify On: 20411040

SECRET//NOFORN

(S//NF) Below is a list of recipients who may have received Lt. Gen Flynn's identity in response to a request processed between 8 November 2016 and 31 January 2017 to unmask an identity that had been generically referred to in an NSA foreign intelligence report. Each individual was an authorized recipient of the original report and the unmasking was approved through NSA's standard process, which includes a review of the justification for the request. Only certain personnel are authorized to submit unmasking requests into the NSA system. In this case, 16 authorized individuals requested unmaskings for ███ different NSA intelligence reports for select identified principals. While the principals are identified below, we cannot confirm they saw the unmasked information. This response does not include any requests outside of the specified time-frame.

(S//NF)

U.S. Ambassador to the United Nations - Samantha Power
30-Nov-16
2-Dec-16
7-Dec-16
14-Dec-16 (two requests)
23-Dec-16
11-Jan-17

Director for National Intelligence — James R. Clapper
2-Dec-16
28-Dec-16
7-Jan-17

Deputy Chief of Mission - Kelly Degnan
6-Dec-16

U.S. Ambassador to Italy and the Republic of San Marino - John R. Phillips
6-Dec-16

Director of the CIA — John O. Brennan
14-Dec-16
15-Dec-16

OIA Director - Patrick Conlon
14-Dec-16

Secretary of the Treasury — Jacob Lew
14-Dec-16
12-Jan 17

Acting Assistant Secretary Treasury - Arthur "Danny" McGlynn
14-Dec-16

Acting Deputy Assistant Secretary Treasury - Mike Neufeld
14-Dec-16

Deputy Secretary of the Treasury - Sarah Raskin
14-Dec-16

Under Secretary Treasury - Nathan Sheets
14-Dec-16

(S//NF)

**(S//NF)**

Acting Under Secretary Treasury - Adam Szubin
14-Dec-16
USNATO Defense Advisor (DFFAD)  Mr Robert Bell
15-Dec-16
U.S. Representative to the NATO Military Committee  VADM Christenson
15-Dec-16
Director of the Federal Bureau of Investigation – James Comey
15-Dec-16
Chief Syria Group - ▮▮▮▮▮▮▮▮▮ ▮
15-Dec-16
Deputy Assistant Director of NFMC ▮▮▮▮▮▮▮▮▮
15-Dec-16
USNATO Office of the Defense Advisor (ODA) Policy Advisor for Russia - Lt. Col. Paul Geehreng
15-Dec-16
U.S. NATO ▮▮ Advisor to Ambassador Douglas Lute - ▮▮▮▮▮▮▮▮
15-Dec-16
USNATO Deputy DFFAD  Mr. James Hursh
15-Dec-16
Chief Syria Group ▮▮▮▮▮▮▮▮▮▮▮
15-Dec-16
US Deputy Chief of US Mission to NATO (USNATO) - Mr. Litzenberger
15-Dec-16
US Permanent Representative (PermRep) to NATO - Ambassador Douglas Lute
15 Dec-16
USA - DOE-IN  Executive Briefer ▮▮▮▮▮▮▮
15-Dec-16
USNATO Political Officer ▮▮▮▮▮ - Mr. Scott Parrish
15-Dec 16
USA - DOE  Deputy Secretary of Energy  Elizabeth Sherwood-Randall
15-Dec-16
USA  DOE-IN  Executive Briefer - ▮▮▮▮▮▮▮
15-Dec 16
USNATO Political Advisor (POLAD)  Mr. Tamir Waser
15-Dec-16
COS ▮▮▮▮▮▮▮▮▮▮▮▮
16-Dec-16
CMO ▮▮▮▮▮▮▮▮▮▮
16-Dec-16
DCOS ▮▮▮▮▮▮▮▮▮
16-Dec-16
U.S. Ambassador to Russia - John Tefft
16-Dec-16
CMO ▮▮▮▮▮▮▮▮▮
16 Dec 16
**(S//NF)**

(S//NF)

U.S. Ambassador to Turkey — Ambassador Bass
28 Dec 16
Chief of Staff to the President of the United States — Denis McDonough
5-Jan-17
Deputy Director of National Intelligence for Intelligence Integration — Michael Dempsey
7-Jan-17
Principal Deputy Director of National Intelligence — Stephanie L. O'Sullivan
7-Jan-17
CIA/CTMC — [redacted]
10-Jan-17
Vice President of the United States — Joseph R. Biden
12-Jan-17
(S//NF)



