No. 20-11692

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

United States of America,

Plaintiff-Appellee,

v.

Reality Leigh Winner

Defendant-Appellant.

**APPEAL**

From the United States District Court for the Southern District of Georgia
(Case 1:17-CR-00034-JRH-BKE)
Hon. J. Randal Hall,
UNITED STATES DISTRICT JUDGE

**APPELLANT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEF**

| | |
|---|---|
| JOE D. WHITLEY | LAURA E. COLLINS |
| BRETT A. SWITZER | **BAKER, DONELSON, BEARMAN,** |
| **BAKER, DONELSON, BEARMAN,** | **CALDWELL & BERKOWITZ, P.C.** |
| **CALDWELL & BERKOWITZ, P.C.** | 100 Light Street |
| 3414 Peachtree Road | Baltimore, Maryland 21202 |
| Monarch Plaza, Suite 1500 | Tel. (410) 685-1120 |
| Atlanta, Georgia 30326 | LCollins@bakerdonelson.com |
| Tel. (404) 577-6000 | |
| JWhitley@bakerdonelson.com | |
| BSwitzer@bakerdonelson.com | |

*Counsel for Appellant Reality Leigh Winner*

# Certificate of Interested Persons

*United States of America v. Reality Leigh Winner*, Appeal No. 20-11692

Counsel for Appellant Reality Leigh Winner states that the following is a full and complete list of all entities and persons having an interest in the outcome of this appeal:

Aaron, David C., U.S. Department of Justice

Barnard, Thomas H., Attorney for Appellant

Bell, Jr., John C., Attorney for Appellant

Chester, Matthew S., Attorney for Appellant

Christine, Bobby, L., United States Attorney

Collins, Laura E., Attorney for Appellant

Davids, Justin G., Assistant United States Attorney

Durham, James D., Former Assistant United States Attorney

Edelstein, Julie A., U.S. Department of Justice

Epps, Hon. Brian K., United States Magistrate Judge

Grinter, Alison, Attorney for Appellant

Greenwood, Nancy, Assistant United States Attorney

Hall, Hon. J. Randal, United States District Judge

Larson, Amy E., U.S. Department of Justice

Mannino, Katherine C., Former Attorney for Appellant

McCook, Jill E., Former Attorney for Appellant

Nichols, Titus T., Attorney for Appellant

Rafferty, Brian T., Assistant United States Attorney

Robichaux, Mary Susan, U.S. Department of Justice

Rodriguez-Feo, Carli, CISO, U.S. Department of Justice

Solari, Jennifer G., Assistant United States Attorney

Switzer, Brett A., Attorney for Appellant

United States Department of Justice

Whitley, Joe D., Attorney for Appellant

Winner, Reality Leigh, Appellant

  No publicly traded company or corporation has an interest in the outcome of this case or appeal.

               */s/Joe D. Whitley*
               JOE D. WHITLEY
               BRETT A. SWITZER
               **BAKER, DONELSON, BEARMAN,**
                **CALDWELL & BERKOWITZ, P.C.**
               3414 Peachtree Road
               Monarch Plaza, Suite 1500
               Atlanta, Georgia 30326
               Tel. (404) 577-6000
               JWhitley@bakerdonelson.com
               BSwitzer@bakerdonelson.com

               LAURA E. COLLINS
               **BAKER, DONELSON, BEARMAN,**
                **CALDWELL & BERKOWITZ, P.C.**
               100 Light Street
               Baltimore, Maryland 21202
               Tel. (410) 685-1120
               LCollins@bakerdonelson.com

# APPELLANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

COMES NOW, Appellant Reality Leigh Winner ("Reality" or "Appellant"), who, pursuant to Federal Rules of Appellate Procedure 27 and 28, 11th Cir. R. 27-1, and this Court's Internal Operating Procedure 5 concerning 11th Cir. R. 28-1, respectfully requests leave to file the attached Supplemental Brief in Support of her Appellant's Brief in this matter, filed on June 15, 2020.[1] In support thereof, Appellant avers as follows.

1.  On April 24, 2020, the district court below (*United States v. Reality Leigh Winner*, No. 1:17-CR-00034 (S.D. Ga.)) denied Reality's Motion for Compassionate Release under 18 U.S.C. § 3582. Reality made her request in the wake of the unprecedented global pandemic wrought by the novel coronavirus, COVID-19, how that infectious virus may affect Appellant in view of her underlying medical conditions, and the Bureau of Prisons' ("BOP") inadequate response to the pandemic.[2]

2.  On May 12, 2020, Reality filed her Motion to Expedite this matter given the time-sensitive nature of this particular case.[3]

---

[1] A copy of Reality's Proposed Supplemental Brief in Support of her Appellant's Brief is attached as **Exhibit A**.
[2] *See United States v. Winner*, No. 1:17-CR-34, ECF No. 349 (S.D. Ga. Apr. 24, 2020).
[3] *See* Reality's Time Sensitive Mot. for Expedited Appeal, filed May 12, 2020.

