# Attachment 1
# (Filed Under Seal)