# Attachment 2
# (Filed Under Seal)