IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11692-CC

_____

UNITED STATES OF AMERICA,

                                                  Plaintiff - Appellee,

versus

REALITY LEIGH WINNER,

                                                  Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Southern District of Georgia

_____

ORDER:

"Appellant's Motion for Leave to File Supplemental Brief" is GRANTED.

"Appellant's Unopposed Emergency Motion for Leave to Submit Evidence in Support of Appeal" is GRANTED.

"Appellee's Motion to Supplement and Motion to File Attachments Under Seal" is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION