# UNITED STATES COURT OF APPEAL
# FOR THE ELEVENTH CIRCUIT

_____

| | HEARING LOCATION | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing | United States Court of Appeals Courtroom, 13th Floor<br>United States Courthouse<br>300 North Hogan Street<br>JACKSONVILLE, FLORIDA | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>Room 13-104<br>Jacksonville, Florida  32202<br>(904) 301-5665 | COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed thirty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, NOVEMBER 17, 2020

| | |
|---|---|
| 19-14267 | United States v. Thomas Bryant, Appellant |
| 20-11692 | United States v. Reality Winner, Appellant |
| 19-12655 | Hector Hernandez v. Plastipak Packaging, Inc., Appellant |
| 19-12578 | Frederick Washington, et al., Appellants v. The National Shipping Company of Saudia Arabia |

### WEDNESDAY, NOVEMBER 18, 2020

| | |
|---|---|
| 19-12348 | United States v. Domulest Danzey, Appellant |
| 18-14857 | Luther McKiver, Appellant v. Secretary, Florida Department of Corrections, et al. |
| 19-14032 | Lloyd Wickboldt, Appellant v. Massachusetts Mutual Life Insurance Company |
| 19-13247 | James Larweth, Appellant v. Magellan Health, Inc. |

### THURSDAY, NOVEMBER 19, 2020

| | |
|---|---|
| 19-11799 | United States v. Vincent Savarese, Appellant |
| 16-17300 | Jermaine Young, Appellant v. United States |
| 19-13178 | Justin Oltmanns, Appellant v. International Longshoremen's Association Local 1475 Clerks and Checkers Union, Inc., et al. |
| 19-13383 | Manuel Rivas, Appellant v. Midland Funding, LLC |

### FRIDAY, NOVEMBER 20, 2020

| | |
|---|---|
| 17-14101 | Elliot Anderson, Appellant v. United States |
| 17-14778 | Ricardo Vega, Appellant v. Secretary, Department of Corrections, et al. |
| 19-13215 | Anthony Lennen, et al., Appellants v. Marriott Ownership Resorts, Inc., et al. |
| 19-14096 | Oscar Insurance Company of Florida, Appellant v. Blue Cross and Blue Shield of Florida, Inc., et al. |

ATLANTA, GEORGIA
09/09/20 - #3

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 A.M. ON MORNING OF ORAL ARGUMENT.**