# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 08, 2020

Justin Davids
U.S. Attorney's Office
22 BARNARD ST STE 300
PO BOX 8970
SAVANNAH, GA 31401

Honorable Joe D. Whitley
Baker Donelson Bearman Caldwell & Berkowitz, PC
3414 PEACHTREE RD NE STE 1600
Government Enforceme
ATLANTA, GA 30326

Appeal Number: 20-11692-V
Case Style: USA v. Reality Winner
District Court Docket No: 1:17-cr-00034-JRH-BKE-1

Counsel,

In view of the circumstances surrounding the COVID-19 pandemic, the Court wishes to advise the attorneys of record that oral argument in the cases scheduled to be heard during the week of November 16, 2020 in Jacksonville, Florida, will not be conducted in person.

Instead, the Court offers two options for attorneys who intend to orally argue any of those cases.

They may:

(1) No oral argument where the parties agree to have their case submitted on the briefs, and without oral argument, and notify the court of their agreement on or before November 6, 2020, or

(2) Participate in oral argument by Zoom from any location other than the courthouse.

The judges on the panel will conduct the oral argument proceedings and participate in them via Zoom. The usual order of arguments and time limits will apply.

While Zoom has the ability to support both videoconferencing and dial-in audio-only participation, counsel is expected to participate by video unless technical issues arise on the day of oral argument.

The Clerk's Office, with the assistance of the Court's IT Department, will make the necessary arrangements and will notify attorneys of the technical details. Testing by the Court's IT Department will be scheduled approximately one week prior to argument to ensure video and audio quality is sufficient.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Bryon A. Robinson
Phone #: (404) 335-6142

LetterHead Only