

MONARCH PLAZA
SUITE 1600
3414 PEACHTREE ROAD N.E.
ATLANTA, GEORGIA 30326

PHONE:   404.577.6000
FAX:         404.221.6501

www.bakerdonelson.com

JOE D. WHITLEY, SHAREHOLDER
**Direct Dial**: 404.223.2209
**E-Mail Address**: jwhitley@bakerdonelson.com

October 16, 2020

David J. Smith
Clerk of the Court
U.S. Court of Appeals for the
Eleventh Circuit Elbert P. Tuttle Courthouse
56 Forsyth Street, N.W. Atlanta, GA 30303

    RE: Letter regarding the consolidation of oral argument
        *United States v. Thomas Bryant*, No. 19-14267 (11th Cir.)
        *United States v. Reality Winner*, No. 20-11692 (11th Cir.)

Dear Mr. Smith,

    On October 7, 2020, the Court sent counsel in the above listed cases a letter asking if they would agree to consolidation of oral argument on November 17, 2020. I have spoken with all the parties and counsel for Appellants and counsel for the Government as Appellee in both cases agree to consolidate the oral argument.

        Sincerely,

        */s/Joe D. Whitley*
        JOE D. WHITLEY
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**
        3414 Peachtree Road
        Monarch Plaza, Suite 1500
        Atlanta, Georgia 30326
        Tel. (404) 577-6000
        JWhitley@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I served the foregoing letter on opposing counsel by electronic filing with the Court's CM/ECF system.

                                                */s/Joe D. Whitley*
                                                JOE D. WHITLEY
                                                **BAKER, DONELSON, BEARMAN,**
                                                **CALDWELL & BERKOWITZ, P.C.**
                                                3414 Peachtree Road
                                                Monarch Plaza, Suite 1500
                                                Atlanta, Georgia 30326
                                                Tel. (404) 577-6000
                                                JWhitley@bakerdonelson.com