# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Application to Appear Pro Hac Vice

Court of Appeals Docket No. **20-11692**

Name: **Baruch Weiss**  Phone: **202.942.6819**

Firm/Office: **Arnold & Porter Kaye Scholer LLP**  Fax: **202.942.5999**

Street Address: **601 Massachusetts Ave, NW**  E-mail: **baruch.weiss@arnoldporter.com**

City: **Washington**  State: **DC**  Zip: **20001**

Name of party/parties to be represented: **Reality Leigh Winner**

Pursuant to 11th Cir. R. 46-4, to qualify to appear pro hac vice you must not reside in Alabama, Florida, or Georgia, and you may only apply to appear before this Court pro hac vice twice. This application must be accompanied by **(1)** a certificate of good standing issued within the previous six months establishing that you are admitted to practice before a court described in FRAP 46(a)(1); **(2)** proof of service on the other parties in compliance with FRAP 25(d); and **(3)** a list of all state and federal bars of which you are a member, including state bar numbers, and your status with each bar (e.g., active, inactive, retired, etc.) See 11th Cir. R. 46-7. If you submit your application through PACER, you will receive an email informing you that the application has been received and that no action will be taken until the $50 fee has been paid. If you submit your application by mail, it must be accompanied by a check in the amount of $50 made payable to "U.S. Court of Appeals Non-Appropriated Fund, 11th Circuit."

Answer each question. If any answer is yes, attach a statement giving details and relevant documentation.

| YES | NO | # | Question |
|---|---|---|---|
| ✓ | ☐ | 1. | Have you changed your name or been known by any names or surnames other than the one appearing on this application? |
| ☐ | ✓ | 2a. | Have you been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or have you been admonished, sanctioned, or reprimanded by any of them pertaining to your conduct or fitness to practice? |
| ☐ | ✓ | 2b. | Are any such proceedings or allegations presently pending against you? |
| ☐ | ✓ | 3a. | Have you been a party to criminal proceedings? |
| ☐ | ✓ | 3b. | Have you been a party to civil proceedings in which allegations of fraud, misrepresentation, or other dishonesty were made against you? |
| ☐ | ✓ | 3c. | Are any proceedings or allegations presently pending against you for any matter specified in question 3a or 3b? |
| ☐ | ✓ | 4. | Have you previously applied to this court for pro hac vice admission in any proceeding? If so, when? |

**OATH (OR AFFIRMATION)**

I, **Baruch Weiss**, do solemnly swear (or affirm) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further swear (or affirm) that all statements and responses in my application to appear pro hac vice, including attachments which are incorporated herein by reference, are true and correct to the best of my knowledge, information and belief. I certify that, except as otherwise noted, I am an active member in good standing of each state bar or the bar of the highest court of each state (including the District of Columbia) listed on the attached sheet, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this Court within 14 days of any changes in the status of my state bar memberships, while this matter remains pending. See 11th Cir. R. 46-7.

Date: **10/16/2020**  Signature: **/s/Baruch Weiss**

Last 4 digits of attorney's Social Security No. (for positive identification purposes): **5075**

Rev.: 4/20

# LIST OF BAR MEMBERSHIPS

You must attach a list of all bars of which you are a member, including state bars and state and federal courts to which you are admitted to practice.  The list must also include bar numbers (if any), the date of admission, and your status with each bar or court (e.g., active, inactive, retired, etc.).  See 11th Cir. R. 46-7.  **You may use this page to fulfill this requirement.**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| District of Columbia | 388977 | 06/07/1985 | Active |
| New York | 1818137 | 7/26/1982 | Active |
| Supreme Court of the United States | 261041 | 9/1/2006 | |
| US Court of Appeals for the District of Columbia Circuit | 50672 | 6/30/2006 | Active |
| US Court of Appeals for the Second Circuit | 86-1856 | 3/18/1986 | Active |
| US Court of Appeals for the Fourth Circuit | | 4/11/2008 | Active |
| US District Court, District of Columbia | 388977 | 11/6/2006 | Active |
| US District Court, Southern District of New York | 1818137 (unified) | 1982 | Active |
| US District Court, Eastern District of New York | 1818137 (unified) | 1982 | Active |

# NOTICE

We invite your particular attention to the following items:

- Your application and payment may be submitted through PACER. Please leave the section asking for a sponsoring attorney blank, as no sponsoring attorney is required.

- If you are submitting your application by mail, the application, required attachments, and $50 check should be sent to: Clerk, U.S. Court of Appeals, Eleventh Circuit, 56 Forsyth Street, N.W., Atlanta, GA 30303.

- You must serve a copy of the application, with attachments, on the other parties to the appeal or review, and provide us with a "proof of service" (sometimes known as a certificate of service). See FRAP 25(b), (d).

- The Certificate of Good Standing that you submit must establish that you are admitted to practice before a court described in FRAP 46(a)(1). If you have a question about a particular Certificate of Good Standing, you are welcome to call the Clerk's Office for guidance, at 404-335-6100.

- If you answered any question "yes," you must provide a statement giving details and relevant documentation, such as a copy of a complaint filed against you or an order imposing discipline.

**Notice to Customers Presenting Checks**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment.