IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11692-V

_____

UNITED STATES OF AMERICA,

                                                            Plaintiff-Appellee,

versus

REALITY LEIGH WINNER,

                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

ORDER:

The Application to Appear Pro Hac Vice submitted by Baruch Weiss, seeking to represent appellant Reality Leigh Winner, is hereby GRANTED.

                                             /s/ Beverly B. Martin
                                    UNITED STATES CIRCUIT JUDGE