UNITED STATES COURT OF APPEALS
For the Eleventh Circuit
_____

No. 20-11692
_____

District Court Docket No.
1:17-cr-00034-JRH-BKE-1

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　　Plaintiff - Appellee,

versus

REALITY LEIGH WINNER,

　　　　　　　　　　　　　　　　　　　Defendant - Appellant.
_____

Appeal from the United States District Court for the
Southern District of Georgia
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 07, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch