# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 20-11692

_____

District Court Docket No.
1:17-cr-00034-JRH-BKE-1

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

versus

REALITY LEIGH WINNER,

                                      Defendant - Appellant.

_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 07, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 01/05/2021