RECEIVED
Mail Room

JAN 2 7 2020

United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)                   Case: 19-5121
v.                                                              Civ. Action No. 19-810 - RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Sixth Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 151 - If you care about the American People and honoring the Constitution
then you will publicly docket this pleading and attachment

If you care about yourself then you will publicly docket this pleading

### WE ALL DESERVE TO KNOW THE TRUTH, DON'T WE?

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on January 19th, 2020 I filed the foregoing with the Clerk of Court and served the
pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Page: 35 of 56    Date Filed: 06/26/2020    Document: 33    USCA11 Case: 20-11692

Judges:                                                                              January 19th, 2020

| | | |
|---|---|---|
| John G. Koeltl | Anne C. Conway | George Z. Singal |
| Merrick Garland | Louis Guirola, Jr. | John J. Tharp, Jr. |
| Rudolph Contreras | James P. Jones | James Randal Hall |
| Richard C. Tallman | Robert B. Kugler | Claude M. Hilton |
| David B. Sentelle | Michael W. Mosman | Liam O'Grady |
| Rosemary M. Collyer | Thomas B. Russell | Anthony John Trenga |
| James E. Boasberg | | |

Clerks:

LeeAnn Flynn Hall            Mark Langer                  Scott Atchue
Angela Caesar

Every Presidential Election in my lifetime (b. 1958) has been tampered with <u>by Americans</u>, but 2016 and 2020 were and are different. Every Presidential election in my lifetime has been tampered with <u>by the Russians</u>. All the criminals – politicians, judges, journalists, etc. – are upset at how far over the line Trump went. Trump teamed up with the Russians to tamper with the elections. Why not? You had Americans tampering with the elections and you had the Russians tampering with the elections, why not have the Americans and Russians team up to tamper with the elections?

The CIA/NSA criminally/illegally/inadvertently acquired ill-gotten evidence (poisoned fruit from a poisoned tree) that Presidential Candidate Trump and President Trump was and is tampering with the elections. This was different in that Trump was conspiring with other Foreign Powers. Everybody – Executive, Judicial, Legislative branches and the media ended up knowing. Everyone was in possession of stolen property and thus guilty of multiple crimes. The CIA/NSA notified the DOJ/FBI with multiple caveats. You see the problem/dilemma, right? Our government is criminally/illegally/inadvertently spying on a Presidential Candidate and a President that committed major criminal acts including tampering with Presidential Elections. The conspiracy involved Foreign Powers, one of which that has an adversarial relationship with the US. (You can't indict a sitting President, right? If Trump had lost, he would have been indicted.) (If Trump is impeached will he be indicted?)

This is the perfect intersection for all the evils to come together and destroy themselves. Trump, Roberts, Pelosi, McCarthy, McConnell, Schumer, the other Demigods will ensure that the truth comes out. "*An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government.*"

All the criminal activity by all of you criminals had the opposite effect and got criminal Trump elected.

The first caveat is that the DOJ/FBI has to acquire the ill-gotten evidence through legal sources and avenues. The first step was to get multiple warrants from the FISA/FISCR courts. This criminally activity

implicated the FISA/FISCR courts in the conspiracy hence the order to fix the application process. The warrants should have never been given nor applied for. No one would ever question the warrants, right? Wrong, someone did. The applications were defective and the DOJ/FBI knew that they were and so did the courts. There are more defective applications and defective warrants that have not been made public.

This part is really condensed. The DOJ/FBI made the decision to notify Congress and the Media just as the CIA/NSA had done with them. This may have been done with good intentions but nonetheless it was done by criminals in possession of ill-gotten property. (Every rat will protect himself.)

The Octagon Death Match (Impeachment) – Republicans versus Democrats, Congress versus the Executive Branch, etc. – The Media is trying to make as much money as they can and to protect their criminal activity - and the losers are the American People and Mankind.

> ➢ There would be no Impeachment and no Octagon Death Match if the Judiciary had honored the Constitution and done their job.

## Federal Whistleblowers – all military - Snowden, Manning, Winner and Christenson all served their country with distinction.