3

3.  On June 1, 2020, this Court granted Reality's Motion to Expedite, setting an expedited briefing schedule.[4]

4.  On June 15, 2020, Reality filed her Appellant's Brief, arguing, among other things, that the district court erred on multiple fronts in its underlying ruling denying Reality's Motion for Compassionate Release, including by: (a) holding that the administrative exhaustion requirement in 18 U.S.C. § 3582 was mandatory and/or not satisfied in this matter; (b) concluding that it was without authority to determine whether "extraordinary and compelling" circumstances existed in this matter under 18 U.S.C. § 3582(c)(1)(A)(i); and (c) determining that Reality had not carried her burden to demonstrate "extraordinary and compelling" circumstances or, alternatively, by not holding an evidentiary hearing on the Motion for Compassionate Release.[5]

5.  On June 29, 2020, the Government filed its Appellee Brief, setting forth its arguments to defend the district court's underlying ruling. Of relevance here, the Government relied on the purportedly *low* numbers of COVID-19 infections at FMC Carswell, the BOP facility where Reality is housed.[6] As of the date of its filing (just

---

[4] *See* Order, dated June 1, 2020.
[5] *See generally* Reality's Br.
[6] *See* Gov't's Br. at 38, n.14.

two weeks ago), the Government stated that "zero inmates and one staff member" had tested positive.[7]

6. On reply, Reality noted the currently-spiking numbers, advising that, in just one week's time, FMC Carswell had experienced an outbreak–indeed, a 4,500% increase–in the number of positive infections at the facility.[8]

7. Reality seeks to file the attached Supplemental Brief to alert the Court of the ever-increasing numbers at FMC Carswell, placing Reality in life-threatening danger with each passing day. As of July 13, 2020, just one week since the filing of Reality's Reply Brief, the numbers have *nearly tripled* at FMC Carswell, yielding 134 infected inmates and 3 infected staff members.[9]

8. Appellant avers that this updated information will assist the Court in determining whether Reality has met her burden to show "extraordinary and compelling" reasons exist under 18 U.S.C. § 3582, compelling her release or, alternatively, whether this matter should be remanded for an emergency evidentiary hearing on the merits of Reality's compassionate release request.

---

[7] *Id.*
[8] *See* Reality's Reply Br. at 3, 21-22.
[9] *See* COVID-19 Update, Federal Bureau of Prisons, FMC Carswell (Fort Worth, TX), available at https://www.bop.gov/coronavirus/index.jsp (last visited July 13, 2020).

9. "[T]he appellate court [holds the] inherent equitable powers to supplement the record as justice requires."[10] The Court's consideration of Reality's supplemental brief and the updated information about the COVID-19 outbreak at FMC Carswell will not prejudice either party. Both parties have relied on the information about the COVID-19 infection count at Reality's facility in their prior briefs before this Court,[11] and the information is the type of information for which this Court may take judicial notice.[12]

10. Undersigned counsel contacted counsel for the United States to ask if they would object to the instant Motion for Leave. As of the time of this filing, undersigned counsel has not received a response from the Government. Due to the exigent nature of the relief sought, undersigned counsel expeditiously proceeded with the filing of this Motion.

WHEREFORE, Appellant Reality Leigh Winner respectfully prays that this Court GRANT this Motion for Leave and permit the filing of the accompanying

---

[10] *Dickerson v. State of Ala.*, 667 F.2d 1364, 1367, n.5 (11th Cir. 1982).

[11] *See* Gov't's Br. at 38, n.14; *see* Reality's Reply Br. at 32, n.69.

[12] As other courts have held, the information on the BOP's website may be judicially notice. *Cantrell v. Rhodes*, No. 14-cv-02754- GPG, 2014 WL 6755971, at *3, n.1 (D. Colo. Dec. 1, 2014) ("This Court may take judicial notice of the information from BOP's website.") (citing *Triplet v. Franklin*, 365 Fed. App'x 86, 92 n.8 (10th Cir. Feb. 5, 2010)); *see also See Dickerson v. State of Ala.*, 667 F.2d 1364, 1368 (11th Cir. 1982); *see also* FED. R. EVID. 201; *Coastal Wellness Centers, Inc. v. Progressive Am. Ins. Co.*, 309 F. Supp. 3d 1216, 1220 (S.D. Fla. 2018) (judicially noticing a federal government website).

Supplemental Brief in Support of her original Appellant Brief, and that it grant such additional relief as may be warranted.

DATED:   July 13, 2020              Respectfully submitted,

/s/Joe D. Whitley
JOE D. WHITLEY
BRETT A. SWITZER
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
3414 Peachtree Road
Monarch Plaza, Suite 1500
Atlanta, Georgia 30326
Tel. (404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

LAURA E. COLLINS
**BAKER, DONELSON, BEARMAN,**
 **CALDWELL & BERKOWITZ, P.C.**
100 Light Street
Baltimore, Maryland 21202
Tel. (410) 685-1120
LCollins@bakerdonelson.com

*Counsel for Appellant*
*Reality Leigh Winner*

## **CERTIFICATE OF COMPLIANCE**

The foregoing motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) and 32(a)(5)(A), (6). The motion contains 907 words, excluding those parts of the motion exempt by the Eleventh Circuit Rule 26.1-3(c). This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word 2010 in Times New Roman 14-point font.

Respectfully submitted,

*/s/ Joe D. Whitley*
Joe D. Whitley
Georgia Bar No. 756150

*Counsel for Appellant*
*Reality Leigh Winner*

# CERTIFICATE OF SERVICE

     I hereby certify that the foregoing has been served upon the following counsel of record by first class mail and/or by electronically filing the foregoing with the Court on this the 13th day of July, 2020.

Bobby L. Christine
Jennifer G. Solari
Justin G. Davids
Nancy Greenwood
U.S. Attorney's Office
P.O. Box 8970
Savannah, Georgia 31412

                                                */s/ Joe D. Whitley*
                                                Counsel for Appellant
                                                Reality Leigh Winner