Please review Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York if you want to see injustice. Review what is publicly docketed. Most of my pleadings were not publicly docketed in accordance with the Constitution. This case represents the true evil that is so pervasive in the Federal Judiciary. The really strange part of the case is that the Judge had remorse and continue to docket my pleadings after she dismissed the complaint. LETTER addressed to Judge Colleen McMahon from David Christenson re: PERSONAL & CONFIDENTIAL TO: JUDGE COLLEEN MCMAHON. Document filed by David Andrew Christenson. (sc) (Entered: 09/14/2018) The letter was original addressed to Senator Bill Nelson of Florida who happened to lose his last Senatorial Election. Case 1:18-cv-05769-CM Document 20 Filed 09/06/18 Page 1 of 6 Personal and Private letter to: Judge Colleen McMahon
Case 1:18-cv-05769-CM Document 18 Filed 07/17/18 Page 1 of 26 Amended Emergency Motion for Reconsideration of Order of Dismissal and Civil Judgement

Each of the pleadings were filed and docketed in multiple cases.

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Case 1:18-cv-03501-JGK Document 55 Filed 05/11/18 Page 1 of 4 Addendum Fourteen to Writ of Mandamus and Prohibition "Unfettered Power"
Case 1:18-cv-03501-JGK Document 50 Filed 05/08/18 Page 1 of 3 Motion to Dismiss the Democratic National Committee's Complaint

Case 1:18-cv-03501-JGK Document 79 Filed 05/25/18 Page 1 of 6 <u>Amicus (Sixth) What if? What if this is why Trump was elected? What if they needed an idiot/puppet and Trump fit the bill. What if Trump is the Manchurian Candidate? Just What If?</u>

Case 1:18-cv-03501-JGK Document 125 Filed 06/19/18 Page 1 of 9 <u>Amicus (Thirty) President's Trump's letter to you (Judge Koeltl) uses the term: "In an abundance of caution". This is code for I am scared out of my mind and I don't know what to do, The American People just had a major victory because of you.</u>

In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit

USCA Case #19-3054 Document #1806724 Filed: 09/13/2019 Page 1 of 5 Amicus - Notice 67 — <u>Every Judge is just as crazy and delusional as Trump and just as much a criminal</u>

USCA Case #19-3012 Document #1779701 Filed: 03/26/2019 Page 1 of 15 <u>Motion for Leave to file the Rantings of a Madman, me, who is insane because I think I can make a difference</u>

Elhady v. Piehota (1:16-cv-00375) District Court, E.D. Virginia

Case 1:16-cv-00375-AJT-JFA Document 325 Filed 09/10/19 Page 1 of 3 Page ID# 17088 <u>Amicus/Notice 66 – Judge Anthony John Trenga rules that (the Legislation that created) the Terrorism Watch List is Unconstitutional.</u>

Unknown (Comey) Case Title (1:18-mc-00174) District Court, District of Columbia

12/12/2018 - Docket 13 – 17 pages - LEAVE TO FILE DENIED - Amicus Brief. This document is unavailable as the Court denied its filing. "Leave to file DENIED, case closed on 12/3/2018." Signed by Judge Trevor N. McFadden on 12/12/2018. (tth) (Entered: 12/13/2018) – <u>Amicus FBI Director James Comey has criminally violated the Constitution and should be held liable. The Department of Justice is a criminal enterprise. Criminal misconduct by the DOJ is systemic. The only way to cure the cancer is via the truth being told to the American People.</u>

Committee on the Judiciary of the U.S. House of Representatives v. McGahn II (1:19-cv-02379)
https://www.courtlistener.com/docket/16027602/committee-on-the-judiciary-of-the-us-house-of-representatives-v-mcgahn/

I have filed pleadings in every case listed below: (Search Pacer for a complete list using David Andrew Christenson, David Christenson and Dave Christenson – 150 plus)

Supreme Court

- 19-XXXX Extraordinary Writ with Writ of Prohibition and Writ of Mandamus – <u>rejected</u> – filed December 17th, 2019
- 16-6345 Petition for a Writ of Mandamus and/or Prohibition and Motion for Leave to Proceed in Forma Pauperis filed – filed September 7th, 2016
- 16-6278 Petition for a Writ of Mandamus and/or Prohibition and Motion for Leave to Proceed in Forma Pauperis filed – filed September 7th, 2016
- 16-5869 Petition for a Writ of Certiorari and Motion for Leave to Proceed in Forma Pauperis filed July 7th, 2016

- 14-10077 Petition for a Writ of Mandamus and/or Prohibition and Motion for Leave to Proceed in Forma Pauperis filed – filed June 1st, 2015
- **Multiple Amicus Briefs went undocketed in criminal violation of the Constitution and the First Amendment.**
- In re: App. Cmte. of the Judiciary (19-5288) Court of Appeals for the D.C. Circuit
- Committee on the Judiciary v. Donald McGahn, II (19-5331) Court of Appeals for the D.C. Circuit
- PAGE v. US DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION (1:19-cv-03675) District Court, District of Columbia
- Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit
- Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit
- United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady
- United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton
- United States v. Rafiekian (1:18-cr-00457) District Court, E.D. Virginia
- Elhady v. Piehota (1:16-cv-00375) District Court, E.D. Virginia
- In re: Application of the Committee (19-5219) Court of Appeals for the D.C. Circuit
- In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit
- MCCABE v. BARR (1:19-cv-02399) District Court, District of Columbia
- STRZOK v. BARR (1:19-cv-02367) District Court, District of Columbia
- Unknown Case Title (1:19-gj-00048) District Court, District of Columbia
- Electronic Privacy Information v. DOJ (19-5121) Court of Appeals for the D.C. Circuit
- United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia
- United States v. Doe 2010R03793 (1:19-dm-00012) District Court, E.D. Virginia
- United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia
- Judicial Watch, Inc. v. United States Department of Justice (No. 19-5091)
- Renata Singleton v. Leon Cannizzaro, Jr. (19-30197) Court of Appeals for the Fifth Circuit
- JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia
- ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia
- Larry Klayman v. Barack Obama (14-5207) Court of Appeals for the D.C. Circuit
- Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit
- Kelsey Rose Juliana v. USA (18-36082) Court of Appeals for the Ninth Circuit
- Sierra Club v. Trump (4:19-cv-00892) District Court, N.D. California
- United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit
- State of California v. Trump (3:19-cv-00872) District Court, N.D. California
- United States v. STONE (1:19-cr-00018) District Court, District of Columbia
- CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
- KLAYMAN v. OBAMA (1:13-cv-00851) District Court, District of Columbia
- PAUL v. OBAMA (1:14-cv-00262) District Court, District of Columbia
- In re: USA v. USDC-ORE (17-71692) Court of Appeals for the Ninth Circuit
- Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
- State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
- State of New York v. Donald Trump (18-1525) Court of Appeals for the Second Circuit
- Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York

- Unknown Case Title (1:18-mc-00174) District Court, District of Columbia
- In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
- **Christenson v. Democratic National Committee (1:18-cv-05769)**
- United States v. Kaczynski (2:96-cr-00259-GEB-GGH)
- United States v. Nagin (2:13-cr-00011) District Court, E.D. Louisiana.
- 1:18-cv-01064 (Look at this. Beyond bizarre.) http://www.ilnd.uscourts.gov/CMECF.aspx https://ecf.ilnd.uscourts.gov/cgi-bin/ShowIndex.pl
- BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
- State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
- 1:18:cr-00004 Boucher https://ecf.kywd.uscourts.gov/cgi-bin/ShowIndex.pl
- Democratic National Committee v. The Russian Federation (1:18-cv-03501)
- DCSDNY https://ecf.nysd.uscourts.gov/cgi-bin/ShowIndex.pl
- United States v. Manafort (1:18-cr-00083)
- Manafort v. United States (1:18-cv-00011)
- United States v. Flynn (1:17-cr-00232)
- United States v. Papadopoulos (1:17-cr-00182)
- United States v. Manafort (1:17-cr-00201)
- United States v. Internet Research Agency LLC (1:18-cr-00032)
- United States v. Van Der Zwann (1:18-cr-00031)
- United States v. BUTINA (1:18-cr-00218) District Court, District of Columbia
- United States v. NETYKSHO (1:18-cr-00215) District Court, District of Columbia
- Clifford v. Trump (1:18-cv-03842) District Court, S.D. New York
- Stephanie Clifford v. Donald J. Trump (2:18-cv-06893) District Court, C.D. California
- Keyes v. Wilson (2:18-cv-06630) District Court, E.D. New York
- BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
- Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York
- State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
- State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
- Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
- CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
- United States v. STONE (1:19-cr-00018) District Court, District of Columbia
- State of California v. Trump (3:19-cv-00872) District Court, N.D. California

Godspeed

Sincerely,

David Andrew Christenson

Box 9063

Miramar Beach, Florida 32550

504-715-3086

davidandrewchristenson@gmail.com;

dchristenson6@hotmail.com;



RECEIVED
Mail Room

United States Court of Appeals
District of Columbia Circuit

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

-------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    **SEP. 13 2019**

CLERK

Notice 67 – Every Judge is just as crazy and delusional as Trump and just as much a criminal.

Is the following true?

In 2016 did the CIA and the FBI know that Trump was crazy, delusional and a criminal? Yes.

In 2016 did the CIA and the FBI know that Trump was conspiring with the Russians to secure his
Presidential Election Victory? Yes. (They also knew that Clinton was crazy, delusional and a criminal but
just not as bad as Trump. The least of two evils.)

The CIA could not disclose the truth about Trump and the Russians without breaking the law and
disclosing highly classified information. National Security was too important. The FBI tried. (This is why
no one in the DOJ/FBI will be charged with a crime. It is also why McCabe and Strzok have been so
brazen in filing civil complaints against the DOJ/FBI. It is why Comey thinks he deserves an apology.)

The extraction of the CIA Agent from Russia is amazing. (The truth will come out.)

The following is true.

The courts have protected the criminal conduct of our Government with the conclusion being the
Genocide of Mankind.

Trump, math, time, the other Demigods, etc. will ensure that the truth comes out. That truth will
incriminate the Federal Judiciary in the Genocide of Mankind.

The CIA and the FBI knew that Trump would disclose highly sensitive classified information for his own
good and protection.

### THE PARADOX AND WHY I AM HERE

### BLACKMAIL AND EXTORTION WITH AMERICANS AND MANKIND PAYING THE PRICE

### YOUR ARE THE PERFECT SUNARCISSIST, YOU HAVE CHOSEN SUICIDE OVER HONOR

All of you, all three branches of our government, participated in the coverup of the negligent release of the Katrina Virus and the murdering of Americans by the US Military during Hurricane Katrina. You covered up the Genocide of Mankind.

You, the criminals, are making a case that you can only be so much of a criminal and that in most cases you're being a criminal is for the greater good. The problem is Trump. He turned being a criminal into becoming the President and you helped. You reap what you sow.

### IN ORDER TO STOP TRUMP, YOU WILL HAVE TO KILL HIM OR ADMIT THAT YOU ARE RESPONSIBLE FOR THE GENOCIDE OF MANKIND – THAT IS THE PARADOX

> ➤ What happened to the Judiciary was insidious. It has happened to every civilization. It is why every civilization has failed.

# GOD IS GIVING YOU A CHANCE TO SERVE YOUR PENANCE HERE ON EARTH JUST LIKE ME.

Attachment 1: Notice 65 — "Nuke the Hurricanes" by President Donald Trump page 1 only

Food for thought. Did our government turn Hurricane Dorian? Trump stated it was going to Alabama and has not backed down. Why? We know he is protecting and benefiting himself but why?

I live by the following

*When a lawyer and expert of the law asked Jesus what the most important commandment is, Jesus responded, "To love the Lord your God with all your heart, with all your soul, and with all your mind…The second is to love your neighbor as yourself." All the Law and the Prophets hang on these two commandments.*

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

- Amicus/Notice 67 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service September 10th, 2019)

USCA11 Case: 20-11692   Document: 33   Date Filed: 06/26/2020   Page: 42 of 56

- Notice 67 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service September 10th, 2019)
- Notice 67 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service September 10th, 2019)
- Amicus/Notice 67 United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service September 10th, 2019)
- Amicus/Notice 67 United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service September 10th, 2019)

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on September 10th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

USCA Case #19-5219    Document #1806626    Filed: 09/13/2019    Page 4 of 5
USCA Case #19-5219    Document #1804415    Filed: 08/29/2019

USCA11 Case: 20-11692    Document: 33    Date Filed: 06/26/2020    Page: 43 of 56

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    AUG 29 2019

CLERK

Notice 65 – "Nuke the Hurricanes" by President Donald Trump

Read Attachment 1 before going further: **"THE SCARLETT EFFECT"**.

This is how you change the narrative and make people think.

## TRUE OR FALSE - THE UNITED STATES HAS OR IS WORKING ON A WEAPON TO ALTER THE WEATHER AND COOL THE EARTH.

## PRECEDENT WAS WHEN WE DEVELOPED THE NUCLEAR BOMB. OUR SCIENTISTS WERE NOT 100% SURE WHAT WOULD HAPPEN. OUR MILITARY WAS NOT 100% SURE WHAT WOULD HAPPEN WHEN THE NUCLEAR BOMBS WERE DROPPED ON JAPAN.

## IN SIMPLE TERMS: THERE ARE THOSE THAT BELIEVE THE WEAPON WILL WORK AND THOSE THAT BELIEVE THE WEAPON WILL NOT WORK.

## THE PROBLEM IS THAT THOSE PEOPLE MAKING THE DECISION FOR MANKIND ARE TRUMP AND THE REST OF THE DEMIGODS.

## CHANGE THE NARRATIVE. STOP THE CENSORSHIP. UPHOLD THE FIRST AMENDMENT.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

Chief Judge William Pryor Jr.
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Chief Judge William Pryor Jr.                                      June 25th, 2020
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Chief Judge Pryor,

Reference: United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Attached is the docket for June 2020 in the Stone case. #380 is my Twelfth Amicus Brief. Why would
Judge Jackson put it in the docket and then deny it? Read the docket entries completely. The docket
entries apply in reverse to Reality Winner. The 11th Circuit should order responses as to why Reality
Winner is being held when others have been released. Trump's friends: Cohen and Manafort have both
been released.

I am a friend of the court. Ask Judge Jackson about me. She learns from my pleadings. Her problem is
that this case is criminal and there is no avenue for me to be heard. You court can allow me to be heard.

Stone is one of the most reprehensible people in politics and has been since Nixon, who he was friends
with and an advisor. The DOJ allows him to stay out of jail but keeps Reality Winner in jail. The greatest
ethical, political, and legal transgression of my lifetime was when Ford pardoned Nixon.

**The DOJ is discriminating against Reality Winner. Keeping her in prison is prejudicial and arbitrary.**

**DON'T ALLOW THE DOJ TO HARM AN AMERICAN HERO, PLEASE.**

**I BEG YOU TO RELEASE HER.**


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

David J. Smith                                                                    June 25th, 2020
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Smith,

General Mike Flynn walks free and Reality Winner rots in jail. Reality Winner is a hero and General Mike
Flynn is a traitor.

It is critical that the Twelfth (12) Amicus be docketed. I mailed you the original on June 4th, 2020. You
docketed Amicus Briefs 8, 9, 10, 11, 14, 15 and 16 in 4 docket entries but no 12. (There was no 13.)

Twelfth Amicus – The 2016 Presidential Election was tampered with by Trump and the Russians - God
will not leave me alone.

I put the documents together under a pleading titled: Emergency Motion for Leave to File

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:19-cr-00018-ABJ-1**

Case title: USA v. STONE                    Date Filed: 01/24/2019

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2020 | 380 | LEAVE TO FILE DENIED− Twelfth Amicus as to ROGER JASON STONE, JR This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Amy Berman Jackson on 6/11/2020. (zhsj) (Entered: 06/11/2020) |
| 06/23/2020 | 381 | Unopposed MOTION for Extension of Time to *Surrender to Serve Sentence* by ROGER JASON STONE, JR. (Attachments: # 1 Text of Proposed Order)(Ginsberg, Seth) (Entered: 06/23/2020) |
| 06/23/2020 | | MINUTE ORDER as to ROGER J. STONE, JR. It is ORDERED that the government must file a submission setting forth its position on defendant's motion to extend his surrender date 381 , and its reasons for that position, in writing. The government must also inform the Court of the results of the COVID−19 tests at FCI Jesup that were described in the motion as pending at the time it was filed. The government's submission is due by June 25, 2020. Signed by Judge Amy Berman Jackson on 6/23/20. (DMK) (Entered: 06/23/2020) |
| 06/23/2020 | | MINUTE ORDER granting 382 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to ROGER J. STONE JR. (1). The Clerk of Court is directed to file under seal [382−1] Exhibit Letter of Treating Physician. Signed by Judge Amy Berman Jackson on 6/23/20. (DMK) (Entered: 06/23/2020) |
| 06/24/2020 | | Set/Reset Deadline as to ROGER J. STONE, JR. The government must file, in writing, by 6/25/2020 a submission setting forth its position on defendant's 381 motion to extend his surrender date and its reasons for that position. The government must also inform the Court of the results of the COVID−19 tests at FCI Jesup that were described in the motion as pending at the time it was filed. (jth) (Entered: 06/24/2020) |
| 06/24/2020 | | MINUTE ORDER as to ROGER J. STONE, JR. The government's submission due on June 25, 2020 should direct the Court to any existing DOJ or USAO−DC policies concerning responding to defendants' requests to voluntarily surrender or to delay surrender dates in light of COVID−19, and it should indicate how it has responded to similar motions in other cases. SO ORDERED. Signed by Judge Amy Berman Jackson on 6/24/20. (DMK) (Entered: 06/24/2020) |



UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

David Andrew Christenson – Appellant (Movant)

United States                                          No. 20-11692
Plaintiff – Appellee                                   (Case: 1:17-ooo34-JRH-BKE)

v.

Reality Winner
Defendant - Appellant

            Emergency Motion for Leave to File an Open Letter to Chief Judge William Pryor Jr.

The last page of the letter is the docket in the Stone case that is before Judge Jackson.

What the DOJ has done should be more then enough to release Reality Winner. The train has left the station.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2020 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

            David Andrew Christenson

David J. Smith                                                          June 25th, 2020
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clerk Smith,

Reference: United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Attached is the docket for June 2020 in the Stone case. #380 is my Twelfth Amicus Brief. Why would
Judge Jackson put it in the docket and then deny it? Read the docket entries completely. The docket
entries apply in reverse to Reality Winner. The 11th Circuit should order responses as to why Reality
Winner is being held when others have been released. Trump's friends: Cohen and Manafort have both
been released.

I am a friend of the court. Ask Judge Jackson about me. She learns from my pleadings. Her problem is
that this case is criminal and there is no avenue for me to be heard. You court can allow me to be heard.

Stone is one of the most reprehensible people in politics and has been since Nixon, who he was friends
with and an advisor. The DOJ allows him to stay out of jail but keeps Reality Winner in jail. The greatest
ethical, political, and legal transgression of my lifetime was when Ford pardoned Nixon.

**The DOJ is discriminating against Reality Winner. Keeping her in prison is prejudicial and arbitrary.**

**DON'T ALLOW THE DOJ TO HARM AN AMERICAN HERO, PLEASE.**

**I BEG YOU TO RELEASE HER.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Chief Judge William Pryor Jr.                                                June 25th, 2020
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Chief Judge Pryor,

Reference: United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson
Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Attached is the docket for June 2020 in the Stone case. #380 is my Twelfth Amicus Brief. Why would
Judge Jackson put it in the docket and then deny it? Read the docket entries completely. The docket
entries apply in reverse to Reality Winner. The 11th Circuit should order responses as to why Reality
Winner is being held when others have been released. Trump's friends: Cohen and Manafort have both
been released.

I am a friend of the court. Ask Judge Jackson about me. She learns from my pleadings. Her problem is
that this case is criminal and there is no avenue for me to be heard. You court can allow me to be heard.

Stone is one of the most reprehensible people in politics and has been since Nixon, who he was friends
with and an advisor. The DOJ allows him to stay out of jail but keeps Reality Winner in jail. The greatest
ethical, political, and legal transgression of my lifetime was when Ford pardoned Nixon.

**The DOJ is discriminating against Reality Winner. Keeping her in prison is prejudicial and arbitrary.**

**DON'T ALLOW THE DOJ TO HARM AN AMERICAN HERO, PLEASE.**

**I BEG YOU TO RELEASE HER.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:19-cr-00018-ABJ-1**

Case title: USA v. STONE                          Date Filed: 01/24/2019

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2020 | 380 | LEAVE TO FILE DENIED - Twelfth Amicus as to ROGER JASON STONE, JR This document is unavailable as the Court denied its filing. "Leave to File Denied" Signed by Judge Amy Berman Jackson on 6/11/2020. (zhsj) (Entered: 06/11/2020) |
| 06/23/2020 | 381 | Unopposed MOTION for Extension of Time to *Surrender to Serve Sentence* by ROGER JASON STONE, JR. (Attachments: # 1 Text of Proposed Order)(Ginsberg, Seth) (Entered: 06/23/2020) |
| 06/23/2020 | | MINUTE ORDER as to ROGER J. STONE, JR. It is ORDERED that the government must file a submission setting forth its position on defendant's motion to extend his surrender date 381, and its reasons for that position, in writing. The government must also inform the Court of the results of the COVID-19 tests at FCI Jesup that were described in the motion as pending at the time it was filed. The government's submission is due by June 25, 2020. Signed by Judge Amy Berman Jackson on 6/23/20. (DMK) (Entered: 06/23/2020) |
| 06/23/2020 | | MINUTE ORDER granting 382 Sealed Motion for Leave to File Document Under Seal (This document is SEALED and only available to authorized persons.) as to ROGER J. STONE JR. (1). The Clerk of Court is directed to file under seal [382-1] Exhibit Letter of Treating Physician. Signed by Judge Amy Berman Jackson on 6/23/20. (DMK) (Entered: 06/23/2020) |
| 06/24/2020 | | Set/Reset Deadline as to ROGER J. STONE, JR. The government must file, in writing, by 6/25/2020 a submission setting forth its position on defendant's 381 motion to extend his surrender date and its reasons for that position. The government must also inform the Court of the results of the COVID-19 tests at FCI Jesup that were described in the motion as pending at the time it was filed. (jth) (Entered: 06/24/2020) |
| 06/24/2020 | | MINUTE ORDER as to ROGER J. STONE, JR. The government's submission due on June 25, 2020 should direct the Court to any existing DOJ or USAO-DC policies concerning responding to defendants' requests to voluntarily surrender or to delay surrender dates in light of COVID-19, and it should indicate how it has responded to similar motions in other cases. SO ORDERED. Signed by Judge Amy Berman Jackson on 6/24/20. (DMK) (Entered: 06/24/2020) |

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

David Andrew Christenson – Appellant (Movant)

United States                                     No. 20-11692
Plaintiff – Appellee                              (Case: 1:17-ooo34-JRH-BKE)

v.

Reality Winner
Defendant - Appellant

Emergency Motion for Leave to File an Open Letter to Chief Judge William Pryor Jr.

The last page of the letter is the docket in the Stone case that is before Judge Jackson.

What the DOJ has done should be more then enough to release Reality Winner. The train has left the station.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 25th, 2020 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

♻ This envelope is made from post-consumer waste. Please recycle – again.

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE.**

U.S. POSTAGE PAID
SANTA ROSA BEACH, FL
JUN 14 18
AMOUNT

**$26.35**
R2304H109929-07

1037

30303

**PRIORITY MAIL EXPRESS®**

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS 1000 1000006

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
‡ Money Back Guarantee for U.S. destinations only.

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

➤ PEEL FROM THIS CORNER

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY MAIL EXPRESS®**

FROM: (PLEASE PRINT)   PHONE (

BOX 9063
MIRAMAR BEACH, FL
32550

TO: (PLEASE PRINT)   PHONE (

Clerk 11th Circuit
56 Forsyth St. NW
Atlanta, GA
30303

ZIP + 4® (U.S. ADDRESSES ONLY)

* For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
* $100.00 insurance included.

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

32459

16 -

**$26.35**

**$26.35**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse



UNITED STATES
POSTAL SERVICE ®

EMS

**GUARANTEED\***
★ ★ ★
**TRACKED**
★ ★ ★
**INSURED**
★ ★

**PRIORITY
MAIL
EXPRESS**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT™



P S 1 0 0 0 1 0 0 0 0 0 6

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



\* Money back guarantee to U.S., select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
✕ For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

